United States District Court
District of Massachusetts

Joseph Peter Schmitt, pro se,
                    Plaintiff,

          v

Patrick Mulvey,
William Grossi,
Peter Allen,
Michael T. Maloney,
Ernest Therien,
Ma. Dept. of Corrections,
                    Defendants

Civil Docket No

_____


---

### Affidavit In Support of Motion
### For Waiver Of Filing Fees and to Proceed
### In Forma Pauperis

---

I, Joseph P. Schmitt, pro se plaintiff in the above-captioned action, do hereby depose and say:

I am a temporary civil detainee being detained at Nemansket Correctional Center (Ma. Treatment Center).

As of the present date I have about $800.00 in my prison savings and about $15.00 in my prison canteen account.

(i)

I have had no income from out side sources in over a year and can foresee no such income until I am released from this institution and obtain a job.

I anticipate having to exhaust my funds between legal and personal correspondence, purchasing clothing, purchasing cosmetics, service of civil action SUCV2003-C0833-D Schmitt v. Ma. Dept of Correction filed at Suffolk Superior Civil Court. Also for legal issues concerning; USDC civil action 1:03-cv-11242-RCL Schmitt v. Michael T. Maloney; Eight appeals to State Appeals Court being filed within the week, regarding Plaintiff 2002 civil actions in Suffolk Superior Civil Court; Civil action mailed to the SJC on 3-17-04 entitled Schmitt v. Flannery et al. Plaintiff may also have to hire professional witnesses above and beyond what the Worcester Superior Court is paying for regarding Plaintiff's 123A SDP Trial.

Plaintiff is attaching a six month financial transaction print out of his prison accounts.

Plaintiff also has new case filed in USDC Schmitt v. Smith et al.

Signed under pains and penalties of perjury

Dated: March 25, 2004

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Ma 02324-3230

(2)

## Inmate Transaction Report

Date :  **20040326 10:31**

| | | |
|---|---|---|
| Commit# : | W54361 | |
| Name : | LEININGER, JEROLD, , | |
| Inst : | MASS. TREATMENT CENTER | |
| Block : | MPU - SEGREGATION UNIT | |
| Cell/Bed : | 010 /B | |

Page : 1

MASS. TREATMENT CENTER

Statement From   20040201

To   20040326

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $359.24 | $352.16 | $233.63 | $131.40 |
| 20040206 08:52 | CN - Canteen | 2345106 | | MTC | ~Canteen Date : 20040205 | $0.00 | $6.72 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2363235 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2363236 | | MTC | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20040211 15:48 | CI - Transfer from Club to Inmate A/c | 2377358 | | MTC | ~1/29/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040219 15:34 | CI - Transfer from Club to Inmate A/c | 2416684 | | MTC | ~2/5/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040219 22:30 | CN - Canteen | 2417655 | | MTC | ~Canteen Date : 20040219 | $0.00 | $3.24 | $0.00 | $0.00 |
| 20040220 13:41 | CI - Transfer from Club to Inmate A/c | 2421159 | | MTC | ~2/13/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040220 13:47 | CI - Transfer from Club to Inmate A/c | 2421216 | | MTC | ~2/19/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040304 13:07 | CI - Transfer from Club to Inmate A/c | 2475480 | | MTC | ~W/E 2/26/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2494586 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2494587 | | MTC | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20040315 13:37 | CI - Transfer from Club to Inmate A/c | 2529217 | | MTC | ~3/4/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20040315 13:54 | CI - Transfer from Club to Inmate A/c | 2529304 | | MTC | ~3/12/04 CANT PAYROLL~W54361 LEININGER,JEROLD PERSONAL~INMATE BENEFIT - Z1 | $3.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $21.02 | $9.96 | $0.26 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $18.04 | $102.49 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $18.04 | $102.49 | $0.00 | $0.00 | $0.00 | $0.00 |

Date : **20040326 10:29**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | | MASS. TREATMENT CENTER | | Page : | 2 |
| Name : | SCHMITT, JOSEPH, , | | | | Statement From | 20030901 | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20040326 | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | | |
| Cell/Bed : | 011 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031219 13:26 | IC - Transfer from Inmate to Club A/c | 2129728 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20031219 13:38 | IC - Transfer from Inmate to Club A/c | 2129808 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20031219 13:38 | IC - Transfer from Inmate to Club A/c | 2129809 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2150916 | | MTC | ~Canteen Date : 20031224 | $0.00 | $4.54 | $0.00 | $0.00 |
| 20040105 10:36 | AT - Account Transfer | 2192665 | | MTC | ~2 @ 2.55 1)ACLU 99 CHAUNCY ST BOSTON ATTN: OLINDA SERY-BLE 2)AL TROISI, ESQ MASS CORR LGL SVS 8 WINTER ST BOSTON~M81137 SCHMITT,JOSEPH PERSONAL | $5.10 | $0.00 | $0.00 | $5.10 |
| 20040105 10:38 | IC - Transfer from Inmate to Club A/c | 2192680 | | MTC | ~LGL ML/AL TROISI, ESQ 8 WINTER ST MASS CORR LGL SVS BOSTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20040105 10:39 | IC - Transfer from Inmate to Club A/c | 2192684 | | MTC | ~A.C.L.U. 99 CHAUNCY ST, SUITE 310 BOSTON MASS ATTN: OLINDA SERY-BLE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20040108 10:36 | AT - Account Transfer | 2214474 | | MTC | ~FOR 11 STAMPS~M81137 SCHMITT,JOSEPH PERSONAL | $4.07 | $0.00 | $0.00 | $4.07 |
| 20040108 10:37 | IC - Transfer from Inmate to Club A/c | 2214477 | | MTC | ~11 CHARGE SLIPS FOR $.37 EACH/ STAMPS TO SEND LETTERS OUT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.07 | $0.00 | $0.00 |
| 20040112 10:29 | AT - Account Transfer | 2222810 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |
| 20040112 10:30 | IC - Transfer from Inmate to Club A/c | 2222815 | | MTC | ~CT/RR FRANCIS A FORD CLERK OF COURTS/COURTHOUSE RM 21 2 MAIN ST/WORCESTER MA 01608~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040112 10:31 | AT - Account Transfer | 2222819 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $0.83 | $0.00 | $0.00 | $0.83 |
| 20040112 10:32 | IC - Transfer from Inmate to Club A/c | 2222824 | | MTC | ~MAIL TO KATHLEEN DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040112 10:33 | IC - Transfer from Inmate to Club A/c | 2222827 | | MTC | ~POSTAGE TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040112 10:33 | AT - Account Transfer | 2222825 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |
| 20040113 12:09 | IS - Interest | 2238797 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040113 12:09 | IS - Interest | 2238798 | | MTC | | $0.00 | $0.00 | $1.59 | $0.00 |
| 20040114 09:48 | AT - Account Transfer | 2247268 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $0.83 | $0.00 | $0.00 | $0.83 |
| 20040114 09:49 | IC - Transfer from Inmate to Club A/c | 2247270 | | MTC | ~LETTER TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040114 09:57 | AT - Account Transfer | 2247293 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040114 09:58 | IC - Transfer from Inmate to Club A/c | 2247297 | | MTC | ~PETER COSTANZA ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 09:58 | AT - Account Transfer | 2247300 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $1.06 | $0.00 | $0.00 | $1.06 |

Date : **20040326 10:29**

| Commit# : | M81137 | | | | MASS. TREATMENT CENTER | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | | | Statement From | 20030901 | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20040326 | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | | |
| Cell/Bed : | 011 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040114 09:59 | IC - Transfer from Inmate to Club A/c | 2247303 | | MTC | ~MR PATRICK BRADLEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040114 10:00 | IC - Transfer from Inmate to Club A/c | 2247307 | | MTC | ~AL TROISI ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 10:00 | AT - Account Transfer | 2247305 | | MTC | -FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040114 10:01 | IC - Transfer from Inmate to Club A/c | 2247310 | | MTC | ~POSTAGE TO LESLIE WALKER~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 10:01 | AT - Account Transfer | 2247309 | | MTC | -FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040116 12:59 | AT - Account Transfer | 2264178 | | MTC | -FOR 9 POSTAGE TRANSACTIONS 9X12 ENVELOPES~M81137 SCHMITT,JOSEPH  PERSONAL | $10.42 | $0.00 | $0.00 | $10.42 |
| 20040116 13:01 | IC - Transfer from Inmate to Club A/c | 2264184 | | MTC | ~MAIL TO AMERICAN CIVIL LIBERTIES UNION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:01 | IC - Transfer from Inmate to Club A/c | 2264185 | | MTC | ~MAIL TO FEDERAL BUREAU OF INVESTIGATION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:02 | IC - Transfer from Inmate to Club A/c | 2264191 | | MTC | ~MAIL TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:02 | IC - Transfer from Inmate to Club A/c | 2264192 | | MTC | ~MAIL TO ACLU NATIONAL PRISON PROJECT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:03 | IC - Transfer from Inmate to Club A/c | 2264194 | | MTC | ~MAIL TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040116 13:04 | IC - Transfer from Inmate to Club A/c | 2264196 | | MTC | -MAIL TO MICHAEL MALONEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040116 13:04 | IC - Transfer from Inmate to Club A/c | 2264197 | | MTC | ~MAIL TO UNITED STATES DEPT OF JUSTICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:05 | IC - Transfer from Inmate to Club A/c | 2264198 | | MTC | ~MAIL TO PETER ALLEN SUPT MCI CEDAR JUNCTION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040116 13:07 | IC - Transfer from Inmate to Club A/c | 2264204 | | MTC | ~MAIL TO STEPHEN KENNEDY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040122 10:51 | AT - Account Transfer | 2286467 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $3.85 | $0.00 | $0.00 | $3.85 |
| 20040122 10:52 | IC - Transfer from Inmate to Club A/c | 2286469 | | MTC | - MR  SHERMAN BURKS 3002 MONICA LYNN R/LOUISVILLE, KY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040122 10:52 | AT - Account Transfer | 2286470 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.98 | $0.00 | $0.00 | $1.98 |
| 20040122 10:53 | IC - Transfer from Inmate to Club A/c | 2286472 | | MTC | ~CHRISTOPHER P. LOCONTO, ATTORNEY 120 MAIN STREET WORCESTER, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040122 10:54 | IC - Transfer from Inmate to Club A/c | 2286475 | | MTC | -KATHLEEN DENNEHY, ACTING COMM. MASS DEPT. OF CORRECTIONS 50 MAPLE ST MILFORD, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040122 10:54 | AT - Account Transfer | 2286473 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.98 | $0.00 | $0.00 | $1.98 |
| 20040122 10:55 | AT - Account Transfer | 2286476 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |

Date : 20040326 10:29

| | | | | | Page : 4 |
|---|---|---|---|---|---|

| Commit# : | M81137 | | MASS. TREATMENT CENTER |
|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | Statement From | 20030901 |
| Inst : | MASS. TREATMENT CENTER | To | 20040326 |
| Block : | MPU – SEGREGATION UNIT | | |
| Cell/Bed : | 011 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040122 10:56 | IC - Transfer from Inmate to Club A/c | 2286477 | | MTC | ~JAMES KARVONEN, ER-64393 3620 HARRIS RDWAYCROSS, GA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040122 10:56 | AT - Account Transfer | 2286478 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040122 10:57 | IC - Transfer from Inmate to Club A/c | 2286484 | | MTC | ~JULIE E. DANIELE, ESQ/MASS DOC LEGAL DIV 70 FRANKLIN ST/BOSTON, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040122 10:58 | AT - Account Transfer | 2286488 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040122 10:59 | IC - Transfer from Inmate to Club A/c | 2286491 | | MTC | ~KATHLEEN DENNEHY, ACTING COMM MASS DEPT OF CORRECTIONS 40 MAPLE STREET, MILFORD, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040126 11:36 | CI - Transfer from Club to Inmate A/c | 2295222 | | MTC | ~12/18/03 CANT REFUND~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $13.93 | $0.00 | $0.00 | $0.00 |
| 20040128 13:27 | AT - Account Transfer | 2305160 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |
| 20040128 13:28 | IC - Transfer from Inmate to Club A/c | 2305162 | | MTC | ~MAIL TO MR. SHERMAN BURKS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040128 13:47 | AT - Account Transfer | 2305243 | | MTC | ~6 ACCOUNT TRANSFERS TOTALED TOGETHER FOR MULTIPLE POSTAGE TRANSACTIONS~M81137 SCHMITT,JOSEPH PERSONAL | $19.64 | $0.00 | $0.00 | $19.64 |
| 20040128 13:51 | AT - Account Transfer | 2305272 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |
| 20040128 13:53 | IC - Transfer from Inmate to Club A/c | 2305278 | | MTC | ~CT/RE US DISTRICT COURT OFFICE OF THE CLERK/US COURTHOUSE 1 COURTHOUSE WAY STE 2300 BOSTON MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040128 13:54 | IC - Transfer from Inmate to Club A/c | 2305289 | | MTC | ~MAIL TO CAPT SULLIVAN/NORFOLK~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:55 | IC - Transfer from Inmate to Club A/c | 2305293 | | MTC | ~MAIL TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:55 | IC - Transfer from Inmate to Club A/c | 2305296 | | MTC | ~MAIL TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305300 | | MTC | ~MAIL TO KRISTIE LADOUCHR~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305301 | | MTC | ~MAIL TO MS KATHLEEN DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305304 | | MTC | ~MAI TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:57 | IC - Transfer from Inmate to Club A/c | 2305305 | | MTC | ~MAIL TO FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:57 | IC - Transfer from Inmate to Club A/c | 2305308 | | MTC | ~MAIL TO FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:58 | IC - Transfer from Inmate to Club A/c | 2305312 | | MTC | ~MAIL TO JULIE DANIELE/ATTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |

**Date :  20040326 10:29**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
Commit# : M81137 — MASS. TREATMENT CENTER
Name : SCHMITT, JOSEPH, — Statement From 20030901
Inst : MASS. TREATMENT CENTER — To 20040326
Block : MPU - SEGREGATION UNIT
Cell/Bed : 011 /B

Page . 5

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040128 13:59 | IC - Transfer from Inmate to Club A/c | 2305319 | | MTC | ~CT/RR US DISTRICT COURT 1 COURTHOUSE WAY BOSTON MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.99 | $0.00 | $0.00 |
| 20040128 14:00 | IC - Transfer from Inmate to Club A/c | 2305321 | | MTC | ~MAIL TO MR SHERMAN BURKS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20040128 14:00 | IC - Transfer from Inmate to Club A/c | 2305324 | | MTC | ~MAIL TO MICHAEL MALONEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:02 | IC - Transfer from Inmate to Club A/c | 2305327 | | MTC | ~MAIL TO KATHLEEN M DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.63 | $0.00 | $0.00 |
| 20040128 14:02 | IC - Transfer from Inmate to Club A/c | 2305328 | | MTC | ~MAIL TO KRISTEN LACOUCEUR~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.63 | $0.00 | $0.00 |
| 20040128 14:06 | IC - Transfer from Inmate to Club A/c | 2305342 | | MTC | ~MAIL TO STEPHEN A KENNEDY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:07 | IC - Transfer from Inmate to Club A/c | 2305344 | | MTC | ~MAIL TO JULIE DANIELE ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:07 | IC - Transfer from Inmate to Club A/c | 2305347 | | MTC | ~MAIL TO PETER ALLEN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:08 | IC - Transfer from Inmate to Club A/c | 2305348 | | MTC | ~MAIL TO US DISTRICT COURTS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040205 12:59 | AT - Account Transfer | 2343380 | | MTC | ~CT-RR/M.J. DONOVAN,CLERK MAGISTRATE SUFFOLK SUPERIOR CIVIL COURT/BOSTON~M81137 SCHMITT,JOSEPH  PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |
| 20040205 13:00 | IC - Transfer from Inmate to Club A/c | 2343383 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040205 13:02 | IC - Transfer from Inmate to Club A/c | 2343389 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040205 13:02 | AT - Account Transfer | 2343387 | | MTC | ~U.S. DISTRICT COURTHOUSE/OFFICE OF CLERK J.J MOAKLEY COURTHOUSE/BOSTON~M81137 SCHMITT,JOSEPH  PERSONAL | $3.85 | $0.00 | $0.00 | $3.85 |
| 20040205 13:03 | IC - Transfer from Inmate to Club A/c | 2343391 | | MTC | ~LGI- ML/SHERMAN BURKS/5002 MONICA LYNN RD LOUISVILLE, KY 40216-4434~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040206 08:53 | CN - Canteen | 2345308 | | MTC | ~Canteen Date : 20040205 | $0.00 | $8.86 | $0.00 | $0.00 |
| 20040210 11:43 | IS - Interest | 2368210 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:43 | IS - Interest | 2368211 | | MTC | | $0.00 | $0.00 | $1.51 | $0.00 |
| 20040210 15:26 | IC - Transfer from Inmate to Club A/c | 2373374 | | MTC | ~MAIL TO KATHLEEN DENNEHY/ACTING COMMISSIONER DOC/50 MAPLE ST STE 3/MILFORD MA 01757-3698~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040217 11:01 | AT - Account Transfer | 2398636 | | MTC | ~FOR COSMETIC ORDER~M81137 SCHMITT,JOSEPH  PERSONAL | $13.89 | $0.00 | $0.00 | $13.89 |
| 20040219 15:09 | AT - Account Transfer | 2416641 | | MTC | ~FOR POSTAGE COSTS~M81137 SCHMITT,JOSEPH  PERSONAL | $14.43 | $0.00 | $0.00 | $14.43 |
| 20040219 15:13 | IC - Transfer from Inmate to Club A/c | 2416651 | | MTC | ~10 LETTER ENVELOPS TO MISC ADDRESSES @ $.37 ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.70 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040326 10:29

Page :  6

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | | MASS. TREATMENT CENTER | | | | | |
| Name : | SCHMITT, JOSEPH, . | | | Statement From | 20030901 | | | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20040326 | | | | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | | | | |
| Cell/Bed : | 011 /B | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040219 15:14 | IC - Transfer from Inmate to Club A/c | 2416653 | | MTC | ~POSTAGE TO CHRIS LOCONTO 120 MAIN ST WORCESTER,MA 01608-1170~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040219 15:14 | IC - Transfer from Inmate to Club A/c | 2416655 | | MTC | ~POSTAGE TO SUPREME JUDICIAL COURT FOR SUFFOLK COUNTY CLERKS OFFICE 1404 NEW COURTHOUSE BOSTON MA  02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.09 | $0.00 | $0.00 |
| 20040219 15:15 | IC - Transfer from Inmate to Club A/c | 2416656 | | MTC | ~POSTAGE TO MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE SUFFOLK SUPERIOR CIVIL COURT 90 DEVONSHIRE ST/BOSTON MA 02109~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.24 | $0.00 | $0.00 |
| 20040219 15:16 | IC - Transfer from Inmate to Club A/c | 2416659 | | MTC | ~CT/RR TO MICHAEL JOSEPH DONOVAN CLERK MAGISTRATE SUFFOLK SUPERIOR COURT 90 DEVONSHIRE ST RM 810 BOSTON MA 02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040225 11:45 | AT - Account Transfer | 2433650 | | MTC | ~FOR POSTAGE-M81137 SCHMITT,JOSEPH  PERSONAL | $0.83 | $0.00 | $0.00 | $0.83 |
| 20040225 11:46 | IC - Transfer from Inmate to Club A/c | 2433652 | | MTC | ~K. DENNEHY,ACTING COMM D.O.C./MILFORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040225 11:47 | AT - Account Transfer | 2433654 | | MTC | ~FOR POSTAGE-M81137 SCHMITT,JOSEPH  PERSONAL | $0.74 | $0.00 | $0.00 | $0.74 |
| 20040225 11:48 | IC - Transfer from Inmate to Club A/c | 2433657 | | MTC | ~2@ 37 EACH K. DENNEHY,DOCAD NOLAN,SUPT MCI CEDAR JUNCTION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040225 11:48 | AT - Account Transfer | 2433659 | | MTC | ~POSTAGE-M81137 SCHMITT,JOSEPH  PERSONAL | $1.20 | $0.00 | $0.00 | $1.20 |
| 20040225 11:50 | IC - Transfer from Inmate to Club A/c | 2433661 | | MTC | ~1@.83, 1@.37 SUPREME JUDICIAL COURT/SUFFOLK COUNTY M.J. DONOVAN/SUFFOLK SUPIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.20 | $0.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2448461 | | MTC | - Canteen Date : 20040226 | $0.00 | $12.67 | $0.00 | $0.00 |
| 20040227 13:19 | IC - Transfer from Inmate to Club A/c | 2450130 | | MTC | ~K. DENNEHY/MAPLE ST/MILFORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.09 | $0.00 | $0.00 |
| 20040227 13:19 | AT - Account Transfer | 2450128 | | MTC | ~SUPT APPROVED S/P FORM-M81137 SCHMITT,JOSEPH PERSONAL | $2.09 | $0.00 | $0.00 | $2.09 |
| 20040227 13:20 | IC - Transfer from Inmate to Club A/c | 2450134 | | MTC | ~US DISTRICT COURT J.J. MOAKLEY COURTHOUSE/BOSTON ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.78 | $0.00 | $0.00 |
| 20040227 13:20 | AT - Account Transfer | 2450132 | | MTC | - SUPT. APPROVED S/P FORM-M81137 SCHMITT,JOSEPH PERSONAL | $2.78 | $0.00 | $0.00 | $2.78 |
| 20040227 13:21 | IC - Transfer from Inmate to Club A/c | 2450138 | | MTC | ~C. LOCONTO, ATTY 120 MAIN ST/WORCESTER~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040326 10:29

Page :  7

| | | |
|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER |
| Name : | SCHMITT, JOSEPH, , | Statement From  20030901 |
| Inst : | MASS. TREATMENT CENTER | To  20040326 |
| Block : | MPU - SEGREGATION UNIT | |
| Cell/Bed : | 011 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040227 13:21 | AT - Account Transfer | 2450136 | | MTC | –SUPT APPROVED S/T FORM–M81137 SCHMITT,JOSEPH PERSONAL | $2.55 | $0.00 | $0.00 | $2.55 |
| 20040227 13:22 | IC - Transfer from Inmate to Club A/c | 2450142 | | MTC | –DOC/MAPLE ST/MILFORD–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040227 13:22 | AT - Account Transfer | 2450140 | | MTC | –SUPT APPROVED S/P FORM–M81137 SCHMITT,JOSEPH PERSONAL | $0.37 | $0.00 | $0.00 | $0.37 |
| 20040303 13:54 | IC - Transfer from Inmate to Club A/c | 2463363 | | MTC | –POSTAGE TO CHRISTOPHER LACONTO–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040303 13:55 | IC - Transfer from Inmate to Club A/c | 2463365 | | MTC | –7 STAMPS–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $2.59 | $0.00 | $0.00 |
| 20040303 13:55 | AT - Account Transfer | 2463364 | | MTC | –FOR POSTAGE–M81137 SCHMITT,JOSEPH PERSONAL | $2.59 | $0.00 | $0.00 | $2.59 |
| 20040303 14:45 | AT - Account Transfer | 2463591 | | MTC | –FOR COSMETIC ORDER–M81137 SCHMITT,JOSEPH PERSONAL | $15.87 | $0.00 | $0.00 | $15.87 |
| 20040303 14:49 | AT - Account Transfer | 2463614 | | MTC | –CLOTHING–M81137 SCHMITT,JOSEPH PERSONAL | $196.93 | $0.00 | $0.00 | $196.93 |
| 20040303 14:51 | IC - Transfer from Inmate to Club A/c | 2463618 | | MTC | - CLOTHING–KCN WASH ACCOUNT - Z5–KCN WASH ACCOUNT - Z5 | $0.00 | $196.93 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2499415 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2499416 | | MTC | | $0.00 | $0.00 | $1.39 | $0.00 |
| 20040311 10:04 | IC - Transfer from Inmate to Club A/c | 2520025 | | MTC | –C.LOCONTO, ATTY MAIN STREET/WORCESTER–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040311 10:04 | AT - Account Transfer | 2520022 | | MTC | –FOR POSTAGE–M81137 SCHMITT,JOSEPH PERSONAL | $1.85 | $0.00 | $0.00 | $1.85 |
| 20040311 10:05 | IC - Transfer from Inmate to Club A/c | 2520037 | | MTC | –LUIS SPENCER, SUPT MCI NORFOLK–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040311 10:06 | IC - Transfer from Inmate to Club A/c | 2520041 | | MTC | –J.ELLIS, ADMIN/FREEDOM OF INFO. OFF DOC/WETHERSFIELD, CONN–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040311 10:07 | IC - Transfer from Inmate to Club A/c | 2520047 | | MTC | –FRANCIS FORD,CLERK OF COURT COURT HOUSE MAIN ST/WORCESTER–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040311 10:07 | IC - Transfer from Inmate to Club A/c | 2520052 | | MTC | –SUPREME JUDICIAL COURT SUFFOLK COUNTY/M. DOYLE, CLERK BOSTON, MASS–POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040316 13:09 | AT - Account Transfer | 2533609 | | MTC | –FOR COSMETIC ORDER–M81137 SCHMITT,JOSEPH PERSONAL | $14.34 | $0.00 | $0.00 | $14.34 |
| 20040318 11:01 | IC - Transfer from Inmate to Club A/c | 2549677 | | MTC | –POSTAGE TO MICHAEL JOSEPH DONOVAN SUFFOLK CLERK/MAGISTRATE 90 DEVONSHIRE ST BOSTON MA 02109–POSTAGE - Z11–POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040318 22:30 | CN - Canteen | 2552295 | | MTC | –Canteen Date : 20040318 | $0.00 | $15.51 | $0.00 | $0.00 |
| 20040325 11:39 | AT - Account Transfer | 2578441 | | MTC | –FOR COSMETICS–M81137 SCHMITT,JOSEPH PERSONAL | $14.42 | $0.00 | $0.00 | $14.42 |
| 20040325 22:30 | CN - Canteen | 2579280 | | MTC | - Canteen Date : 20040325 | $0.00 | $14.58 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20040326 10:29

Page :    8

| | | |
|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER |
| Name   : | SCHMITT, JOSEPH, . | Statement From    20030901 |
| Inst   : | MASS. TREATMENT CENTER | To    20040326 |
| Block  : | MTU - SEGREGATION UNIT | |
| Cell/Bed : | 011 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $429.25 | $457.74 | $10.73 | $366.63 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $14.98 | $821.93 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $14.98 | $821.93 | $0.00 | $0.00 | $0.00 | $0.00 |