# UNITED STATES DISTRICT COURT
## District of Massachusetts

Joseph Peter Schmitt, pro se,
    Plaintiff,

v.

Patrick Mulvey,
William Grossi,
Peter Allen,
Michael T. Maloney,
William Faria,
Ernest Therien,
Ma. Dept. of Correction,
    Defendants.

Civil Action No.
_____

---

## Plaintiff's Motion for Court to ORDER defendants to produce evidence

Now comes the pro se plaintiff, Joseph Peter Schmitt, and moves this Honorable Court for an Order to defendant Ma. Dept. of Correct to produce documents that pertain to Disciplinary Report Number 02-0344, authored by defendant Patrick Mulvey on February 21, 2002.

As grounds for the above-captioned motion Plaintiff states under pains and penalties of perjury the following:

(1)

1. Plaintiff has made numerous requests to Ma. Dept of Correction officials verbally and in written form and has been denied on his F.O.I.A. Request and plain out ignored on all other requests, with the one exception that he was given a photo copy of the disciplinary Report only, ONE page, by CPO Scott Fedor on or about mid-January 2004.

2. Plaintiff needs certain documents to better state his claims, i.e., disciplinary appeal to defendant Peter Allen, the story and letter and mailing envelope.

3. As a matter of statutory interpretation, the P.L.R.A. clearly reads that plaintiff is not a prisoner nor is the Treatment Center a prison. Considering these facts defendants have no lawful governmental interest in denying the Plaintiff access to documents he needs and has requested in order to produce a meaningful and knowledgible complaint.

4. The Plaintiff authored the story, letter and envelope addresses. There is no question of this material lawfully belonging to me.

5. Plaintiff completed his prison term on August 11, 2002. Defendant has no governmental interest in keeping Plaintiffs personal property for evidence in prison disciplinary proceedings.

6. Plaintiff has the constitutional Rights to have such evidence to support his claim.

WHEREFORE, Plaintiff requests this Court

(2)

Order defendant MA. Dept. of Correct to provide the original documents, or a true photo copy of the following documents pertaining to disciplinary report number 02-0344; 1) Appeal to Superintendant; 2) Envelope(s) written material was mailed in; 3) Written materials authored by plaintiff contained in forementioned envelope. This includes story entitle "A weekend in paradise" and letters to James Karvonen and/or Robert Bernard.

Plaintiff is able and willing to pay the present $.20 per page fee for copies of his prison records.

Dated: March 25, 2004

Respectfully filed

Joseph Peter Schmitt

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, MA 02324-3230