EXHIBIT "A"

## DEPARTMENT OF CORRECTION
### NOTICE OF DISCIPLINARY HEARING

TO: JOSEPH SCHMITT                               I.D. #: W-57126

Re: Disciplinary Report #:   02-0344             Date: 02/21/2002

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary Report. Your disciplinary hearing has been scheduled for:

**03/07/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form. If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By:_____ Date:_____ Time:_____

Inmate's Signature:_____ Date:_____ Time:_____

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/ Witness Form, and Request for Evidence Form to:   **JOSEPH SCHMITT**
(Inmate's Name)

and he refused to sign.

Staff Person's Signature: _Paul Guda_                         Date: 2/26/02

Print Name: _PAUL GORDON_                                     Time: 9:00P

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt    ID#: W-57126    HOUSING UNIT: DDU #113

DATE: February 21, 2002    D-REPORT NO.: 02-0344

OFFENSES(S) & CODE NO.: #1; #2; #8

MINOR _____ (MAJOR) _____ REFERRED TO DISTRICT ATTORNEY _____

MAJOR _____ REFER TO SPECIAL DDU HEARING OFFICER _____

DESCRIPTION OF OFFENSE(S):

On February 21, 2002 I, Sergeant Mulvey was monitoring outgoing mail from inmate Joseph Schmitt, as outlined under 103 DOC 481 and discovered that this inmate was attempting to mail out a pornographic story involving children. Inmate Schmitt has been warned that this type of behavior will not be allowed, therefore by attempting to continue to mail these stories, he was in violation of the rules and regulations of this institution. Furthermore, inmate Schmitt's actions disrupted the orderly running of the institution as this officer took time from his regular duties to prevent inmate Schmitt in succeeding from his illicit actions. IPS Commander Lieutenant Grossi notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES _____ NO ✓

REPORTING STAFF PERSON'S SIGNATURE _____
Patrick Mulvey, IPS Sergeant

DAYS OFF   F / S

SHIFT   7 / 3     (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: 2/25/02

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: 2-26-02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____ DATE: 3/20/02

OFFENSES:

1. DISOBEYING AN ORDER, LYING TO, OR INSOLENCE TOWARDS A STAFF MEMBER.
2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.
8. CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR ORDERLY RUNNING OF THE INSTITUTION.

REPORTING OFFICER'S SIGNATURE: _[signature]_     TITLE: _SERGEANT_

## DEPARTMENT OF CORRECTION
## REQUEST FOR REPRESENTATION AND/OR WITNESSES

Inmate: **JOSEPH SCHMITT**  I.D.#: **W-57126**

Report #: **02-0344**  Date of Hearing: 3-7-02

You must complete this form and return it to the Disciplinary Officer within twenty-four (24) hours of receiving it. Failure to do so may be considered as a waiver for representation and/or witnesses pursuant to 103 CMR 430.11 (5).

1. If you wish to be represented by an attorney or a law student at the disciplinary hearing regarding the attached disciplinary report, fill in the representative's name, address and phone number.

   YOU ARE RESPONSIBLE FOR CONTACTING THIS PERSON AND ARRANGING FOR REPRESENTATION (See 103 CMR 430.12)

   Name: ACLU of MA. / MCLS.

   Address: _____

   Telephone: _____

2. If you do not speak English, or do not understand the charges pending against you, you may request the assistance of a staff person. Please check here _____.

3. Do you wish to have the Reporting Staff Person present at the Disciplinary Hearing?
   Yes **X**   No ___

4. Do you wish to call other witnesses at the Disciplinary Hearing?
   Yes ___   No ___

   If yes, please list the names of the witnesses You wish to call and provide a brief statement of the expected testimony as required by 103 CMR 430.14 (4) (e) (Use additional paper if necessary).

Witness: _____
Testimony: _____
Witness: _____
Testimony: _____
Received by: _____  Date: _____

MCI Cedar Junction

[Handwritten margin note: I request that a tape recorder be provided with a cassette tape to record the illegal process, ie, d-board hearing. I have funds and therefore can pay. I have no outside source to obtain a tape.]

**DEPARTMENT OF CORRECTIONS**

**MCI CEDAR JUNCTION @ WALPOLE**
**CORRECTIONAL INSTITUTION**

NOTICE OF CONTINUANCE

TO: Joseph Schmitt                                 # W-57126

RE: 02-0344                                        DATE: 3-7-02

At the Disciplinary Officer/Hearing Officer's request a continuance has been granted on the above enumerated Disciplinary Report; as set forth in the Disciplinary Regulations 103 CMR 430.11(2).

Your hearing has been rescheduled for  3-20-02
                                        (Date)

\* DDU Lockdown \*

Notice Served By _____  CO
                  (Staff Person's Signature)    (Title)

                  3/7/02                         730
                  (Date)                         (Time)

                        W. _____
                        (Disciplinary/Hearing Officer)

\* If on open date you will be notified of the new hearing date at least 24 hours prior to the rescheduled date.

## DEPARTMENT OF CORRECTION
## REFUSAL TO APPEAR

I met with Inmate    Joseph Schmitt             # W-57126

who is housed at           **MCI CEDAR JUNCTION**

and advised him of his right to appear before the Hearing Officer on Disciplinary Report

\# 02-0544     on    3/20/02        _____
                         (Date)                    (Time)

The inmate refused to appear at the hearing and refused to sign a Waiver of

Disciplinary Hearing/Interview.

_____W. F_____                                    DHO
     (Staff Person's Signature)                            (Title)

Type or Print Staff Person's Name:   William Faria

MCI Cedar Junction

MCI CEDAR JUNCTION AT WALPOLE

MASSACHUSETTS DEPARTMENT OF CORRECTION

DISCIPLINARY HEARING SUMMARY

INMATE: Joseph Schmitt                             #: W-57126

REPORT #: 02-0344                    DATE OF REPORT: 2-21-02

DATE OF HEARING: 3-20-02     HEARING OFFICER: William Faria

1. The inmate was given at least 24 hours notice of the hearing (if no, attach 24 hour waiver)  YES ✓  NO ___

2. The inmate is present before the hearing officer (if not, attach refusal to appear form)  YES ___  NO ✓

3. The inmate has been advised of his right to remain silent, since the offense charged has, or may be referred to the District Attorney. The inmate has been further advised that his silence may be used to draw an adverse inference against him, but his silence alone may not be used to support a guilty finding.  YES ___  NO ✓

4. The inmate requested representation  YES ___  NO ✓
   The inmate is represented by an attorney/law student  YES ___  NO ✓

   Name of legal representative: ACLU/MCLS

5. The inmate requested the presence of the reporting staff  YES ✓  NO ___

   The reporting staff person is present  YES ___  NO ✓

   If the inmate's request was denied, indicate the reason: *Inmate refused to participate with this hearing.*

6. Inmate challenges impartiality of the Hearing Officer.  YES ___  NO ✓

   If yes, state reasons why: N/A

7. The hearing was tape recorded  YES ___  NO ✓         * note: inmate not indigent

8. Was the inmate offered the use of the AT & T language line?  Yes ___  No ✓

*****************************************************************

Requests and Motions

_____
_____
_____
_____
_____

PAGE 2

INMATE: Joseph Schmitt                    D-REPORT: 02-0344

8.  Witness: If none requested, check here ✓

    A.  REQUESTED BY INMATE:       (If any witness request is denied, a written explanation
                                    of the reasons must be included as part of the record)

        (1) n/a
        (2) _____
        (3) _____

    B.  REQUESTED BY HEARING OFFICER:

        (1) n/a
        (2) _____
        (3) _____

***************************************************************

9.  Presentation of evidence:

    A.  Inmate Statement

    PLEA: No Plea Entered

    Statement in defense (summary):

    Inmate refused to attend the hearing to dispute the allegations. Consequently, a hearing was held in absentia. (See attached refusal to appear form).

    B.  Reporting Staff Person's Statement:

    n/a

Page 3

INMATE: Joseph Schmitt                              D-REPORT: 02-0344

C: Other Witness Statements: (If witness has been denied, indicate

reason(s) for denial in this space)

Witness #2  Name: _____ N/A _____

Statement: _____

_____

_____

_____

_____

Witness #3  Name: _____ N/A _____

Statement: _____

_____

_____

_____

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Documentary Evidence

In addition to the Disciplinary Report, the Hearing Officer accepted into evidence, and considered the following documents, physical evidence, photographs/video tapes:

Exhibit A - Letter with sexually explicit material.

PAGE 4

INMATE: Joseph Schmitt                              D-REPORT: 02-0344

FINDINGS: Guilty (1/2)        Dismiss (8) not applicable.

Statement of Evidence Relied upon to Support Findings:   (continue on Pg 4a if necessary)

A guilty finding has been established based primarily on the reporting officer's detailed report and physical evidence. Inmate Schmitt's refusal to attend the hearing to dispute the allegations has drawn an adverse inference against him. Consequently, the reporting officer's detailed report has been accepted as an accurate account of events. thus, it has been determined that inmate Schmitt attempted to mail out a pornographic story involving children. This, after inmate Schmitt has been previously warned in the past to cease such activity (1/2).

SANCTIONS AND RECOMMENDATIONS:

Charges (1/2) - 10 weeks loss of TV, Radio, Phone

Reason for Sanction:

The imposed sanction serves to educate inmate Schmitt that his continued refusal to follow staff directives will not be tolerated. Hopefully, inmate Schmitt will reevaluate his personal goals and intentions while incarcerated at MCICJ.

The inmate has been advised of his right to appeal this decision within 5 working days of his receipt; to the Superintendent: ✓

Hearing Officer: W. Jo___                              Date: 3-20-02

The inmate has been advised of the Hearing officer's decision and a copy of this document has been delivered to the inmate: ✓

MASSACHUSETTS DEPARTMENT OF CORRECTION

MCI-CEDAR JUNCTION @ WALPOLE

RESULTS OF APPEAL

TO: Joseph Schmitt

RE: D-REPORT NO. 02-0344

DATE: 3-28-02

A. **BY THE DISCIPLINARY BOARD**

After reviewing your case involving the above-cited Disciplinary Report, the Hearing Officer finds as follows:

_____

_____

_____

_____

Hearing Officer                           Date
****************************************************************

B. **BY THE SUPERINTENDENT**

After reviewing your case involving the above-cited Disciplinary Report, I find as follows:

Appeal Denied - No Merit

_____

_____

Superintendent                            Date 3/26/02

A copy of this decision has been served on the inmate _____

Staff Signature                           Date