EXHIBIT "D"

## DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO: JOSEPH SCHMITT

I.D. #: W-57126

Re: Disciplinary Report #:  02-0563

Date: 03/15/2002

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary Report. Your disciplinary hearing has been scheduled for:

**04/02/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form. If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By: _____ Date: _____ Time: _____

Inmate's Signature: _Joseph P. Schmitt_ Date: 3-20-02 Time: 8 pm

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/Witness Form, and Request for Evidence Form to:   **JOSEPH SCHMITT**
(Inmate's Name)

and he refused to sign.

Staff Person's Signature: _____ Date: _____

Print Name: _____ Time: _____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

## MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
## DISCIPLINARY REPORT

Exhibit A
page 2

INMATE: Joseph Schmitt   ID#: W-57126   HOUSING UNIT: DDU #113

DATE: March 15, 2002   D-REPORT NO.: 02-0563

OFFENSES(S) & CODE NO.: #2; #8; #33

MINOR_____ **MAJOR** _____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ ~~REFER~~ TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):

On March 15, 2002 I, Officer Jeffrey Smith determined that inmate Joseph Schmitt violated institutional rules and disrupted the orderly running of the institution.

It has been determined that inmate Schmitt has authored a letter to Joseph Chavez, an inmate incarcerated in New Mexico. This letter contained an explicit sexual story pertaining to sexual acts with a child and is consistent with previously authored stories by inmate Schmitt. His actions of authoring this story violates institution rules and disrupts the orderly running, as he has been previously disciplined on material of this nature and is aware of the consequences. The letter has been confiscated as evidence and all proper authorities were notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?   YES_____   NO ✓

REPORTING STAFF PERSON'S SIGNATURE _____
Jeffrey Smith, C.O. IPS

DAYS OFF   S / M

SHIFT   7 / 3   (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: 3/19/02

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: 3/20/02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____ DATE: _____

OFFENSES:

2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.
8. CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR ORDERLY RUNNING OF THE INSTITUTION.
33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S SIGNATURE: _[signature]_    TITLE: CO/