(84)

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

**EXHIBIT**

"B"

INMATE: Joseph Schmitt          ID#: W-57126          HOUSING UNIT: DDU

DATE: October 24, 2001          D-REPORT NO.: 01-1583

OFFENSES(S) & CODE NO.: #2; #18; #19; #25; #29; #33

MINOR_____  (MAJOR)____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

## DESCRIPTION OF OFFENSE(S):

On October 18, 2001 I, Officer Carter Thomas concluded through the investigative process that inmate Joseph Schmitt violated institutional rules by authoring inappropriate correspondence to various recipients. These correspondences pertained to abusive, obscene acts with minors that were of a sexual nature. These letters/stories were also authored for the purpose of financial gain.

From August 27, 2001 to September 3, 2001 inmate Schmitt sent and received illicit correspondence to a Mr. James Karvonen and Mr. Joseph Chavez. Inmate Schmitt also received payment for these stories via a Ms. Diana Sheridan, Editor of the pornographic magazine "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chickens", "Cherry Boys and Latino Boys" This inmate's actions disrupted the normal running of the institution.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE _Carter A. Thomas_
Carter Thomas, C.O. IPS

DAYS OFF __F__ / __S__

SHIFT __7__ / __3__          (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _J Brooks_          Date: 10/24/01

DISCIPLINARY OFFICER'S SIGNATURE ____          Date: 10/26/01

APPEAL RESULTS____

REVIEWING AUTHORITY____          DATE:____


OFFENSES:

2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.

18. FIGHTING WITH, ASSAULTING OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.

19. USE OF OBSCENE, ABUSIVE, THREATENING LANGUAGE, ACTION OR GESTURE TO ANY INMATE, STAFF MEMBER OR VISITORS.

25. GIVING MONEY OR ANY ITEM OF VALUE TO OR ACCEPTING MONEY OR ANY ITEM OF VALUE FROM ANOTHER INMATE, MEMBER OF HIS FAMILY OR FRIEND WITHOUT

29. EXTORTION, BLACKMAIL, PROTECTION, DEMANDING OR RECEIVING MONEY OR ANYTHING OF VALUE IN RETURN FOR ANY REASON.

33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S SIGNATURE:_____  TITLE: C.O.I. IPS

MCI CEDAR JUNCTION AT WALPOLE

## MASSACHUSETTS DEPARTMENT OF CORRECTION

### DISCIPLINARY HEARING

INMATE: __Joseph Schmitt__ ___ #: __W-57126__

REPORT #: __01-1583__    DATE OF REPORT: __10-18-01__

DATE OF HEARING: __12-13-01__    HEARING OFFICER: Officer Donald Dompierre

*hearing was recovened on 12-19-01 for consideration of "Request for Extension of D-hearing results" submitted by inmate Schmitt (Exhibit "P")

1.  The inmate was given at least 24 hours notice of the hearing (if no, attach 24 h[...] waiver) YES ✓ NO___

2.  The inmate is present before the hearing officer (if not, attach refusal to app[...] form) YES ✓ NO___

3.  The inmate has been advised of his right to remain silent, since the offense char[...] has, or may be referred to the District Attorney. The inmate has been further advi[...] that his silence may be used to draw an adverse inference against him, but his sile[...] alone may not be used to support a guilty finding. YES___ NO ✓

4.  The inmate requested representation  YES___  NO ✓
    The inmate is represented by an attorney/law student YES___ NO ✓

        Name of legal representative:

5.  The inmate requested the presence of the reporting staff YES ✓ NO___

    The reporting staff person is present  YES ✓  NO___

    If the inmate's request was denied, indicate the reason:

6.  Inmate challenges impartiality of the Hearing Officer.
    YES___ NO ✓

    If yes, state reasons why:

7.  The hearing was tape recorded  YES___  NO ✓

8.  Was the inmate offered the use of the AT & T language line? Yes___ No___

********************************************************************

#### Requests and Motions

1) inmate requested tape recorded proceeding ~ request denied: __ inmate schmitt is not __indigent pursuant to 103 CMR 430.12 inmate schmitt made no arrangemets to furnish recording equipment in time for this hearing.

2) inmate schmitt submits exhibit "P" (Request for Extension of D-Hear. findings) ~ REQUEST DENIED: The hearing for disciplinary report # 01-1583 (originally scheduled for 11/1/01) was ultimately heard on (see P 1A)

Joseph Schmitt_____ D-REPORT: 01-1583

quests and motions (cont.)

2-13-01. Inmate Schmitt was provided with all documentation requested on 12-3-01 (10 days prior to the hearing). During this hearing inmate Schmitt requested until 12-18-01 to submit "copies of his affidavit". Instead he (Schmitt) forwards a "Request for Extension of D-hearing findings?" in which he notes his intentions of reforming a defense and once again contacting his publisher to solicit further information. It is the view of this DHO that inmate Schmitt has been afforded a substantial period of time to prepare his defense and forward any copies to this office. Furthermore, the topics outlined in this request were already addressed during the hearing (see exhibit "0" - letter from publisher). Inmate Schmitt is clearly abusing the disciplinary process thus the denial of said "request for extension ....." .

ATE: __Joseph Schmitt__   D-REPORT: _01-1583_ _

Witness: If none requested, check here___

A.   REQUESTED BY INMATE:   (If any witness request is denied, a written explanatio of the reasons must be included as part of the record

(1) _C.O. Thomas (IPS)- reporting officer - granted_
(2) _AJA Publishing Group- inmate submits exhibit "O"_
(3) _____

B.   REQUESTED BY HEARING OFFICER:

(1) _____None_____
(2) _____
(3) _____

*****************************************************************

9.   Presentation of evidence:

A.   Inmate Statement

PLEA: _Not Guilty to all charges_____

Statement in defense (summary):

Inmate Schmitt made the following statements for use in his defense:
"This is the editor/publisher that I write pornography for"
"There are no facts to statements made in this report"
"There is no policy against writing this material"
"I write adult Porn", "The stories I get paid for have (SEE PEN):

B.   Reporting Staff Person's Statement:

C.O. Thomas concurs with his detailed report in that
during an investigation of inmate Schmitts activities
he determined that he (Schmitt) was discovered to
have submitted pornographic stories (authored by him)
to publications for unauthorized financial gain.
C.O. Thomas identifies the following:
Exhibit "H" (Executive Summary)- where Schmitt admits to receiving
money in exchange for pornographic stories (authored by him
see (2B)

PAGE 2A

RE: Joseph Schmitt _____ D-REPORT: 01-1583

Late Testimony Continued:

nothing to do with the contents of the letters in this report."

Inmate schmitt admits to writing child pornography but maintains that he gets no money for this.

Inmate schmitt admits to being paid for pornographic stories that he submits.

Inmate schmitt acknowledges exhibit "N", concuring that this is infact a pornographic story involving children; authored by him.

Inmate schmitt acknowledges exhibit "F" as correspondence from Ms. Sheridan which includes payment schedules for such magazines as "Young & Hung" "Tender young chickens" and "Coming out". This information was solicited by inmate schmitt. Inmate schmitt freely admitted that the afore mentioned titles were of child pornography-associated magazines.

Inmate schmitt acknowledges exhibit "H" as a correspondence (authored by him) to James Karoven the contents of which state that he (schmitt) has story plots in the works for example: 1) Auntie Kim - 12 year old gets seduced by sexy Aunt, 2) Identical Twins - (males) 11-14 year old discovers the pleasure of sex, 3) Twins - (male and female) 11-14 year olds discover/explore sexual pleasure and 4) Surf's Up - man is hustled by 2 beautiful beach boys (13 & 11 year old) man gets it on with both. Inmate schmitt admits to the content of such as it refers to sex with children.

Joseph Schmitt _____ D-REPORT: 01-1583

orting staff person's statement (cont.)

hibit "B" (inmate interview) - where inmate Schmitt admits to writing porn (sexually explicit) stories for financial gain (unauthorized).

Exhibits "C" and "D" as - inmate Transaction History which shows Schmitt having funds deposited into his accant in exchange for these sexually explicit stories.

Exhibit "E" as - Check made out to Schmitt for $100.00 from Publishing Group Productions, LTD.

Exhibit "F" - letter from D. Sherridan which includes payment schedules for pornographic publications such as Tender chickens (a publication which inmate Schmitt concurs to be about child pornography).

Exhibit "N" - story about youth - inmate Schmitt doesn't deny it to contain child porn.

C.O. Thomas states that inmate Schmitt freely admits to authoring "sexually explicit" stories and to accepting money for such (from various publications).

NAME: _Joseph Schmitt_____ D-REPORT: _01-1583_  (6)

Other Witness Statements: (If witness has been denied, indicate

reason(s) for denial in this space)

Witness #2  Name: _____ N/A _____

Statement: _____

_____

_____

_____

_____

_____


Witness #3  Name: ___ N/A _____

Statement: _____

_____

_____

_____

_____

_____

**************************************************************

Documentary Evidence

In addition to the Disciplinary Report, the Hearing Officer accepted into evidence,

considered the following documents, physical evidence, photographs/video tapes:

_____ See (3 A) _____

_____

_____

_____

_____

_____

⑨

Joseph Schmitt _____  D-REPORT: 01-1583

Exhibit "A" (2 pages) - Executive summary

Exhibit "B" (1 page) - Inmate interview / Joseph Schmitt

Exhibit "C" (1 page) - Inmate accounts register

Exhibit "D" (1 pg) - Inmate transaction history

Exhibit "E" (1 pg) - cashed check recipt

Exhibit "F" (4 pg) - letter from Ms. Diana Sheridan

Exhibits "G", "H", "J" - letters from Schmitt to Karvonen

Exhibit "K" - correspondence Karvonen to Schmitt

Exhibit "L" - correspondence Chavez to Schmitt

Exhibit "M" - Correspondence Karvonen to Schmitt

Exhibit "N" - 23 page - sexually explicit story authored
   by Schmitt (contains sexually explicit child
   situations)

Exhibit "O" (9 page) - correspondence Sheridan to Schmitt

Exhibit "P" (2 page) - "Request for extension of D-Hearing
findings"

NAME: Joseph Schmitt _____ D-REPORT: 01-1583  (8)

FINDINGS: Guilty (25/29) - charges (18, 19, 33) dismissed as not applicable

Statement of Evidence Relied upon to Support Findings:   (continue on Pg 4a if necessary)

Based on C.O. Thomas' detailed report (as corroborated by his oral testimony) and review of all supporting documentation (exhibits A thru P), a guilty finding has been established. During oral testimony, inmate Schmitt freely admits to authoring "sexually explicit" stories and submitting such to various publications in exchange for payment thus providing further evidence of culpability. Subsequently, it has been determined that inmate Schmitt submitted numerous sexually explicit stories (authored by him) to these publications and in return received unauthorized compensation for them (25/29). Exhibits C, D, E and O support this finding whereas they provide physical evidence (i.e. cashed checks and (SEE P 4A)

SANCTIONS AND RECOMMENDATIONS:

Charges (25/29) - 6 weeks loss: TV, Radio, Phone
_____
_____

Reason for Sanction:

This sanction is levied to inform inmate Schmitt that his actions (receiving unauthorized compensation) as outlined in disciplinary report # 01-1583 will not be tolerated. Ideally, this sanction will serve as a deterrent to similar violations.
_____
_____

The inmate has been advised of his right to appeal this decision within 5 working days receipt; to the Superintendent: XX

Hearing Officer Off. Donald Dompierre - _____  Date: 12/19/01

The inmate has been advised of the Hearing officer's decision and a copy of this docum

been delivered to the inmate  XX

INMATE: _____ Joseph Schmitt _____ D-REPORT: 01-1583

STATEMENT OF EVIDENCE RELIED UPON (CONTINUED):

his (schmitt's) inmate account records) showing his recipt of such unauthorized funds.

REASONS FOR SANCTION (CONTINUED):

N/A

*The Commonwealth of Massachuse*

*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel:(617) 727-1688 Fax:(617) 727-6571*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter Allen
*Superintendent*

— Exhibit "A" (2 pgs)

To:        Steven Silva, Director of Security

Thru:      Lieutenant William Grossi, IPS Commander

From:      Officer Carter Thomas, IPS *Carter Thomas*

Date:      October 17, 2001

Re:        **EXECUTIVE SUMMARY/I01-19**

On September 12, 2001 an investigation was initiated into the ongoing inappropriate correspondence being sent to a variety of people by inmate Joseph Schmitt. Based on all facts physical evidence and the interview process the following was determined:

Inmate Joseph Schmitt did author sexually perverted, child pornographic stories with the intent to distribute for the purpose of financial gains. These sexually fantasized child pornographic stories were sent to a Ms. Diana Sheridan. Ms. Sheridan is the Associate Editor of pornographic magazines, such as "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chicken", "Latino Boys" and "Cherry Boys". Ms. Sheridan would publish these stories and pay inmate Schmitt for them.

In an attempt to gather additional information inmate Schmitt was placed on the Mail Monitor where it was discovered that he had received a check for one-hundred dollars from Ms. Sheridan. Further information was obtained regarding future payment and issues due to pay: '

Young and Hung (#5) 5/2 pays mid February, 2002
Coming Out #25 5/2 pays mid February, 2002
Options 185 4/2 pays mid February, 2002
Tender Chickens (#6) January, 2002 pays mid-October

Page 2/I01-19
Officer Thomas:

Inmate Schmitt has also authored, sent and received inappropriate, sexually explicit correspondence/stories to Mr. James Karvonan and Mr. Joseph Chavez during the time frame of August 27, 2001 to September 3, 2001.

On September 27, 2001 inmate Schmitt was interviewed and admitted to authoring these stories. Inmate Schmitt stated that he was bisexual and that he was a writer, that there was nothing wrong with what he was doing, although it may be immoral. Inmate Schmitt also stated that he was getting paid for these stories.

On October 4, 2001 a major search of the Department Disciplinary Unit was conducted. Upon the completion of this search two envelopes were found within inmate Schmitt's cell containing the address of Ms. Sheridan and the sexually explicit stories.

In conclusion, inmate Schmitt authored inappropriate correspondence to the above mentioned persons in an attempt to distribute for the purpose of financial gain.

*Exhibit # 37*



*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

*Tel: (617) 727-1684  Fax: (617) 727-6571*



Michael T. Maloney
*Commissioner*

Kathleen M Dennehy
*Deputy Commissioner*

Peter Allen
*Superintendent*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Exhibit "B", page —

**To:**        Steven Silva, Director of Security

**Thru:**     Lieutenant William Grossi, IPS Commander

**From:**    Officer Carter Thomas, IPS

**Date:**     September 27, 2001

**Re:**        **INMATE INTERVIEW/JOSEPH SCHMITT**

On September 27, 2001 I, IPS Officer Thomas conducted an interview with inmate Joseph Schmitt in regards to him authoring inappropriate, sexually explicit short stories of child pornography. I asked inmate Schmitt if he was attracted to children of the same sex to which he stated he was not but was however, bisexual.

I then asked inmate Schmitt if he was receiving payment for these stories and he stated, "Yes, I'm a writer and there is nothing wrong with what I'm doing although, it may be immoral." I asked inmate Schmitt if he was going to continue with this action to which he stated, "No".

This concluded the interview with inmate Schmitt.

WG/CT/gjt
c. File

Exhibit "O" 9 PAGES                    12-11-01

Sgt Therien, D-board officer

    Please review the enclosed. I very strongly recommend that you investigate this bogus report before legal action is taken for slander and defamation of character (excuse my spelling) by the publisher and ~~editor~~ Editor whom are falsing being entwined in child porn allegation by IPS and approved by your office.
    I request your presence at the D-board hearing to review my evidence.

Enclosures: 11/9/01 letter to Maloney          Joseph P. Schmitt
               from Diane Sheridan          W37120

CC: Diane Sheridan
     Sportsmstre Ltd / AJA Publishing Group
     ACLU Attorney
     JPS File.

# Sportomatic, Ltd.

**P.O. Box 170**
**Irvington NY 10533**

11/9/01

Michael T. Maloney, Massachusetts D.O.C. Commissioner
50 Maple St. - Suite 3
Molford MA 01757-3698

Re: Disciplinary Report 01-1583, October 24, 2001
Reporting staff: Carter A. Thomas, C.O. I.P.S.

Good morning:

It has been brought to my attention by one of the residents of MCI-Cedar Junction, with whom I do business, that you are accusing him of writing child pornography for the magazines I edit, which in fact do not contain any such thing.

While it is true that Joseph Schmitt is a writer for our various magazines, and while it is true that these magazines are of a sexually explicit nature, there is *no depiction either in verbiage or pictorially of any sex with any persons under the legal age*. To bear out my statement, I enclose a copy of our guidelines. You will see that the stories we publish in our magazines are gay or bi in orientation, feature consensual sex between adult men, and do not feature any "rough stuff" or kinky activities. There is nothing in them that violates even the Canadian censors' standards, which are stricter than those of our own country. This is stated clearly in the guidelines, in the paragraph on Canadian censorship, which, among the other taboos listed, makes clear that we will not buy stories featuring underage characters.

You will note that our guidelines generally refer to "men" not "boys" and that the guidelines for *Tender Chickens* and *Young & Hung* (page 2 of the Sportomatic guidelines enclosed), the two magazines that publish stories specifically about younger characters, specify "*Do not, however, have your character be younger than 18.*"

Mr. Schmitt has also asked that I enlighten you regarding his payments for stories he writes and we publish. These are passed from the bookkeeping department to me, then mailed to Mr. Schmitt, As Mr. Schmitt has asked me to send you a copy of his payment record, to demonstrate what he is being paid for, I have had the bookkeeping department pull a record of Mr. Schmitt's payment history, which I am also enclosing.

I certainly hope this clears up the matter, as *there is no kiddie porn being published in any of our publications, nor would I be associated with such an enterprise.* That is *not* what Mr. Schmitt writes for us.

Sincerely yours,

Diana Sheridan, Editor

cc:

Joseph Schmitt # W57126
MCI – Cedar Junction
POB 100
South Walpole MA 02071-0100

Peter Allen, Superintendent
MCI – Cedar Junction
POB 100
South Walpole MA 02071-0100

# Sportomatic, Ltd.

P.O. Box 170
Irvington NY 10533

Writers' guidelines for BEAU and related magazines

BEAU, COMING OUT, BOY NEXT DOOR, CHERRY BOYS, TENDER CHICKENS, and YOUNG & HUNG are magazines for and about gay men. Our stories are all written in the first person, as if true. If the name of the person telling the story is mentioned in the story (such as if another character calls him by name), the by-line must match that name. If you sell to us repeatedly, please change the by-line from story to story. We cannot have "John Doe" as a fireman one issue, a sailor the next, 34 years old one issue and 18 the next, etc.

Story length is 2000-3000 words. You must get into the hot action after no more than 1000 words' exposition (or sooner) and sustain the heat through fully half the manuscript (or more). Please indicate your word count on the manuscript.

Please conform your terminology for body parts-if you use the word "cock," make it "cock" consistently throughout the story; or use "dick" or "prick" instead, but whichever you choose, be consistent. Generic words such as "rod" or "tool" may be alternated for variety if desired.

Payment is $100, on publication for manuscripts submitted in an electronic format we have no problem reading. This could be a floppy disk or an attached file uploaded electronically, or as a last resort you can paste the text of your story into the body of an EMail, though that is a last resort as it creates hard line breaks that we then have to painstakingly reattach manually, line by line. We work in Word/Mac but can read Word/PC and WordPerfect, as well as RTF. Some ascii files seem to come in more readably than others. If you cannot submit electronically, such as if you are working on a typewriter, or if you are working in some off-beat format that our computer cannot read at or or cannot read without a lot of "funny characters," we pay $80. We do pay promptly and report on submissions within a few weeks, typically just a few days for submissions that come via EMail. (Send to DianaEditr@aol.com—and no, the missing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights on request after your story has been published. Any stories sent us are automatically considered for all our magazines, including our bisexual magazine, OPTIONS.

Stories set in the AIDS era (1980 on) must depict safe sex only, whether it is condom use, "on me, not in me," mutual j/o, thigh-fucking, etc. Otherwise the story must be clearly set back pre-AIDS. We do not consider unprotected oral sex to be safe sex, even if the character withdraws before ejaculation. We will accept as "safe sex" unprotected sex between two totally monogamous partners who have been negative-tested if that situation is made very explicit.

All our magazines are distributed in Canada. Canadian censorship restrictions make the following things taboo: underage (must be 18 or over), incest (including sex between relatives not related by blood, e.g. in-laws or step-relatives), golden showers and scat, degradation or humiliation, B&D, S&M, rape, bestiality, and a few other things you're not likely to write about. Additionally, we will not accept material depicting use of any drug or involving members of the clergy.

We will not consider simultaneous submissions-there is no need; we report promptly, usually within three weeks.

We are not buying "letters" at this time.

For BOY NEXT DOOR: The "boy" must be of age though young, must be a "boy-next-door" type, and must be in some physical proximity that could qualify in the large sense as "next door"-e.g. occupant of the next office, next campsite, etc., or of course literally the next-door neighbor.

COMING OUT and CHERRY BOYS are about a man's first man-to-man sexual experience. Stories in COMING OUT are told from the point of view of the first-timer. Stories in CHERRY BOYS are told from the point of view of the guy who gets the cherry. In all our magazines, a character portrayed as "cherry" should demonstrate some emotional reaction (e.g. fear, excitement) to the step he contemplates taking.

TENDER CHICKENS and YOUNG & HUNG are about boys 18 or occasionally 19, who should be described in young terms. They may be hairless on the body, look like they barely need to shave, have small balls, use teen lingo in their speech, or in other ways be presented as sounding youthful, though they do not need to be innocent. *Do not, however, have your character be younger than 18.* The use of such terms as "boyballs," "boybuns," and "boycum" may also be helpful. These boys are not the viewpoint character in the story, but rather the viewpoint character (who should be at least in his 20s, possibly older) has an encounter with, and describes, the "chicken."

BEAU is a general-interest gayporn mag, not restricted to any one theme, though of course it must depict "vanilla" sex such as is acceptable in Canada. *Please note that we no longer publish "Gay Style" nonfiction pieces in BEAU.*

The Editors

# AJA Publishing Corp

**P.O. Box 170**
**Irvington NY 10533**

All stories for Options should be about sex between two (or occasionally more) men or two (or occasionally more) women. We very seldom use threesome stories mixing both sexes. Best advice: Don't send us one. We use far more male/male stories than female/female. We also use *one* TV/TS story in *some* issues.

Length should be 2000-3000 words. Hot first-person stories should sound real, whether or not they are. The by-line should match the name of the character telling the story, if his/her name is mentioned. Please indicate your manuscript's word count.

Get to the hot action by 1000 words into the manuscript (sooner is fine!). Sustain the heat for at least half the story.

Though most of our readership is presumably bi, our readers are not buying Options to read about male-female sex. They can get that from many other magazines. What they want to read about in Options is the gay side of bisexuality. Consequently, we don't want to see male-female sex. You may indicate the viewpoint character's bisexuality by saying that he is or once was married, or has or has had a girlfriend or female lover. We also use some good stories with nothing to indicate the man is bi as opposed to gay. If a story seems more suited for one of our gay magazines, we'll use it there. (Pay rates are the same.)

We require that hot stories about men either are set pre-1980 or include the practice of only "safe sex" (most frequently, wearing a condom; other safe sex acts also welcome). Please note that we do not deem unprotected oral to be "safe" even if the man withdraws prior to ejaculating...because, in real life, it isn't.

Payment is $100, on publication for manuscripts submitted in an electronic format we have no problem reading. This could be a floppy disk or an attached file uploaded electronically, or as a last resort you can paste the text of your story into the body of an EMail, though that is a last resort as it creates hard line breaks that we then have to painstakingly reattach manually, line by line. We work in Word/Mac but can read Word/PC and WordPerfect, as well as RTF. Some ascii files seem to come in more readably than others. If you cannot submit electronically, such as if you are working on a typewriter, or if you are working in some off-beat format that our computer cannot read at or or cannot read without a lot of "funny characters," we pay $80. We do pay promptly and report on submissions within a few weeks, typically just a few days for submissions that come via EMail. (Send to DianaEditr@aol.com —and no, the missing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights on request after your story has been published. Any stories sent us are automatically considered for all our magazines, including our bisexual magazine, OPTIONS.

We are not buying "letters" at this time. And please note that we have stopped publishing serious (non-hot) articles.

## FREELANCE PAYMENT HISTORY

2001                                                                                    Page #2

| FOR (NAME) | DATE PAID | CODE # | NAME | DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| SPORTOMATIC LTD | 02-02-2001 | D6121 | JOSEPH P SCHMITT | f/l be 05/01 | 15.00 |
| SPORTOMATIC LTD | 02-23-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 05/01 | 200.00 |
| SPORTOMATIC LTD | 03-16-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 06/01 | 100.00 |
| SPORTOMATIC LTD | 04-06-2001 | D6121 | JOSEPH P SCHMITT | f/l co 07/01 | 100.00 |
| SPORTOMATIC LTD | 04-20-2001 | D6121 | JOSEPH P SCHMITT | f/l be 07/01 | 100.00 |
| SPORTOMATIC LTD | 06-15-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 09/01 | 100.00 |
| SPORTOMATIC LTD | 06-29-2001 | D6121 | JOSEPH P SCHMITT | f/l co 10/01 | 100.00 |
| SPORTOMATIC LTD | 07-27-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 10/01 | 100.00 |
| SPORTOMATIC LTD | 09-21-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 12/01 | 100.00 |
| SPORTOMATIC LTD | 10-12-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 01/02 | 100.00 |

Total:                                                                                  1,015.00

Total:                                                                                  1,015.00

Total:                                                                                  1,215.00