# DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING


EXHIBIT E

TO: **JOSEPH SCHMITT**  I.D. #: **W-57126**

Re: Disciplinary Report #: **02-1053**  Date: **05/29/2002**

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary Report. Your disciplinary hearing has been scheduled for:

**06/05/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form. If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By:_____ Date:_____ Time:_____

Inmate's Signature: _[signature]_ Date: 5-30-02 Time: 6 am

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/Witness Form, and Request for Evidence Form to:   **JOSEPH SCHMITT**
(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____ Date:_____

Print Name:_____ Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

6/5
Exhibit # 102
page 2

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt    ID#: W-57126    HOUSING UNIT: EWSU # 19

DATE: May 29, 2002    D-REPORT NO.: 02-1053

OFFENSES(S) & CODE NO.: #2; #19; #25; #29; #33

MINOR____ (MAJOR)____ REFERRED TO DISTRICT ATTORNEY____

MAJOR____ REFER TO SPECIAL DDU HEARING OFFICER____

DESCRIPTION OF OFFENSE(S):
On May 28, 2002 I, IPS Officer Carter Thomas concluded inmate Joseph Schmitt violated institutional rules by authoring inappropriate stories for the purpose of financial gains. Inmate Schmitt received payments via a Diana Sheridan, Editor of AJA Publishing. Inmate Schmitt also instructed Ms. Sheridan on statements of what she was supposed to say regarding this latest issue.

Inmate Schmitt has been warned in the past about these actions and to cease all correspondence of this nature.

All proper authorities were notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES____ NO ✓

REPORTING STAFF PERSON'S SIGNATURE _[signature]_
Carter Thomas, C.O. IPS

DAYS OFF  F / S
SHIFT  7 / 3
(PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _Capt [signature]_ Date: 5/29/02

DISCIPLINARY OFFICER'S SIGNATURE _[signature]_ Date: 5/30/02

APPEAL RESULTS____

REVIEWING AUTHORITY____ DATE:____

OFFENSES:

2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY-BASED PROGRAM.
19. USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY INMATE, STAFF MEMBER, OR VISITORS.
25. GIVING MONEY OR ANY ITEM OF VALUE TO OR ACCEPTING MONEY OR ANY ITEM OF VALUE FROM ANOTHER INMATE, MEMBER OF HIS FAMILY, OR FRIEND WITHOUT AUTHORIZATION.
29. EXTORTION, BLACKMAIL, PROTECTION, DEMANDING OR RECEIVING MONEY OR ANYTHING OF VALUE IN RETURN FOR ANY REASON.
33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S SIGNATURE: _____ TITLE: _____

# DEPARTMENT OF CORRECTION

## EVIDENCE PRODUCED TO INMATE FORM

TO:     Joseph Schmitt W-57126
          Inmate's Name

FROM:    Sergeant Ernest J. Therien
          Disciplinary Officer

RE:     Disciplinary Report #: 02-1053

### EVIDENCE PRODUCED TO INMATE (ATTACHED)

1)    Photocopies of three checks totaling $400.00 made out to Inmate Schmitt.
2)    One two page letter addressed *'To whom it may concern'*.
3)    One two page letter addressed to Inmate Schmitt.

### DENIAL OF REQUESTED EVIDENCE AND REASON FOR DENIAL

1) *photocopy of inappropriate stories...*
REASON FOR DENIAL: There is no indication in the body of the report that any 'inappropriate stories' were confiscated.

2)
REASON FOR DENIAL: N/A

3)
REASON FOR DENIAL: N/A

Served by:_____ Date:_____ Time:_____

Inmate Signature:_____ Date:_____ Time:_____

****When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgment, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this EVIDENCE PRODUCED TO INMATE FORM with the identified documents to _____ and he refused to sign acknowledging receipt.
        Inmate's Name

Staff Person's Signature_____ Date_____

Print Name:_____ Time:_____

DIANA SHERIDAN
5891 S. Military Tr. #5A
Lake Worth, FL 33463

0207140100 04

2002 MAY 28 A 10:17

MCI CEDAR JUNCTION
IPS OFFICE



Exhibit #103
Page 4

Joseph P Schmitt #W57126
MCI-Cedar Junction
PO Box 100
S Walpole, MA   02071

MEMO   f/1 OP 06/02

⑈0011002⑈ ⑉021000089⑉ 035858762⑈

---

**SPORTOMATIC LTD.**
170 HAMILTON AVE. SUITE 212
WHITE PLAINS, NY 10601

1102

CITIBANK, N.A.
WHITE PLAINS, NY 10605
1-8/210

04/22/02

PAY TO THE ORDER OF    Joseph P Schmitt #W57126

One Hundred and 00/100************************************ DOLLARS

$ **100.00

Joseph P Schmitt #W57126
MCI-Cedar Junction
PO Box 100
S Walpole, MA   02071

MEMO   f/1 OP 07/02

⑈0011002⑈ ⑉021000089⑉ 035858762⑈

---

**SPORTOMATIC LTD.**
170 HAMILTON AVE. SUITE 212
WHITE PLAINS, NY 10601

1039

CITIBANK, N.A.
WHITE PLAINS, NY 10605
1-8/210

02/15/02

PAY TO THE ORDER OF    Joseph P Schmitt #W57126

One Hundred and 00/100************************************ DOLLARS

$ **100.00

Joseph P Schmitt #W57126
MCI-Cedar Junction
PO Box 100
S Walpole, MA   02071

MEMO

Diana Sheridan
5891 S. Military Trail - Ste. 5A.
Lake Worth FL 33463

5/1/02

To whom it may concern:

Joseph Schmitt had been regularly submitting stories to the various magazines I edit, with an average of perhaps four a month published, until our publisher requested I cease accepting material from him. This was due to the fact that we had become embroiled in the middle of a legal wrangle pertaining to Joe Schmitt. This arose when Joe Schmitt was accused of selling us kiddie porn, an allegation I forcefully dispute and deny. None of the characters depicted in our magazines is ever under 18. In fact, our magazines are all sold in Canada, whose censors read all material that crosses the border and automatically reject any magazine that violates any of the Canadian censorship restrictions, which most definitely include underage sex.

Further facts pertinent to Joseph Schmitt:
1 - He sent me a check for $1,167.44 payable to his mother, Carmela Schmitt, for me to hold pending advice of where to forward the check to, since his mother had moved and her whereabouts were unknown to Joe Schmitt. As I was unable to contact his sister to ascertain his mother's current address, the check went stale while in my possession.

2 - I was holding some few checks for him that were sent to me because I agreed to hold them for him; this was because the bookkeeper of the publishing company had grown irked with Joe Schmitt's constantly changing the address to which they were to be sent. But I am no longer holding checks or any money for Mr. Schmitt.

3 - Mr. Schmitt at one time had a CD/savings passbook sent to me to hold, but it was lost at my mail service. I do not have it. Nobody knows where it is. The owner of the mail service performed a diligent search but failed to turn up the envelope.

For further information/verification you can contact me at the above address or by EMail at dianaedt@bellsouth.net

Sincerely yours,

*[signature]*

Diana Sheridan
5891 S. Military Trail - Ste. 5A.
Lake Worth FL 33463

5/1/02

Hi Joe -

Picked up two letters from you and one from Christine among the mail yesterday. The one from Christine encloses a copy of a letter you sent her, which she says she has also sent you. I am filing this copy in the Joe Schmitt Legal file. Now let me open your two letters...

Okay you want me to open the Legal Docs envs and see if the inside sealed envelopes were messed with. Hold on. I just sat down from going over there with the thing from Christine. Let me get up and go back over....

Hi. I'm back. No, they're intact. No tampering.

Now let me look at the rest of your letter....

No, you can send me other 9x12s—though I'm not sure what you mean by "many."

I have typed up a letter (will enclose) attesting to the first part of what you ask me to say. I am enclosing it to you here rather than sending it to the people you asked me to as it does not say everything you asked me to say (for obvious reasons which I will not mention here in accordance with what you said in your letter). I don't know if you still want me to mail it out.

OK you want the chex sent to you. There is a new one that came in. I made a pcopy for you. I will enclose that too.

OK <sigh> I'll send along that other statement and destroy the first one so never mind what I said about enclosing it.

I cannot get KC to issue a check for that $80 as that will mess up their bookkeeping. I will send it from here. I am leaving town tomw morning for four days' R&R but will take care of it on my return.

OK I have much to do today that needs to be taken care of before I can get outta here. I need to leave the house at 5 AM tomw. I'll return Sunnight.

Take care -
D