

## DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO: JOSEPH SCHMITT         I.D. #: W-57126

Re: Disciplinary Report #:   02-1134         Date: 06/12/2002

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary Report. Your disciplinary hearing has been scheduled for:

**06/19/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form. If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By:_____ Date: 6-17 Time: 9:30 pm

Inmate's Signature:_____ Date:_____ Time:_____

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/Witness Form, and Request for Evidence Form to:   **JOSEPH SCHMITT**
(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____ Date:_____

Print Name:_____ Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt     ID#: W-57126     HOUSING UNIT: WWSU # 7

DATE: June 12, 2002     D-REPORT NO.: 02-1134

OFFENSES(S) & CODE NO.: #2; #18; #19; #32; #33

MINOR_____ (MAJOR)_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):

On June 11, 2002 inmate Joseph Schmitt violated departmental rules by authoring a letter that was sexually explicit and threatening in nature. Inmate Schmitt referred to this reporting officer as a "Zebra" and stated he was going to "slam a lawsuit up my ass". Inmate Schmitt also made statements of authoring a story about a cop and his family who are "visited" by an angry ex-con and rape, torture, murder are mentioned. It should be noted inmate Schmitt is scheduled to be released in August 2002.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?   YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE _____
                                    Carter Thomas, C.O. IPS

DAYS OFF  F  /  S
SHIFT     7  /  3
                                    (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: 6-12-02

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: 6-13-02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____ DATE:_____

OFFENSES:

2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY-BASED PROGRAM.
18. FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.
19. USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY INMATE, STAFF MEMBER, OR VISITORS.
32. VIOLATING ANY LAW OF THE COMMONWEALTH OF MASSACHUSETTS OR THE UNITED STATES.
33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S SIGNATURE: _____ TITLE: _____

*Exhibit # 101*
*13 pages*
*Received 6-18-02 JPS*

# DEPARTMENT OF CORRECTION

## EVIDENCE PRODUCED TO INMATE FORM

**TO:** Joseph Schmitt  W-43889
                Inmate's Name
**FROM:** Sergeant Ernest J. Therien
                Disciplinary Officer
**RE:** Disciplinary Report #: 02-1134

### EVIDENCE PRODUCED TO INMATE (ATTACHED)

1) One eleven page letter (w/ envelope) written by Inmate Schmitt.

### DENIAL OF REQUESTED EVIDENCE AND REASON FOR DENIAL

1)
REASON FOR DENIAL: N/A

2)
REASON FOR DENIAL: N/A

3)
REASON FOR DENIAL: N/A

Served by: _____ Date: _____ Time: _____

Inmate Signature: _____ Date: _____ Time: _____

****When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgment, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this EVIDENCE PRODUCED TO INMATE FORM with the identified documents to _____ and he refused to sign acknowledging receipt.
          Inmate's Name

Staff Person's Signature _____ Date: _____

Print Name: _____ Time: _____

Joseph T. Chavez  43899
Lea County Corr. Facility
6900 W. Miller Dr.
Hobbs, NM. 88244

t delivered in 10 days
Return to
outh Walpole, Mass. 02071

(Attention to the PS thing)

Joe                                                                                              5-30-02

Hi, Scrotum Nibbler 😊 This is letter twelve & 6 pages, 12 sides 😊

It's about 11:30 am. Just ate lunch. As I peeled the long fat banana I thought of your LSD 😊 oh yeah! and decided to start another letter to you. I got some legal stuff done up earlier. Now it'll go to the caseworker to bring to the librarian to copy it. I'll probably get it back late next week. I'm aggravated that I can't find some documents I need. I'm pretty sure I've got them still but can't find 'em. I might have accidentally trashed 'em the other day when the "lighten the load" mood struck me. As a matter of fact I'm going to do a thourough search now before it drives me nuts. I'll get back to ya later Joe —

I'm back, it's 3:30 pm. Didn't get to search for the document cause the property guy brought my legal copies (which I sorted and already sent out to be mailed) and 18 letters I've had to send to the caseworker unsealed to be processed with a purchase slip. 5 letters were yours! I mailed your 5 in a 9x12 and the rest I'm sending to Diana except for 2 legal ones I needed mailed quicker. The Latino dude heard me go off on the screw about this dumb shit and sent me 10 stamps. See what I mean about Latinos boo. There's a couple of Niggers and 3 whites and 1 Latino and me on this tier. Only the Latino guy looked out! Niggers & white trash did shit! Anyway hopefully the 3 stamps on your 9x12 is enough. I'll know soon enough! Either way it'll get mailed cause I included a purchase slip for any extra postage due on yours and Dianas 9x12 envelopes. 5 envelopes in yours, 14 in Dianas and 2 I mailed out with a stamp. 10 stamps in all. Mail call — Just 3 money receipts 200.00, 100.00 and 100.00. 😊 No love from my Homo Mexican Jumpin Bean 😊. Also got the Free Press Releases monthly paper. Yes, I'm releases but like you have issues. Anyway I just stole a quick look and it's that time of the year that this place asks for Adopt-a-kid donations so inner city kids can go to camp for 5 days. It's 35.00 per kid for a week. Last year I donated 35.00. It's a good cause and the

place "Union Rescue Mission P.O. Box 685, Hagerstown, MD 21741-0685" are good people. Its a shelter for homeless/church thing. I might donate 35.⁰⁰ if these jerks allow me to spend my $! Write to them Jim and ask for the "Free Press" News paper. Fuck you buddy, I'm not trying to force religion on ya. The paper has some interesting stuff. Try it and if you don't like it spend a stamp and let them know you don't want it sent to you anymore. Shit chow already! Catch ya later!

I'm back!!! Guess what? That ZEBRA CARTER THOMAS actually wrote me up for receiving 400.⁰⁰ from the publisher! I knew he was the PUNK gonna be ████ Nigger who was holding up Diana's Affidavit and the Checks. Its so nice of this STUPID NIGGER to VIOLATE MY CIVIL RIGHTS again so now I'll file a new law suit, pay the $150.⁰⁰ filing fee and bend that Zebra over like a punk bitch and right up his ASS I'll slam a law suit and I GUARANTE YOU I'll get paid! By the way fuck face I'm going to write you a kick ass story about a cop and his family who gets visited by an angry ex-con. Murder, Guts & Blood, Rape, Torture, the whole nine yards. Joe, its nothing but harassment. I'll have it in court within 6 weeks, probably sooner. Oh and this Nig Nog swine Carter Thomas goes on record to allege I'm telling Diana what to say in her Affidavit! Like I'm scamming and making lies up! I told her what to write sure, told her to indicate what I've wrote & sold her since '89, how much I can sell her and stuff like that and why she handles my checks and how come she had the $1162.⁵⁴ check for my mom and other FACTS. Nothing is a lie. Everything said can be verified and will be come trial time. I've already got a bunch of evidence put together which is already exhibits on other law suits so this'll be an easy law suit. I'll sue the Nigger, the D-board and superintendent and the DOC and Commissioner. Oh well let me get back my novel. Then I'll probably jack off and think about that nig nogs death!!

Fri May 31, 2002 9:30 AM. Just showered and shaved the beard & mustache off. Big big difference. I feel naked now! I let it grow out (beard) around Labor Day which'll give me a thick beard by February 03. I wrote up an Injunction motion last night. I get it to the court ASAP. I'm seriously considering taking it to the District Court (Feds) since the supreme court is pretty much lame ducks. Anyway, I'm not in the mood to write and since I have no envelopes anyway (or stamps) I'll have to wait till Wed or Thur for supplies. I think stamps are passed out on Tuesdays now. I'll find out when it happens right? I'll get back to you my chubby cheeked watermelon head friend ☺

I'm back. After an entire day of napping and reading. I had some very nice, weird, and cool dreams. Spent time in a Nuke fast attack sub ☺, fishing with my nephew Jack for trout ☺ ☺, went on a mission taking out the "trash" with two .45 glocks. Do you know the damage a .45 slug does? Do you know what I've always wanted to own and had the delightful opportunities (twice) to shoot one? A Tommy gun! Joe it was fucking Awesome. I know (still do) a very cool dude ex viet nam vet who owns a lot of open/wooded land. Well he shows me this beautiful Tommy then tosses me a fully loaded barrel clip. I don't know how many rounds but let me tell ya I tore apart the waist up ~~little~~ target of a person and the 2½ inch back stop of plywood 3 ¾ in shreds. I felt like a 1920's Al Capone! I tell you, it made me step back at first with the body slamming recoils. I was in solid condition too at that time. Give me full body armor, 10 spare clips with one already locked in and I'll wreck a parking lot full of swine ☺ Yeee hah! I almost bought it, but my dad wouldn't go for it. Then I fucked up and got arrested after I missed the test by ONE point to enter the armed forces. I wanted to be a Ranger. My thing was lets go to war and shot shit up. I was invincible back then Joe, at least I thought so anyway. Hell fire in my heart. Scared of nothing. Man I just had a flash (way) back! I wasn't even thinking about puberty, say 10 or 11. I was a nut farm for kids. Had a chip on my shoulders the size of Texas and basically didn't start shit at all. But if you fucked with me I'd smash your grill ☺ Well I didn't want to take the meds they tried to give me. It made me feel weird.

"Now I know it was "Stoned". Well I was playing pool with this black girl — she was hot shit on the felt table — and we were betting on the game. This stupid little faggot decided to snatch the cue ball. I was up to sink the 8 ball. The girl barely missed her bank shot. I don't remember the fine details but I whipped a ball at the S.L.F. and it busted his mouth up. And I simply picked up the cue ball and told the other female staff if they kept fucking with me I'd beat their heads in. I had a 3 piece custom pool stick — a gift from my uncle Joe. I grew up on a pool table ⓘ The colored girl was 100% street hood and hyped me up and stuck with me "Pinky and The Brain" taking over the nut farm ⓘ Well not long after my "vicious assault" on the Stupid Little faggot (Yeah he was sucking a few of our little pricks) a state cop showed up. I was young and well to me a state cop was like what a Seal is to the Navy or Ranger to the Army — understand? I was both scared and thrilled! They sent the best to take me down ⓘ I was shooting pool myself now. The girl got bored (or scared?). The Trooper was huge — I'm only 10 or 11 pretty light in the ass, ya know? He told me to put the pool stick away and be a good little fellow and go for a ride with him so we could talk. I wasn't interested in going to jail. Cops take you to jail I already knew that! I broke down my stick and put it into the case — kept the big slate pool table between me and the Trooper. I snatched up the bridge pool stick and let my temper flow. I was a little hulk ⓘ Well he mustve had a son like me cause he came right at me threatening to put me over his knee and spank me silly! I hit him with every bit of rage-strength and that stick snapped over his shoulder and he grabbed my left arm and slammed me onto the pool table folded over with my left had so far up between my shoulder blades that my arm broke. I was hurting really bad. Tears and all! The fucker hand cuffed me behind my back tight. It was a long eight ride from middletown to Montville. My both hands were numb and my arm was numb and painful. My folks didn't sue. I guess they didn't know much about such things. I was in the custody of the state and they told my folks I got hurt fighting the Trooper. Yep My fault — a 60 pound 4'8" 10 year old little boy! — Anyway the only mail I got was a savings to personal form. It's opposed to $27.58 —


but I don't know why its so much. I'll find out soon enough I suppose. Oh well I guess I'll read for a while now 😊 Man this pen sucks! I'll write more later on or tomorrow. This'll be a long long letter since I have to wait for envelopes.

I'm back! Couple hours later now. I was saying that I simply laid back and enjoyed the thunder shower. I love this weather Joe. The more I think about it the more I doubt I'll be content in a state with no sea shore. Oh well we'll just have to wait and see, right? I see lots of good in NM still. I just want get my life back Joe. Fuck the crazy shit, ya know. I was thinking about a small diner in Jewett city, Ct. It's a converted camper trailer a big silver joint. Well I used to eat breakfast there a lot when I worked out that way. I'm thinking when I get my life back in Feb 03 I'll go there for a kick ass breakfast. 20 oz glass of pulpy OJ freshly squeezed, never ending cup of JAVA, a dozen (12) sunny side up eggs - yokes nice and juicy, 12 slices of light toast with plenty of butter 😊, And a slab 2lb of bacon, nice and crispy can you smell it 😊 And a 1/2 dozen hash browns. There like a square tot patty, you know? Oh I forgot to mention the big bottle of Katsup and the black pepper and salt 😊 No shit Joe I quit often ordered a special order like this at the diner. I had a 32 in waist and a 44 inch chest with solid shoulders, neck and arms. Working concrete made me bull strong. I don't recall the chief's or waitress' names but the first time I ordered the breakfast they thought I was crazy. I sat at the counter right near the grill and ate it up. I left a 5⁰⁰ tip and for like 2 months straight I ate breakfast and lunch there. The cook was the owner and he made acceptions to the way they billed my meals. He didn't feel right charging me like 20⁰⁰ a day mostly for breakfast. I didn't care. I was pulling crazy $ working for Dick Macken. 12⁵⁰ an hour and 25⁰⁰ after 60 hours. During winter a 14-16 hr day was normal. I lived at home still so basically had no bills. Yeah I paid 100⁰⁰ a week room + board which helped my folks save their money.

I had some buddies who shop lifted for a living so it wasn't hard for me to get brown bags filled with beef, chicken, pork, fish in all variety plus canned veggies and all sorts of fruits and fresh veggies. The first time I came home with the Mercury Marquis station wagon loaded the back seat down so it was like a pickup truck's bed space with a couple of associates my mom and Dad didn't know what was up till we used the calculator to add all the stuff up. I filled up 4 carts - BULGING FULL. I got the stuff my folks and I really liked but couldn't afford often. Mom repackaged all the meats, and dad and I stocked up the canned goods. There was over $1,500.00 of groceries. I paid 100.00 each to them and they were very happy. Once a month or twice a month I'd get a list from mom & Dad and go shopping with these two guys. Back then you could literally walk out of the supermarket with a bag filled with cartons of smokes. My associates got me all the smokes I wanted. Marlboro reds for me, Salem 100's for mom, Marlboro 100's for my now cunt sister, Kools for my broth Chuck, Marlboro red for his wife Annette. Also pall mall reds for my uncle. I'd chrg 5.00 a carton. Only mom got 'em free. I did a lot of shop lifting back then just for the thrill. Lots of tools mechanics, carpentry, dry wall, concrete etc. No more shit like that for me. I'll be a model Soc citizen hereon out Really "Scouts Honor" only. Just took my meds As of tomorrow I'm cutting it all off. No more meds. Hopefully the ringing in my ear will go away. Just about 9½ weeks left, bro! Then the county jail sentence and then freedom - I hope. Well I'll fall back for now ok? I'll write more before I call it a night.

Sat. June 1st, 2002 - about 6pm Just finished "Harmful Intent" by Robin Cook. It was ok I guess, ½ way through I found the name of a car I couldn't think of in a recent letter about cars. Pontiac Fiero. A friend of mine, Nicky, a young Italian stallion I, had one Metallic red? It was a sharp little ride. Any way I'm gonna nap now, catch ya later —

Its 6-2-02 about 2pm. Slept the morning away and for the past few hours I've just thought about stuff as I kicked back on the bunk with the lights off. Once again I'm mailing out the 9x12 envelope containing 5 seperate, sealed white envelopes for you. There's 4 stamps on the package so I'm sure its enough postage. I'm fairly booked. Didn't write any penpal letters yesterday. Just wrote 7 seperate 1 page motions, a nasty gram to the DOC commissioner, and another note to the case worker. I'm going to withdraw all my civil actions Joe. I'm going to pursue justice, my justice, when I'm out of here. Tick tock, tick tock, don't cha know there's a .45 glock. I've shot .22, .32, 9mm, .380, .25, .357mag, .44 mag and a .45 and let me tell I'd rather have a .45 for a life & death situation. .22, .32, .25, .38, 9, .380 will bounce off a windshield. .357 and .44 will blast through a car's doors. For deed stopping power a .45 will put a dime sized hole in your chest and rip your fucking back off! .44 & .357 simply plow right through. The other cal's vary and if the person has a vest you won't do much to em. A chest shot with a .357 or .44 or .45 without doubt will slam the heart to a flat liner! I don't know, from the day I shoved my dad's military .45 under my brother's nuts to put an end to the sexual abuse, I've had a strong preference for a .45 pistol. I also prefer a 30-30 for big game (I've used .308, .30 06 and .222) and of course for quackers I use a 10 or 12. For squirrels, rabbit, partredge, quail, pheasant I range from a over and under .22-.410, .22/.410, Ithica sweet 16 or a 12 gauge. I had a .44 Ruger lever action rifle and an older 30-30 lever action winchester just like the "rifle man" used to use. Remember that western back in the way back days? I had a lot of rifles and pistols before all this shit. Even had black powder pistols & rifles and the civil war type flintlock rifles. I went black powder deer hunting once with a .50 cal. Man that buck dropped without making a ½ step! Ripped his heart & lungs and shoulders apart! I was in a ground level blind and the dumb fuck was like 15 feet from me! A .50 cal ball you can actually see it in flight! It's a bloody fucking cannon ball. I'll still hunt even if I've got to do it with a bow. Ok its after 3pm mail just got picked up. Any way I think I'll head over Hawaii for a month or so of RR/BR ☹ after I get the

wallet nice and fat. I'll want to do some serious sport fishing while I'm there. I also want to hit the Gulf of Mexico for great Tuna and sail fish. When I was still in my teens I wanted to go 3 places for real big game trophy hunting with my dad & uncle Joe — Alaska or Canada for Moose & Grizzly & Polar bear, Then right to Africa for Lion, Leopard water buffalow and Rino and Elephant. Got the moose and a black bear with my dad. The fucking bear wouldn't drop! Big bastard, pumped 5 soft tip 30 06 rounds in him myself head on face & chest. Dad was up a tree hunting. I wasn't brave just scared shitless and jammed new rounds into the rifle as I trembled behind a tree. That son of the devil bear to several high powered rounds from dad and one or two more from me. Its face was blown apart! Fucker dropped about 25-30 Ft from my tree. The Moose was huge but no challenge. One shot and it buckled to its knees. Ate both of em though 😊 Well bro I guess I'll put this aside for now. Time to track back and think of better times past and to come. 8LF! — Go to pg 9 now 😊

← Pay Attention

(11) and I'll pay the 185.⁰⁰ filing fee to oppose the defendants who deny me any access to my funds which is illegal, and if this isn't granted, alternatively to move the court to dismiss all the actions without prejudice so I can consolidate and refile the lawsuits in a federal court where I'll obtain justice and won't be screwed by the court. No, I did not suck the court judges ASS. I told it how I see it by the facts provided thus far. Well mail is due shortly so I'm going to fall back and play with my little hairy cock now 😊 By the way I hope I didn't cuntfuze you too much with the page #'s. I just put "← Pay Attention" and "Go to pg 9 now 😊".

If you yllaer nialpmoc I'll kcuf you up by writing like siht all ǝɥʇ ʇsooɹɥʇ ɐll ʇɥpᴉs ǝɹᴉʇ ɹǝʇʇǝl

↑

CAN YOU read upside down, backwards 😊 NA NA NA!

It's 6-3-02 about 10 am now. I was up till the crack of dawn reading book 1 of "The Wheel of Time" fantasy series. I read book 2 already and now have 8,7,6,5,4, and 1. I hope to find 2 & 3 but who knows. I read like 150-175 pages last night and between the small print, bad lighting, abnormal sleeping and med withdrawal — haven't taken any meds since the 31st of May. Trying to clear my system. Anyway as you see I jumped to a new page leaving 8 ½ done. I just didn't feel like fucking with it, got a problem with that, huh? I thought so. I've got 2 law suits ready to be served to the defendants sitting on this metal desk but I'm simply waiting for the court to answer my motions first. Why spend $0.06 - $60.00 mailing it 2nd class envelope if I'm going to withdraw em so I can settle em all as one huge multi-layered lawsuit, right? That way I'll just pay the $180.00 filing fee regardless if I'm legally indigent or not. This way the DOC nigger dicks with shit from her ass sucking whore attorney Julee E (as in EZ) Dentzele can't delay the case like she's doing now. They know what they're doing is straight up corrupt and wouldn't float if I was represented by an attorney. Even the Judge, it don't surprise me, turns a blind eye! I found busted up glass in my food the other day, did I tell you that? Fucked up, huh? Joe I've said it before and I'll say it again as a friend, get your shit together. Don't let your desires control you. It's not worth a shattered life. Don't pursue your desires. Put them in the dark depths of your mind and build walls of protection or you'll be hurt in the long run. Do you understand me my friend? The DOC will continue to monitor your mail. Never ever doubt that and never ever take it lightly, got it? Laws change every year. As a child rapist/molester you (& too) am low life in their views. In my heart I know what and why I did what I did and I am 100% confident I'll never allow such things to happen ever again. I'll not shatter the rest of my life. I've too much to Accomplish in the years I have left in this world. Joe I'll have 13 years 10 months in come Feb 11th, 03 Bro, I forfeited the prime years of my life. I can never regain lost years. I can't bring my dad back, my uncle back, my life long sweet heart Karen O., nothing can bring back what I've lost. Sure materialistic shit I'll replace and surpass in a year or less but Joe the pain never can be erased ya know? I'm getting into dangerous turf and I'm pulling back now. Sorry. Maybe as we 'talk' more you'll see a side of me I don't

let show very much and then only to very very few people in my life. Currently, nobody will get to my heart & soul feelings, maybe never again. All I want above anything is to be free and live my life. Fuck the crazy shit Joe. I'm tired, you know what I mean. Shit, I spent over 600.ºº in legal matters between here & there for what? Nothing has changed at all for the better. I'd've been better putting 600.ºº in the bank! Oh well I'm going to pace like a caged animal for now, till lunch anyway, to burn off some of this dispare I'm slowly drowning in. BLF

I'm back. Its like 1pm the tier is outside for rec now, I don't care to go out. It salt in a wound for me to go out in a dog kennel. Todays a mail day but I probably won't get any with these pricks fucking with my mail. Speaking of which as of the end of June don't write to me anymore until I specifically ask you to do so. I'm starting to think I might get fucked over and have to stay here (state prison) for the extra 6 month county jail sentence. If thats the case I'll inform you. The best thing to do after the end of June is to simple write but don't mail the letters. I'll keep you informed but I intend to shut down all the mail except legal, and even that if I do what I'm thinking of doing. I'm going to withdraw all the lawsuits. As a matter of fact I want to write up the motion now. I'll get back to you later Joe. Don't worry our friendship is strong enough to handle anything!

About 3:15 pm Phew! I just finished writing 7 separate motions and a 2 page Affidavit in support of the motion. 7 separate motions but virtually the same, one for each of the 7 civil actions. I had to rush getting the "request for legal copies" done and stuffed it all in a 9x12 and address it to the case worker as the cop kindly waited - his decent. Have to get 2 copies of the motions and 20 copies of the Affidavit then mail it to the court and defendants attorney and put my copies in each case file. I used some very strong allegations to support my motions; "the Judge is bias, the defendants commit illegal acts, the court refuses to protect me legally", and more. I'm requesting that all 7 actions be consolidated

(12)

Hey now! It's 6-4-02 about 9:00 AM. Just scored some envelopes so I'll end this BOOK now and stuff it in the envelope to be mailed today.

Stay true
Stay Reel
Stay on your knees I'm almost there ☺ Ha ha 😉 ---

6-4-02 6:50 pm?
I didn't get stamps tonight. they're playing games. Pay back is a killer though! I'm mailing this tomorrow via purchase slip.

NEVER SURRENDER!

I want AC's Sweet nectar ☺ uh huh it mmm mmm good!