EXHIBIT
"H"

# DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO:  **JOSEPH  SCHMITT**                                          I.D. #:  **W-57126**

Re: Disciplinary Report #:              **02-1288**                    Date:  **07/02/2002**

You have been charged with a disciplinary offense(s) which has been referred to the Hearing
Officer for a hearing.  A description of the offense(s) is contained in the attached Disciplinary
Report.  Your disciplinary hearing has been scheduled for:

**07/19/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request
other witnesses, and/or request a taped hearing, please fill out the attached Request for
Representation/Witness Form.  If you wish to request evidence, please fill out the attached
Request for Evidence Form.

Notice Served By:_____Date:_____Time:_____

Inmate's Signature:_____ Date: _7-3-02_ Time: _6:40_

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this
acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/
Witness Form, and Request for Evidence Form to:                **JOSEPH SCHMITT**
_____
(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____Date:_____

Print Name:_____Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be
notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that
date.

MCI Cedar Junction

page 2    7/19

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt    ID#: W-57126    HOUSING UNIT: WWSU #7

DATE: July 2, 2002    D-REPORT NO.: 02-1288

OFFENSES(S) & CODE NO.: #18; #19

MINOR_____    (MAJOR)    REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____    REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):
On July 1, 2002 at approximately 8:50 a.m. the Superintendent's Office received correspondence from inmate Joseph Schmitt addressed to Peter Allen. In this correspondence he refers to a staff member as a "hunk of shit nigger" and stated that he will make this staff member "pay dearly" for his harassment. This letter is being held in the IPS Office as evidence. IPS Commander notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?  YES_____  NO_____

REPORTING STAFF PERSON'S SIGNATURE _____
Patrick Mulvey, IPS

DAYS OFF__F__/ S__
SHIFT_7__/__3__    (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____    Date 7-2-02

DISCIPLINARY OFFICER'S SIGNATURE _____    Date: 7/3/02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____    DATE:___

OFFENSES:

18.  FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.
19.  USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY INMATE, STAFF MEMBER, OR VISITORS.

REPORTING OFFICER'S
SIGNATURE:_____DATE: 7-2-07

6-27-02

Peter Allen:

RE: Harassment by Defendant Carter Thomas

Be advised, that once again, your IPS CO Thomas is abusing the disciplinary system to obtain personal vengeance against me because it is my opinion that he is a "hunk of shit" "nigger" and is my intention to "make him pay dearly for his vindictive harassment."

On 06-20-2002 said IPS CO/Defendant in several lawsuits filed by me wrote D-report 02-1223, because I exercised my 1st Constitutional Amendment Right by expressing my opinions and expectations to an adult friend via mail.

As the Superintendent of MCI-CJ and direct supervisor of the IPS I demand that you instruct IPS CO Carter Thomas to cease his harassment or I will without doubt file yet another lawsuit against you for Supervisorial Negligence and violation of my 1st and 8th Constitutional Amendment right. I'll also file suit against Carter Thomas, William Grossi and every other MCI-CJ public employees involved in this specific issue. I will not accept corruption and harassment!

Sincerely,
Joseph P. Schult
Joseph P. Schult W37126

CC: IPS File
Julie E. Daniels