United States District Court
District of Massachusetts

Joseph P. Schmitt, pro se
Plaintiff,

v.

Patrick Mulvey, et al
Defendants

Civil Docket No.
_____

---

Plaintiff's Motion for Court
to Order Defendants to Produce Copy
of Civil Action No. SUCV2002-01662.
Joseph Schmitt v. Peter Allen, et al.

---

Now comes the pro se plaintiff and moves this Honorable Court to issue an order to the Dept. of Correction to produce a copy of civil Action No. SUCV2002-01662 and turn over said copy to plaintiff.

As grounds for this motion plaintiff states the following under pains and penalties of perjury:

1. Plaintiff had eight civil Action law suits filed in Suffolk Superior Civil Court in 2002.

(1)

2. Upon his transfer to the Treatment Center from MCI-Cedar Junction plaintiff's eight civil action law suits were illegally confiscated by Dept of Corrections officials at MCI-Cedar Junction.

3. Plaintiff promptly filed a grievance (02-79) at the Treatment Center and demanded the return of his legal material, ie. Eight civil action law suit files.

4. Plaintiff was subjected to blatant lies, cover-ups, due process violations by the Dept of Correction and its officials, ie the grievance officer took over Eight months to respond and his response in its entirety was a blatant lie. He claimed he contacted DOC legal and that DOC legal has said legal materials. The DOC Grievance Coordinator lied and insisted that DOC legal never had my legal material and that I received said legal material at the Treatment Center. She insisted that a very thorough investigation was conducted.

5. After all the above lies, which legal constitute a violation of my Due Process and Equal Protection of the law, Plaintiff received a letter from the Dept. of Correction Commissioner to inform me that, A) the grievance officer never spoke to DOC Legal B) that DOC legal was not holding my legal documents.

6. In total contradiction to the alleged facts from D.O.C. officials I received a letter from Ma. Correction Legal Service (MCLS) attorney and was informed that

(2)

D.O.C. Legal in fact turned over my legal material to the Worcester District Attorney. To accomplish this they clearly had to have had possession of my legal material yet they denied it from start to finish from grievance correctional officer to the highest D.O.C. employee, the Commissioner.

7. The civil action SUCV2002-01662 was withdrawn by me so I could file it in District Court because the lower court was in my experiences extremely pro-DOC, Anti-inmate.

8. The lower Court denied all motions requesting a copy of this (all eight) law suit. It has resently been appealed - sent to the Appeals court in March 2004.

9. This USDC civil action is based on the Suffolk civil action. There is information, documents in the Suffolk action that I need for this USDC civil action to fully and meaningfully litigate this case. DOC officials and even Suffolk Court officials have done all they could to prevent me from obtaining my lawful material so I can pursue legal remedies which is my Constitutional Right.

WHEREFORE, for the facts stated above and verified by the attached exhibits Plaintiff prays this Court order Ma. Dept. of Correction to produce a true and complete copy of civil action No. SUCV2002-01662 and turn it over to plaintiff at

(3)

No cost or further delay to plaintiff.

Dated: 04/08/2004

Respectfully filed

*Joseph P. Schmitt*

Joseph P. Schmitt
30 Administration Road
Bridgewater, MA. 02324

Attachments: Exhibit "A" 4 pages
Exhibit "B" 1 page
Exhibit "C" 2 pages
Exhibit "O" 1 page
Exhibit "P" 1 page

## Certificate of Service

I, Joseph P. Schmitt hereby certify that a true copy of the forementioned has been served upon the Dept of Correction legal department at the Treatment Center via institutional mail service on 04/08/2004. Signed under pains and penalties of perjury.

*Joseph P. Schmitt*

(4)

**EXHIBIT "A"**
4 pages

Rec'd 7-28-03

Resident Joseph Schmitt #81189 D.I. Unit

(Re: lost legal property from CJ — Lack of Canteen)

Sgt. John Burgo, IGC



**RECEIVED NOV 0 3 2002 By__**

# DEPARTMENT OF CORRECTION
# INMATE GRIEVANCE FORM
## FORWARD TO THE INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

### SECTION "A"

NAME: Joseph Schmitt  INSTITUTION: MTC

NUMBER: M-81137  HOUSING UNIT: MPU  DATE OF INCIDENT: Oct 2002

COMPLAINT: MCI-CJ did not forward my typewriter and 8 civil actions all of which were packed in my 10 block cell upon my way-up date/transfer date Aug 9th, 2002. I did inform MPU Officer William Matthews of this problem and requested

(ATTACH ADDITIONAL PAGE IF NECESSARY) grievances since the issue came to light. Also letters & paperwork from Daniel Tavares and Charles Clair was not forwarded with my property

REMEDY REQUESTED: Return my typewriter in perfect working condition and civil actions 02-0335; 02-1461; 02-1662; 02-0590; 02-1066; 02-1492; 02-2562 and 02-1074, in complete form. Said lawsuits can be obtained from MA DOC Legal Division Attorney Julie E. Daniele, or contact IPS at MCI-CJ. Return all my letters and paperwork

INMATE SIGNATURE: Joseph P. Schmitt  DATE: 10-30-02

STAFF RECIPIENT: John Burgo  DATE: 11-03-02

DATE RECEIVED: 11-03-02

---

### SECTION "B"

ASSIGNED GRIEVANCE NUMBER: 2002-79

DECISION RENDERED:   ___ APPROVED
                      X  DENIED

SUMMARY OF FINDINGS: Be advised after the investigation at MCI CJ all Legal Documents were turned in to DOC Legal Dept. Your request for legal Documents would have to go through Dept. Legal office. All Time Limits were waived per Supt. Murphy.
You Have Ten Days To Appeal This Decision

IGC SIGNATURE: John Burgo  DATE: 7-17-03

(DENIED GRIEVANCES MAY BE APPEALED TO THE SUPERINTENDENT WITH 10 DAYS OF IGC'S DECISION.)

SECTION "C"

**INMATE GRIEVANCE RECEIPT**

INMATE NAME: Schmitt, Joseph          INSTITUTION: MTC

NUMBER: M81137          DATE RECEIVED: 11-03-02

SIGNATURE (IGC): John Burge          TITLE: Sgt.

01/05/01

491 - 13

page 2 of 4

08-04-03A10:16 RCVD

## DEPARTMENT OF CORRECTION
## INSTITUTION APPEAL FORM
### FORWARD TO THE INSTITUTIONAL SUPERINTENDENT

SECTION A

NAME: Joseph P. Schmitt    INSTITUTION: MTC

NUMBER: M-81137   HOUSING UNIT: D1   DATE OF INCIDENT: Oct 2002

APPEAL: The fact that my legal material is being deprived my immediate access violates my civil rights. These law suits are all against DOC officials and DOC officials confiscated them. Also note it took nearly 8 months for the grievance to be responded to

(ATTACH ADITIONAL PAGE IF NECESSARY)

Also I only received the denied grievance on 7-25-03, 11 days after IGC signed off on it

REMEDY REQUESTED: Return all my legal material in perfect condition and in complete form as it was when it was illegally confiscated by DOC officials. Return my typewriter or pay me for it and the ribbons & daisy wheels

INMATE SIGNATURE: Joseph P. Schmitt    DATE: 7-30-03

STAFF RECIPIENT: _____   DATE: _____

DATE RECIEVED: _____

---

SECTION B

ASSIGNED GRIEVANCE NUMBER: 2002-79

ASSIGNED INSTITUTION APPEAL NUMBER: _____

DECISION RENDERED:  ___ APPROVED   ✓ DENIED

SUMMARY OF FINDINGS: Matter has been addressed appropriately at this level.

SUPERINTENDENT'S SIGNATURE: [signature]    DATE: 8/25/03

SECTION C

INMATE APPEAL RECIEPT

INMATE NAME: Joseph Schmitt    INSTITUTION: MTC

NUMBER: M-81137  D-1    DATE RECIEVED: 08-04-03A10:16 RCVD

RECEIPTING STAFF: Missy Miranda    TITLE: IPPO I

491-14



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
www.mass.gov/doc

**EXHIBIT B**

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Acting Commissioner*

James Bender
*Acting Deputy Commissioner*

Joseph Schmitt, M81137
MTC
30 Administration Rd.
Bridgewater, MA 02324

December 29, 2003

Dear Mr. Schmitt:

In accordance with 103 CMR 491, Inmate Grievance Policy, the Department Grievance Coordinator reviews all grievance appeals denied at the Superintendent's level. As a result of the aforementioned requirement, I have reviewed your grievance (#02-79) and appeal, relative to confiscated/missing law suits.

Please be advised that after a thorough review of the above-mentioned grievance and appeal, I support the Superintendent's decision to deny your grievance, as my investigation revealed that the law suits noted in your grievance are not being held at MCI-Cedar Junction. Additionally, property inventory records reveal that your legal documents were sent to the Massachusetts Treatment Center accordingly.

Sincerely,

Kristie Ladouceur
Department Grievance Coordinator

cc. Superintendent Murphy
    J. Burgo, IGC
    File

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

**EXHIBIT C**

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Acting Commissioner*

James Bender
*Acting Deputy Commissioner*

February 23, 2004

Joseph Schmitt, M81137
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Dear Mr. Schmitt;

I am in receipt of your correspondence dated January 15, 2004 regarding your allegations of missing legal property.

Please be advised, an intensive search for your legal materials at MCI Cedar Junction and the Massachusetts Treatment Center has been unsuccessful. Department of Correction's records indicate that your legal property was sent to the Massachusetts Treatment Center on September 17, 2003. Any materials that were confiscated by the Inner Perimeter Security staff at MCI Cedar Junction is due to the material being contraband (sexually explicit). Those materials will remain as evidence pending the resolution of your civil commitment process. All eight civil actions which you list in your correspondence to Undersecretary Bradley have been dismissed by the Court. In fact, the Court specifically stated on December 3, 2003 that in each of the eight cases you could not have certified copies because you were seeking in excess of 2,500 pages, the cost of which totals $6,425.00.

You also state in your correspondence to Undersecretary Bradley that you were threatened with bodily harm in the front gate/hallway of MCI Cedar Junction by D.O.C. Be advised, Sergeant Mulvey was interviewed regarding the allegations in which he denied. You did in fact refuse to move to the Massachusetts Treatment Center in which staff at MCI Cedar Junction told you the potential option would be to use force. You did move voluntarily at this time, which avoided injury to you and staff.

Printed on Recycled Paper

I trust this response addresses your concerns.

Sincerely,

Kathleen M. Dennehy
Acting Commissioner


KD/TH/bt
cc: Patrick H. Bradley, Undersecretary of Criminal Justice
    Timothy Hall, Acting Assistant Deputy Commissioner
    File

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

**Kathleen M. Dennehy**
Acting Commissioner

**James Bender**
Acting Deputy Commissioner

EXHIBIT "O"

Joseph Schmitt, M81137
MTC
30 Administration Rd.
Bridgewater, MA 02324

March 8, 2004

Dear Mr. Schmitt:

I am in receipt of your correspondence dated January 30, regarding grievance #02-79. More specifically, you express your dissatisfaction with the outcome of this grievance and request that you be provided with your legal cases and your typewriter.

Please be advised that I have discussed this matter with Kristie Ladouceur, who is the Department Grievance Coordinator and appellate authority regarding grievance matters. Ms. Ladouceur informed me she directed your Institutional Grievance Coordinator to contact the Legal Division to ensure they were not holding any legal cases belonging to you. However, upon contacting the Legal Division herself, it was revealed that your Institutional Grievance Coordinator did not discuss the matter with them. Additionally, Ms. Ladouceur was advised that the Legal Division was not holding your legal cases. Furthermore, I was advised that upon review of your property records it was clear that your legal documents were forwarded to MTC. Lastly, Ms. Ladouceur informed me that she is giving your typewriter concerns reconsideration, as this issue was inadvertently overlooked and you will be provided a separate response regarding her findings within the next week.

I hope that this letter has clarified concerns surrounding your grievance.

Sincerely,

Kathleen M. Dennehy
Acting Commissioner

cc: Kristie Ladouceur, Department Grievance Coordinator
    File

MASSACHUSETTS CORRECTIONAL LEGAL SERVICES
8 WINTER STREET, ELEVENTH FLOOR
BOSTON, MA 02108-4705

(617) 482-2773
TOLL FREE (800) 882-1413
COLLECT CALLS (617) 482-4124
FAX (617) 451-6383

EXHIBIT
"P"
1 PAGE

March 31, 2004

Joseph Schmitt
M-81137
Massachusetts Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

Re: confiscated lawsuits

Dear Mr. Schmitt:

Leslie Walker contacted DOC legal about your confiscated lawsuit. According to general counsel Nancy White, DOC does not have your lawsuits. Apparently they are now in the hands of the Worcester County DA's office.

I am sorry but MCLS cannot assist you further with getting your lawsuits returned to you. Good luck.

Sincerely,

Al Troisi

AT/ps