UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>     JOSEPH PETER SCHMITT     </u>,
                Plaintiff,

v.                            Civil Action No.  04-10717-RWZ

<u>     PATRICK MULVEY, et al.     </u>,
                Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    Denied for the following reasons:

☒    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

<u>     4/26/04               </u>                    <u>   s/  Rya W. Zobel               </u>
DATE                                        UNITED STATES DISTRICT JUDGE