UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT,
        Plaintiff,

        v.

PATRICK MULVEY, et al.,
        Defendants.

Civil Action

No. 04-10717-RWZ

ORDER ON SCREENING
PURSUANT TO SECTION 1915(e)(2)

Having completed the screening on the merits of plaintiff's complaint pursuant to Section 1915(e)(2), the Court makes the following findings:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

   No ☒    Yes ☐    as to defendant(s)
   _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

   No ☒    Yes ☐    as to defendant(s)
   _____

ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

   No ☐    Yes ☒    ☒ as to all defendants
                                   ☐ only as to defendant(s)

2. The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice.

        No ☒     Yes ☐     ☐ as to all defendants
                                                ☐ only as to defendant(s)

SO ORDERED.

10/1/04                      s/ Rya W. Zobel
DATE                        UNITED STATES DISTRICT JUDGE