UNITED STATES DISTRICT COURT
District of Massachusetts

JOSEPH PETER SCHMITT,         )
            PLAINTIFF,        )
                              )
    V.                        )    C.A. No. 04-10717-RWZ
                              )
PATRICK MULVEY, et al.,       )
            DEFENDANTS.       )

PLAINTIFF'S MOTION FOR COURT TO ORDER
DEFENDANT'S TO PRODUCE EVIDENCE

Now comes the pro se plaintiff, Joseph P. Schmitt, and moves for this Honorable Court to issue an **order** to defendant, MA. Dept. of Correction to produce all documents relevant to Department of Correction Disiplinary Report Number 2002-0344 authored by defendant Patrick Mulvey on February 21, 2002.

As grounds for this motion plaintiff states the following under pain and penalties of perjury:

1.    Plaintiff has made countless written and verbal requests to various officials of the MA. Dept. of Correction to obtain the documents in question and has been denied and/or outright ignored with the one exception that he did receive a photo copy of the one page Disciplinary Report from CPO Scott Fedor during mid January 2004. Plaintiff even filed a Freedom Of Information Act Request with the Department of Correction and was totally ignored over it.

2.    Plaintiff requires certain documents to better defend his issues to this Honorable Court. Documents include but are not limited to; the Disciplinary Report, the mailing envelope with the letters and stories contained in it originally, all investigative

reports, Disciplinary Report Appeal to defendant Peter Allen.

3. As a matter of Statutory interpretation, the P.L.R.A. clearly reads that the plaintiff is not a prisoner and the Treatment Center is not a prison. Considering these lawful facts the defendants have no lawful governmental interest in depriving the plaintiff complete access to relevant documents being requested to support his lawful actions in this Court.

4. The Plaintiff authored the story, letters and envelope addresses. There is no question of this material lawfully belonging to me.

5. Plaintiff completed his fixed prison term for the Commonwealth of Massachusetts on August 11, 2002. Defendants have no governmental interest in keeping plaintiff's personal property for evidence in a prison disciplinary proceeding.

6. Plaintiff has the undeniable Constitutional Right to possess, request, obtain any and all material evidence that will support his lawful actions.

**WHEREFORE**, Plaintiff requests this Honorable Court issue an **ORDER** to defendant MA. Dept. of Correction to produce a true and completely legible with no parts of the text being altered or cut out of all relevant documents of MA. Dept. of Correction Disciplinary Report Number 2002-0344. Such documents must include but not be limited to; Story entitled "A Weekend in Paradise", Disciplinary Report authored by defendant Patrick Mulvey # 2002-0344, Appeal for said Disciplinary Report to Peter Allen and Peter Allen's written response to the appeal, one envelope addressed with postage afixed to Mr. Robert Bernard and one envelope addressed with postage

afixed to Mr. James Karvonen, individual letters addressed to both Mr. Bernard and Mr. Karvonen, and any and all investigative reports or other documents created from this disciplinary report and material.

Dated: October 18, 2004

Respectfully Yours,

Joseph P. Schmitt, pro se
MA. Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230

CERTIFICATE OF SERVICE

    I, Joseph P. Schmitt, hereby state under pains and penalties of perjury that a true copy of the foregoing document was served on the defendant's counsel, MA. Department of Correction Legal Division 70 Franklin Street Suite 600 Boston Massachusetts 02110-1300 via first class pre paid United States Mail on this <u>18</u> day of October in the year 2004.

                                                  Joseph Peter Schmitt, pro se
                                                  MA. TReatment Center
                                                  30 Administration Road
                                                  Bridgewater, MA. 02324-3230