UNITED STATES DISTRICT COURT
District of Massachusetts

JOSEPH PETER SCHMITT,          )
                    PLAINTIFF, )
                               )
    v.                         )    C.A. No. 04-10717-RWZ
                               )
PATRICK MULVEY, et al.,        )
                    defendants.)

---

PLAINTIFF'S MOTION FOR COURT TO ISSUE AN ORDER
FOR DEFENDANT'S TO PRODUCE A TRUE AND LEGIABLE
COPY OF SUFFOLK SUPERIOR COURT CIVIL ACTION
NUMBER SUCV2002-01662 JOSEPH SCHMITT VS
PETER ALLEN, ET AL.

---

Now comes the pro se plaintiff, Joseph Schmitt and moves for
this Honorable Court to issue an order to the Defendants to produce
a copy of Suffolk Superior Court civil action number SUCV2002-01662
Joseph Schmitt vs. Peter Allen, et al.

As grounds for this motion Plaintiff states the following under
pains and penalties of perjury:

1.    Plaintiff had eight civilaction law suits filed in

suffolk superior civil court in 2002.

2.    Upon plaintiff's transfer to the Ma. Treatment Center

from MCI-Cedar Junction on or about August 11,2002 all eight

civil actions were illegally confiscated by Department of Correction

officials at MCI-Cedar Junction.

3.    Plaintiff filed a grievance number 02-79 at the Treatment

Center as soon as he became aware of the situation regarding the

theft/loss of his legal documents.

4.    Plaintiff was subjected to blantant lies, cover-ups,

Due Process violations and all sorts of corrupt deceptions by officials

of the Department of Correction, ie. grievance officer took over

eight months just to respond on the grievance and his response, in

its entire context was a blantant lie and cover-up. He claimed he

contacted the Department of Correction Legal Division and that the Department of Correction Legal Division has possession of said legal documents. The Grievance Coordinator lied and insisted that the Department of Correction Legal Division never had possession of my eight civil action law suit files and that I supposidly received said legal documents at the Treatment Center. The Grievance Coordinator insisted that a very thorough investigation was conducted.

5.      After all the above lies, which legally constitute a blantant violation of my Due Process and Equal Protection of the Law, Plaintiff received a letter from the Department of Correction Commissioner Kathleen Dennehy to inform me that ,A) the grievance officer never spoke to the Department of Correction Legal Division, B) that the Department of Correction Legal Division was not holding any of my legal document files.

6.      In total controdiction to the alleged facts from the Department of Correction officials Plaintiff received a letter from MA, Correction Legal Service (MCLS) and was informed that the MA. Department of Correction did in fact confiscate and in turn turned over to the Worcester District Attorney's Office all eight civil action lawsuits which they have continuously denied confiscating and/or possessing at any time. This lie was told by officials as low as the institutional grievance office to as high as the very Commissioner of the Department of Correction.

7.      The civil action numbered WOCV2002-01662 was withdrawn by me from lower court so I could rewrite it and file it in USDC because the lower court was, in my personal experience, extremely pro D.O.C. and anti inmate.

8.      The lower court denied all plaintiff's motions for a

Page 1 of 4

**EXHIBIT**
"A"
4 pages

Received
7-28-03

Resident Joseph Schmitt
#81187  D1 Unit

Re: lost legal property from CS

lack of canteen

Sgt. John Burgo, IGC.



**RECEIVED**
NOV 0 3 2002
By_____

**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**
**FORWARD TO THE INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)**

**SECTION "A"**

NAME: Joseph Schmitt          INSTITUTION: MTC

NUMBER: M-81137      HOUSING UNIT: MPU          DATE OF INCIDENT: Oct 2002

COMPLAINT: MCI-CJ did not forward my typewriter and 8 civil actions all of which were packed in my 10 block cell upon my way up date/transfer date Aug 9th, 2002 I did inform MPU Officer William Matthews of this problem and requested

(ATTACH ADDITIONAL PAGE IF NECESSARY) grievances since the issue came to light. Also letters & paperwork from Daniel Tavares and Charles Clisie was not forwarded with my property

REMEDY
REQUESTED: Return my typewriter in perfect working condition and civil actions 02-0335; 02-1461; 02-1662; 02-0550; 02-1066; 02-1492; 02-2562 and 02-1074, in complete form. Said lawsuits can be obtained from MA. DOC legal Division Attorney, Julie E. Daniele, or contact IPS at MCI-CJ. Return all my letters and paperwork

INMATE SIGNATURE: Joseph P. Schmitt          DATE: 10-30-02

STAFF RECIPIENT: John Burgo          DATE: 11-03-02

DATE RECEIVED: 11-03-02

**SECTION "B"**

ASSIGNED GRIEVANCE NUMBER: 2002-79

DECISION RENDERED: _____ APPROVED
                    X     DENIED

SUMMARY OF FINDINGS:
Be advised after the investigation at MCI CJ all Legal Documents were turned into D.O.C. Legal Dept Your request for Legal Documents would have to go through Dept. Legal Office. All Time Limits were Waived Per Supt. Murphy.
You Have Ten Days To Appeal This Decision

IGC SIGNATURE: John Burgo          DATE: 7-17-03

(DENIED GRIEVANCES MAY BE APPEALED TO THE SUPERINTENDENT WITH 10 DAYS OF IGC'S DECISION.)

SECTION "C"

## INMATE GRIEVANCE RECEIPT

INMATE NAME: _Schmitt, Joseph_          INSTITUTION: _MTC_

NUMBER: _M81137_                         DATE RECEIVED: _11-03-02_

SIGNATURE (IGC): _John Burge_            TITLE: _Sgt._

491 - 13

01/05/01

*PAGE 4 of 4*

08-04-03A10:16 RCVD

## DEPARTMENT OF CORRECTION
## INSTITUTION APPEAL FORM
### FORWARD TO THE INSTITUTIONAL SUPERINTENDENT

SECTION A

NAME: _Joseph P. Schmitt_    INSTITUTION: _MTC_

NUMBER: _M-81137_   HOUSING UNIT: _D1_    DATE OF INCIDENT: _Oct 2002_

APPEAL: _The fact that my legal material is being deprived my immediate access_
_violates my civil rights These law suits are all against DOC officials and_
_DOC officials confiscated them. Also note it took nearly 8 months for the_
(ATTACH ADITIONAL PAGE IF NECESSARY) _grievance to be responded to._
_Also I only received the denied grievance on 7-28-03 11 days after IGC signed off on it_

REMEDY
REQUESTED: _Return all my legal material in perfect condition and_
_in complete term as it was when it was illegally confiscated by DOC officials_
_Return my typewriter or pay me for it and the cassette & diary deleted._

INMATE SIGNATURE: _Joseph P. Schmitt_    DATE: _7-30-03_

STAFF RECIPIENT: _____    DATE: _____

DATE RECIEVED: _____

SECTION B

ASSIGNED GRIEVANCE NUMBER: _2002-79_

ASSIGNED INSTITUTION APPEAL NUMBER: _____

DECISION RENDERED:    _____ APPROVED
                      _✓_ DENIED

SUMMARY OF FINDINGS:
_Matter has been addressed appropriately at this level._

SUPERINTENDENT'S
SIGNATURE: _____    DATE: _8/5/03_

SECTION C
### INMATE APPEAL RECIEPT

INMATE NAME: _Joseph Schmitt_    INSTITUTION: _MTC_

NUMBER: _M-81137_ _D-1_  DATE RECIEVED: 08-04-03A10:16 RCVD

RECEIPTING STAFF: _Hilary Miranda_    TITLE: _NUP I_

491-14



EXHIBIT
"B"
1 PAGE

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Acting Commissioner*

**James Bender**
*Acting Deputy Commissioner*

Joseph Schmitt, M81137
MTC
30 Administration Rd.
Bridgewater, MA 02324

December 29, 2003

Dear Mr. Schmitt:

In accordance with 103 CMR 491, Inmate Grievance Policy, the Department Grievance Coordinator reviews all grievance appeals denied at the Superintendent's level. As a result of the aforementioned requirement, I have reviewed your grievance (#02-79) and appeal, relative to confiscated/missing law suits.

Please be advised that after a thorough review of the above-mentioned grievance and appeal, I support the Superintendent's decision to deny your grievance, as my investigation revealed that the law suits noted in your grievance are not being held at MCI-Cedar Junction. Additionally, property inventory records reveal that your legal documents were sent to the Massachusetts Treatment Center accordingly.

Sincerely,

Kristie Ladouceur

Kristie Ladouceur
Department Grievance Coordinator

cc. Superintendent Murphy
    J. Burgo, IGC
    File

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts  01757-3698*
*(508) 422-3300*
***www.mass.gov/doc***

**EXHIBIT**
"C"
2 pages

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

Kathleen M. Dennehy
*Acting Commissioner*

James Bender
*Acting Deputy Commissioner*

February 23, 2004

Joseph Schmitt, M81137
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Dear Mr. Schmitt;

I am in receipt of your correspondence dated January 15, 2004 regarding your allegations of missing legal property.

Please be advised, an intensive search for your legal materials at MCI Cedar Junction and the Massachusetts Treatment Center has been unsuccessful. Department of Correction's records indicate that your legal property was sent to the Massachusetts Treatment Center on September 17, 2003. Any materials that were confiscated by the Inner Perimeter Security staff at MCI Cedar Junction is due to the material being contraband (sexually explicit). Those materials will remain as evidence pending the resolution of your civil commitment process. All eight civil actions which you list in your correspondence to Undersecretary Bradley have been dismissed by the Court. In fact, the Court specifically stated on December 3, 2003 that in each of the eight cases you could not have certified copies because you were seeking in excess of 2,500 pages, the cost of which totals $6,425.00.

You also state in your correspondence to Undersecretary Bradley that you were threatened with bodily harm in the front gate/hallway of MCI Cedar Junction by D.O.C. Be advised, Sergeant Mulvey was interviewed regarding the allegations in which he denied. You did in fact refuse to move to the Massachusetts Treatment Center in which staff at MCI Cedar Junction told you the potential option would be to use force. You did move voluntarily at this time, which avoided injury to you and staff.

I trust this response addresses your concerns.

Sincerely,

Kathleen M. Dennehy
Acting Commissioner

KD/TH/bt
cc: Patrick H. Bradley, Undersecretary of Criminal Justice
    Timothy Hall, Acting Assistant Deputy Commissioner
    File



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

**EXHIBIT**

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Acting Commissioner*

**James Bender**
*Acting Deputy Commissioner*

Joseph Schmitt, M81137
MTC
30 Administration Rd.
Bridgewater, MA 02324

March 8, 2004

Dear Mr. Schmitt:

I am in receipt of your correspondence dated January 30, regarding grievance #02-79. More specifically, you express your dissatisfaction with the outcome of this grievance and request that you be provided with your legal cases and your typewriter.

Please be advised that I have discussed this matter with Kristie Ladouceur, who is the Department Grievance Coordinator and appellate authority regarding grievance matters. Ms. Ladouceur informed me she directed your Institutional Grievance Coordinator to contact the Legal Division to ensure they were not holding any legal cases belonging to you. However, upon contacting the Legal Division herself, it was revealed that your Institutional Grievance Coordinator did not discuss the matter with them. Additionally, Ms. Ladouceur was advised that the Legal Division was not holding your legal cases. Furthermore, I was advised that upon review of your property records it was clear that your legal documents were forwarded to MTC. Lastly, Ms. Ladouceur informed me that she is giving your typewriter concerns reconsideration, as this issue was inadvertently overlooked and you will be provided a separate response regarding her findings within the next week.

I hope that this letter has clarified concerns surrounding your grievance.

Sincerely,

Kathleen M. Dennehy
Acting Commissioner

cc: Kristie Ladouceur, Department Grievance Coordinator
File

Printed on Recycled Paper

MASSACHUSETTS CORRECTIONAL LEGAL SERVICES
8 WINTER STREET, ELEVENTH FLOOR
BOSTON, MA  02108-4705

(617) 482-2773
TOLL FREE (800) 882-1413
COLLECT CALLS (617) 482-4124
FAX (617) 451-6383

EXHIBIT
"P"
1 Page

March 31, 2004

Joseph Schmitt
M-81137
Massachusetts Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

Re: confiscated lawsuits

Dear Mr. Schmitt:

Leslie Walker contacted DOC legal about your confiscated lawsuit.  According to general counsel Nancy White, DOC does not have your lawsuits.  Apparently they are now in the hands of the Worcester County DA's office.

I am sorry but MCLS cannot assist you further with getting your lawsuits returned to you.  Good luck.

Sincerely,

Al Troisi

AT/ps