UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -5 P 3:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

USDC NO: 04-10717-RWZ

JOSEPH PETER SCHMITT

vs

PATRICK MULVEY, et. al.

## MOTION TO COMPEL

Now comes the plaintiff in the above entitled matter and hereby moves this Honorable Court to compel defendant Massachusetts Department of Correction to provide the current address for defendant Michael T. Maloney, former Commissioner of Corrections. As grounds hereof, the plaintiff says that without this information, which is in the possession of defendant DOC, he is unable to complete service.

WHEREFORE, the plaintiff moves this Honorable Court to ORDER defendant DOC to provide the current address for defendant Maloney so that he may complete service.

Respectfully Submitted,

Date: November 4, 2004

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, MA 02324

RE: 04-10717-RWZ

## Certificate of Service

I, Joseph Peter Schmitt, hereby state under pains and penalties of perjury that a hand printed copy of the attached "Motion to Compel" was served on MA. D.O.C. Legal Division via pre paid first class U.S. Mail on November 4, 2004

*Joseph P. Schmitt*
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, MA. 02324