**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Joseph Peter Schmidt | COURT CASE NUMBER: CV-10717-RWZ |
| DEFENDANT: Patrick Mulvey et al | TYPE OF PROCESS: Civil Rights Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Patrick Mulvey

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): MCI-Cedar Junction, Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmidt, M-81132
[illegible], State Farm
Bridgewater, MA 02324-3230

Number of process to be served with this Form - 285: 
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED 2004 OCT 14 U.S. MARSHALS SERVICE BOSTON MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MA Dept of Correction
5 Maple Street, Suite 3
Milford, MA 01757-3698

Service should be conducted 8AM - 4pm

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 
DATE: 10-6-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Talavera | Date: 10/14/04 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cheryl Maher, paralegal

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/1/04   Time: 10:00 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | | | | | | |

REMARKS: 11/1 Accepted service, will forward to Mulvey.

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)

# United States District Court

——————— DISTRICT OF ———————
BOSTON MASSACHUSETTS

Joseph Peter Schmitt, pro se,
        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Patrick Mulvey, et al,
        Defendants.

04-10717-RWZ

TO: (Name and address of defendant)

Patrick Mulvey
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA. 02071-0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Peter Schmitt
MA. Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 10/1/04

