UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 28 P 3:05

U.S. DISTRICT COURT
DISTRICT OF MASS

```
JOSEPH PETER SCHMITT, PRO SE,    )
                                 )
        PLAINTIFF,               )
                                 )
VS.                              )    C.A. No. 2004-10717-RWZ
                                 )
PATRICK MULVEY, et al,           )
                                 )
        DEFENDANTS                )
```

PLAINTIFF'S MOTION FOR COURT ORDER
FOR PRODUCTION OF EVIDENCE
REGARDING DISCIPLINARY REPORT NUMBER
MCI-CJ 2002-0344

Now comes the Pro se Plaintiff in the above entitled action, Joseph Peter Schmitt, and moves this Honorable Court to issue an order to the Massachusetts Department of Correction to produce a true and complete copy of the evidence used against the Plaintiff in the Department of Correction Disciplinary Action at MCI-Cedar Junction numbered 2002-0344, authored by defendant Patrick Mulvey.

The material in question is as follows: a fictional story entitled "A Weekend In Paradise" consisting of approximately (12) twelve pages, which was authored by the Plaintiff.

As grounds for this motion Plaintiff states the following:
1) Plaintiff has the absolute right guaranteed by the Massachusetts Declaration of Rights and the United States Constitution as well as

Massachusetts General Law to use and possess any and all evidence relevant to a criminal or civil prosecution.

2)   Plaintiff in fact authored the material.

3)   Plaintiff's action befor this court clearly revolves around this specific story.

4)   Plaintiff is no longer a prisoner as defined by the (P.L.R.A.) Prisoner Litigation Reform Act, although he will concede that he is regulated by rules and regulations of the Department of Correction while he is involuntarily temperarily civilly committed at the Nemansket Correctional Center (commonly called the Massachusetts Treatment Center).

5)   Plaintiff would not be violating the established rules and regulations of the Massachusetts Department of Correction if he has possession of the material in question as it is written material authored by himself and in no way at all does the rules and regulations of the Department of Correction prohibit the Plaintiff from having this requested material.

6)   Plaintiff has the absolute right to Due Process and by depriving him of the material which the defendants clearly have access to is a violation of the Plaintiff Due Process Rights.

7)   Defendants will no doubt take every step they can to prevent the Plaintiff from obtaining the requested material by claiming in part that the material is sexual and other inmates would seek me out for it, or that such material would cause some imagined security risk. To this and other such allegations Plaintiff simply states that in a related case before this court (04-10451-RWZ) he submitted

a true copy of the sexual story to the court entitled "Rain Dance" and this material caused absolutely no threat to security or the on-going therapy to the convicted and/or committed sex offenders housed at Nemansket Correctional Center. The material was not known of by anyone not involved in my legal action nor will it be known nor have I received any type of disciplinary action for any alleged violations involving the material. If defendants allegations and concerns had any merit Plaintiff would not have been in possession of sexual written material for so long without receiving any level of disciplinary action on the subject material. The material will be highly secured in my locked footlocker in my normally secured living quarters so there is little to no real risk at all for me to be granted this motion as requested.

**WHEREFORE,** Plaintiff prays this Honorable Court grant the above motion and issue an order to the defendants to produce a true and complete copy of the story entitled "A Weekend in Paradise" used in Disciplinary report number 2002-0344 authored by defendant Patrick Mulvey.

Respectfully submitted,

Dated: 3/24/2005

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, MA. 02324-3230

CERTIFICATE OF SERVICE

I, Joseph Peter Schmitt, hereby certify that a true copy of the above document was served to the defendants counsel, Philip W. Silva, via institutional mail on 3/24/2005.

Joseph Peter Schmitt, pro se