UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PETER SCHMITT )<br>)<br>)<br>v. )<br>)<br>PATRICK MULVEY, et al. )<br>)<br>Defendants. ) | C.A. No. 2004-10717-RWZ |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OF DEFENDANTS MULVEY, GROSSI, ALLEN, FARIA, THERIEN AND THE MASSACHUSETTS DEPARTMENT OF CORRECTION

Now come the above-named defendants and hereby move to dismiss the instant complaint or, in the alternative, move for summary judgment in their favor. In support whereof, defendants rely on the accompanying Defendants' Memorandum of Law in Support of Motion to Dismiss Or, in the Alternative, For Summary Judgment, Affidavit of Robert Murphy, Affidavit of John Luongo, and the Certified Administrative Record for MCI-Cedar Junction Disciplinary Report Nos. 02-0344 and 01-1583.

2

                Respectfully submitted,
                Defendants Patrick Mulvey, William
                Grossi, Peter Allen, William Faria,
                Ernest Therien and the
                Massachusetts Department of
                Correction,

                By their attorneys:

                NANCY ANKERS WHITE
                Special Assistant Attorney General


                ____/s/ Philip W. Silva_____
                Philip W. Silva, Esq.
                Bridgewater State Hospital
                20 Administration Road
                Bridgewater, Massachusetts 02324
                (508)279-4543
                B.B.O. No. 548175


I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on March 31, 2005.


                _/s/ Philip W. Silva_____
                Philip W. Silva, Esq.