COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
Docket No. 200410717 RWZ

JOSEPH PETER SCHMITT

    Plaintiff

      v.

PATRICK MULVEY ET AL.

    Defendants

## CERTIFICATION OF RECORD

    I, Ernest J. Therien, certify that the attached documents represent true, accurate, and

complete copies of the administrative hearing record in the case of Joseph Peter Schmitt, MCI

Cedar Junction Disciplinary Report No. 02-0344.

    Signed under the pains and penalties of perjury this 10th day of November 2004.

                      Ernest J. Therien
                      Disciplinary Officer
                      MCI Cedar Junction
                      PO Box 100
                      South Walpole, MA 02071

MASSACHUSETTS DEPARTMENT OF CORRECTION

MCI-CEDAR JUNCTION @ WALPOLE

## RESULTS OF APPEAL

TO: _Joseph Schmitt_

RE: D-REPORT NO. _02-0344_

DATE: _3-28-02_

A.  BY THE DISCIPLINARY BOARD

After reviewing your case involving the above-cited Disciplinary
Report, the Hearing Officer finds as follows:

------------------------------------------

------------------------------------------

------------------------------------------

------------------------------------------

------------------------------------------

‾Hearing Officer‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                    ‾Date‾‾‾‾‾‾‾‾‾‾
*********************************************************************

B.  BY THE SUPERINTENDENT

After reviewing your case involving the above-cited Disciplinary
Report, I find as follows:

----- _Appeal Denied - No Merit_ ------

------------------------------------------

------------------------------------------

------------------------------------------

‾Superintendent‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                    ‾Date‾ _3/26/02_

A copy of this decision has been served on the inmate‾‾‾‾‾‾‾‾‾‾‾‾‾

‾Staff Signature‾‾‾‾‾‾‾‾‾‾‾‾‾‾                    ‾Date‾‾‾‾‾‾‾‾‾‾

TO: Peter Allen

FR: Joseph Schmitt W57126

RE: D-Report 02-0344 Appeal

DA: March 21, 2002

REC'D SUPT'S OFFICE
MCI WALPOLE

MAR 22  8 20 AM '02

My Appeal is based on the following facts:

1) During the morning of March 20, 2002, William Faria came to my cell door and informed me of a disciplinary hearing, scheduled.

2) William Faria stated he received all the correspondence directed to the MCI-CJ D-Board office, ie, Statement By Joseph P. Schmitt dated March 3rd, 2002; Notice of Intent (copy of) addressed to Ma. DOC, Peter Allen, Ernest Therien, William Grossi and Patrick Mulvey; my 3-8-02 Inmate Request to Staff Member addressed to Ernest Therien; And the Evidence Requested form. None of this was noted in his summary of the hearing.

3) I was not given any evidence as requested and which I have full rights to per "Wolff v. McDonnell 418 U.S. 539, 555 (1974)" This alone violates my procedural due process rights.

4) This report violates my 1st amendment constitutional Protected Right.

5) There is no state or Federal law or CMR that states I can be punished for writing sexual stories in personal letters. This Action

<u>1 of 2</u>

Against me is illegal and clearly prejudiced harassment.

6) The fact that yet another d-report, 02-0563, was authored (and approved) against me for writing my friend and exposing my youthful sexual orientation clearly shows that officials at Mass Corr Institution at Walpole are in fact harassing me, violating my 1st and 8th Amendment rights.

7) I will be released August 16, 2002. Sanctions as outrageous as the disciplinary officer (office) and yourself have placed on me proves the excessive cruel and unusual punishments

8) You and all involved are hereby put on notice. You dismiss this illegal action or you get sued.

Joseph P. Schmitt
W57126
Joseph P. Schmitt
DDU-B2-113
MCI-Cedar Junction
PO Box 100
So. Walpole, Ma
02071-0100

To: Peter Allen
MCI-CJ

For Addressee's
Only
Eyes

Mr. J. Schmitt
W57128
DDU-B2-113

# DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO:  **JOSEPH SCHMITT**                                    I.D. #:  **W-57126**

Re: Disciplinary Report #:          **02-0344**            Date:  **02/21/2002**


You have been charged with a disciplinary offense(s) which has been referred to the Hearing
Officer for a hearing.  A description of the offense(s) is contained in the attached Disciplinary
Report.  Your disciplinary hearing has been scheduled for:

### 03/07/2002

(Date of Hearing)


If you wish to be represented, request the presence of the reporting staff person, request
other witnesses, and/or request a taped hearing, please fill out the attached Request for
Representation/Witness Form.  If you wish to request evidence, please fill out the attached
Request for Evidence Form.


Notice Served By:_____Date:_____Time:_____

Inmate's Signature:_____Date:_____Time:_____


***When an inmate has been given copies of the above enumerated documents, but refuses to sign this
acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/
Witness Form, and Request for Evidence Form to:          **JOSEPH SCHMITT**

                                                        (Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____*Paul Gordon*_____ Date: *2/26/02*

Print Name:_____*PAUL GORDON*_____ Time: *900*

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be
notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that
date.

MCI Cedar Junction

# DEPARTMENT OF CORRECTION
## REQUEST FOR REPRESENTATION AND/OR WITNESSES

Inmate: **JOSEPH SCHMITT**                              I.D.#: **W-57126**

Report #: **02-0344**                                   Date of Hearing: **3-7-02**

You must complete this form and return it to the Disciplinary Officer within twenty-four (24) hours of receiving it. Failure to do so may be considered as a waiver for representation and/or witnesses pursuant to 103 CMR 430.11 (5).

1. If you wish to be represented by an attorney or a law student at the disciplinary hearing regarding the attached disciplinary report, fill in the representative's name, address and phone number.

   YOU ARE RESPONSIBLE FOR CONTACTING THIS PERSON AND ARRANGING FOR REPRESENTATION (See 103 CMR 430.12)

   Name: _ACLU of MA. / MCLS._

   Address: _____

   Telephone: _____

2. If you do not speak English, or do not understand the charges pending against you, you may request the assistance of a staff person. Please check here_____.

3. Do you wish to have the Reporting Staff Person present at the Disciplinary Hearing?

   Yes____X____ No_____

4. Do you wish to call other witnesses at the Disciplinary Hearing?

   Yes_____ No_____

   If yes, please list the names of the witnesses You wish to call and provide a brief statement of the expected testimony as required by 103 CMR 430.14 (4) (e) (Use additional paper if necessary).

Witness: _____

Testimony: _____

Witness: _____

Testimony: _____

Received by: _____    Date: _____

MCI Cedar Junction

I request that a tape recorded be provided with a cassette tape to record the illegal process, ie, d-board hearing. I have funds and therefore can pay. I have no outside source to obtain a tape

DDU

## DEPARTMENT OF CORRECTIONS

### MCI CEDAR JUNCTION @ WALPOLE
### CORRECTIONAL INSTITUTION

#### NOTICE OF CONTINUANCE

TO: Joseph Schmitt _____     # W-57126 _____

RE: 02-0344 _____     DATE: 3-1-02 _____

At the Disciplinary Officer/Hearing Officer's request a
continuance has been granted on the above enumerated Disciplinary
Report, as set forth in the Disciplinary Regulations 103 CMR
430.11(2).

Your hearing has been rescheduled for _3-20-02_____
                                            (Date)

*DDU Lockdown*

Notice Served By _____     C.O. ____
                 (Staff Person's Signature)         (Title)

_____3/7/02_____     ___730_____
        (Date)                     (Time)

_____W.J._____
    (Disciplinary/Hearing Officer)

* If on open date you will be notified of the new hearing date at
least 24 hours prior to the rescheduled date.

3/7

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE:  Joseph Schmitt    ID#:  W-57126        HOUSING UNIT:      DDU #113

DATE:  February 21, 2002        D-REPORT NO.:  02-0344

OFFENSES(S) & CODE NO.:      #1; #2; #8

MINOR_____ (MAJOR)_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):

On February 21, 2002 I, Sergeant Mulvey was monitoring outgoing mail from inmate Joseph Schmitt, as outlined under 103 DOC 481 and discovered that this inmate was attempting to mail out a pornographic story involving children. Inmate Schmitt has been warned that this type of behavior will not be allowed, therefore by attempting to continue to mail these stories, he was in violation of the rules and regulations of this institution. Furthermore, inmate Schmitt's actions disrupted the orderly running of the institution as this officer took time from his regular duties to prevent inmate Schmitt in succeeding from his illicit actions. IPS Commander Lieutenant Grossi notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?  YES_____  NO ✓

REPORTING STAFF PERSON'S SIGNATURE _Patrick Mulvey_
                            Patrick Mulvey, IPS Sergeant

DAYS OFF    F   /   S

SHIFT      7   /   3           (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _John Bizzotto_           Date: 2/25/02

DISCIPLINARY OFFICER'S SIGNATURE _____           Date: 2-26-02

APPEAL RESULTS_____

REVIEWING AUTHORITY _J. Bizzotto_                    DATE: 3/20/02

OFFENSES:

1.  DISOBEYING AN ORDER, LYING TO, OR INSOLENCE TOWARDS A STAFF MEMBER.
2.  VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION
    OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.
8.  CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR ORDERLY RUNNING OF
    THE INSTITUTION.


REPORTING OFFICER'S
SIGNATURE:_____    TITLE: _SERGEANT_____

## MCI CEDAR JUNCTION AT WALPOLE

## MASSACHUSETTS DEPARTMENT OF CORRECTION

## DISCIPLINARY HEARING SUMMARY

INMATE: _Joseph Schmitt_      #: _W-57126_

REPORT #: _02-0344_      DATE OF REPORT: _2-21-02_

DATE OF HEARING: _3-20-02_    HEARING OFFICER: _William Faria_

1. The inmate was given at least 24 hours notice of the hearing (if no, attach 24 hour waiver)   YES _✓_   NO_____

2. The inmate is present before the hearing officer (if not, attach refusal to appear form)   YES_____   NO _✓_

3. The inmate has been advised of his right to remain silent, since the offense charged has, or may be referred to the District Attorney.  The inmate has been further advised that his silence may be used to draw an adverse inference against him, but his silence alone may not be used to support a guilty finding.   YES_____   NO _✓_

4. The inmate requested representation   YES_____   NO _✓_
   The inmate is represented by an attorney/law student   YES_____   NO _✓_

        Name of legal representative: _ACLU/MCLS_

5. The inmate requested the presence of the reporting staff   YES _✓_  NO_____

   The reporting staff person is present   YES_____   NO _✓_

   If the inmate's request was denied, indicate the reason: _Inmate refused to participate with this hearing._

6. Inmate challenges impartiality of the Hearing Officer.
   YES_____   NO _✓_

   If yes, state reasons why: _n/A_

7. The hearing was tape recorded   YES_____   NO _✓_    _& note: inmate not indigent_

8. Was the inmate offered the use of the AT & T language line?   Yes_____   No _✓_

*****************************************************************************

### Requests and Motions

_____

_____

_____

_____

_____

_____

_____

_____

PAGE 2

INMATE: _Joseph Schmitt_____   D-REPORT: _02-0344_____

8.    Witness:  If none requested, check here___✓__

    A.   REQUESTED BY INMATE:      (If any witness request is denied, a written explanation
                                of the reasons must be included as part of the record)

        (1)  n|A
        (2)
        (3)

    B.   REQUESTED BY HEARING OFFICER:

        (1)  n|A
        (2)
        (3)

*****************************************************************

9.    Presentation of evidence:

    A.  Inmate Statement

    PLEA: No Plea Entered

    Statement in defense (summary):

Inmate refused to attend the hearing to dispute the allegations. Consequently, a hearing was held in absentia. (See attached refusal to appear form).

B.  Reporting Staff Person's Statement:

                    n|A

Page 3

INMATE: Joseph Schmitt                    D-REPORT: 02-0344

C:  Other Witness Statements: (If witness has been denied, indicate

reason(s) for denial in this space)

Witness #2  Name: _____ n/A _____

Statement: _____

_____

_____

_____

_____

_____

Witness #3  Name: _____ n/A _____

Statement: _____

_____

_____

_____

_____

_____

**********************************************************************

Documentary Evidence

In addition to the Disciplinary Report, the Hearing Officer accepted into evidence, and

considered the following documents, physical evidence, photographs/video tapes:

Exhibit A - Letter with sexually explicit material.

PAGE 4

INMATE: Joseph Schmitt                    D-REPORT: 02-0344

FINDINGS: Guilty (1/2)          Dismiss (8) not applicable.

**Statement of Evidence Relied upon to Support Findings:** (continue on Pg 4a if necessary)

A guilty finding has been established based primarily on the reporting officer's detailed report and physical evidence. Inmate Schmitt's refusal to attend the hearing to dispute the allegations has drawn an adverse inference against him. Consequently, the reporting officer's detailed report has been accepted as an accurate account of events. Thus, it has been determined that inmate Schmitt attempted to mail out a pornographic story involving children.   This, after inmate Schmitt has been previously warned in the past to cease such activity (1/2)

**SANCTIONS AND RECOMMENDATIONS:**

Charges (1/2) - 10 Weeks loss of TV, Radio, Phone

**Reason for Sanction:**

The imposed sanction serves to educate inmate Schmitt that his continued refusal to follow staff directives will not be tolerated. Hopefully, inmate Schmitt will reevaluate his personal goals and intentions while incarcerated at MCICJ.

**The inmate has been advised of his right to appeal this decision within 5 working days of his receipt; to the Superintendent:** _____

**Hearing Officer:** W. Fao o          **Date:** 3-20-02

**The inmate has been advised of the Hearing officer's decision and a copy of this document has been delivered to the inmate:** _____

# DEPARTMENT OF CORRECTION
## REFUSAL TO APPEAR

I met with Inmate  Joseph Schmitt    # W-57126

who is housed at             MCI CEDAR JUNCTION

and advised him of his right to appear before the Hearing Officer on  Disciplinary Report

#  02-0844        on   3/20/02

                          (Date)              (Time)

The inmate refused to appear at the hearing and refused to sign a Waiver of

Disciplinary Hearing/Interview.

W F                                                    DHo

       (Staff Person's Signature)                     (Title)

Type or Print Staff Person's Name:  William Faria

MCI Cedar Junction





Robert Bernard
137 Fenton Mill Rd
Williamsburg, VA
23188 - 2219

John Schmitt
LSP#26
P.O. Box 100
South Walpole MA
02071

mailed Feb 10th 2002

Joey Lucenti
Miami, FL


James Korvanen
EF 280254
WCI
3620 Harris Rd
Waycross, GA  31501

Dear Jim

Hi!
Just thought I'd drop ya a little something to pass the lonely hours.
Please be so kind as to let your N.E. pal know which ending you enjoyed best. You'll notice that 1-5 is stationary but 6B, 7B & 8B were the original. Actually 6B & 7B only because when I got to the 16th line on page 7B "... version behind" I put it away and when I started again I decided to start a 6 and went to 9 to finish the new version then completed the B version. I think you'll like both versions but out of simply curiosity which do you like better? It took all day to do it & well at least 5 hours.

I'm mailing it from FL. I hope you received it. I'm sure you will since your caretakers understand its only stories and is protected by the first constitutional amendment.
Keep it safe till otherwise instructed ok?

Mr. Robert Bernard

As Jones informed me to do, I'm sending the letter for him to you. He assured me that you'll make sure he receives it quickly.

Thank you