COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
Docket No. 200410717 RWZ

JOSEPH PETER SCHMITT

    Plaintiff

      v.

PATRICK MULVEY ET AL.

    Defendants

<u>CERTIFICATION OF RECORD</u>

I, Ernest J. Therien, certify that the attached documents represent true, accurate, and complete copies of the administrative hearing record in the case of Joseph Peter Schmitt, MCI Cedar Junction Disciplinary Report No. 01-1583.

Signed under the pains and penalties of perjury this 10th day of November 2004.

Ernest J. Therien
Disciplinary Officer
MCI Cedar Junction
PO Box 100
South Walpole, MA 02071

MASSACHUSETTS DEPARTMENT OF CORRECTION

MCI-CEDAR JUNCTION @ WALPOLE

RESULTS OF APPEAL

TO: _Joseph Schmitt_____

RE: D-REPORT NO. _01-1583_____

DATE: _1-1-02____

A. BY THE DISCIPLINARY BOARD

   After reviewing your case involving the above-cited Disciplinary
   Report, the Hearing Officer finds as follows:

   ----------------------------------------------------------------
   ----------------------------------------------------------------
   ----------------------------------------------------------------
   ----------------------------------------------------------------

   Hearing Officer------------        Date----------------
   ***********************************************************************

B. BY THE SUPERINTENDENT

   After reviewing your case involving the above-cited Disciplinary
   Report, I find as follows:

   ____appeal denied — no merit_____

   ----------------------------------------------------------------
   ----------------------------------------------------------------

   Superintendent-------------------------    Date 1/2/02-----------

   A copy of this decision has been served on the inmate_____

   Staff Signature----------------------    Date--------------

REC'D SUPT'S OFFICE
SCI WALPOLE

Disciplinary Appeal #01-1583

3 pages

Dec 31  9 30 AM '01

1) I Appeal any and all sanctions based on the undisputable FACT that the Adult Gay porn stories I wrote and sold to the publisher for which I'm being illegally punished were in fact written and sold between Oct 1999 and March 2001 while I was serving time in New Mexico Dept of Corr. And therefore regardless of the fact that I'm being paid now Ma. Dept of Corr. nor M.G.L. has NO Policy or Statute indicating I can not receive funds from a publisher.

2) I've been subjected to deliberate Indifference from Peter Allen, Carter Thomas, and Disciplinary officers due to the fact that stories regarding boys in sexual situations were discovered in my mail/cell. The original report alleges I profit from such stories and I filed documents as did the Associate Editor of the Publisher I wrote for and these documents were ignored and twisted against me to Allege I wrote and sold stories for "child porn" magazines.

3) I'm denied time to prove my innocence by Peter Allen and was denied time originally, granted to copy evidence to submit to the d-board, which were delivered to CPO3 Gaspar on 12-14-01 and returned the same day by Lt Belisle who notified Sgt Theron of the delay. The documents were returned to CPO3 Gaspar for copying on 12-17-01 and contain my 9 page statement to D-board with 200 pages of evidence. This evidence has yet to be copied or returned as of 12-28-01. I've submitted the D-report package to CPO Gaspar on 12-20-01 to be copied and have not received it back either as of

12-28-01 which prevents me from filing the Appeal with said documents

4) Peter Allen as well as every official involved have ignored truths and out right lied to make this illegal ticket valid so as to punish me not for "receiving" legally earned funds according to the real facts I'm denied to produce for the hearing and now my Appeal.

5) I can not win against a corrupt Superintendant and D.O.C. officer in a prison-controlled-hearing or appeal, which is why this issue is being persued in a federal/state court where facts, not lies and corrupted allegations, will prove me right and restitution will be paid to me for the illegal actions and violations of my civil rights by all MCI-CJ officials involved.

6) D-board alleges I admit the magazines are child porn. But in truth I've filed innumerable documents and statements to show they are adult porn mags. It is very simple to call the publication to verify the fact that the payments I'm receiving that are in evidence against me are in fact payments for adult porn stories accepted while I was in New Mexico. The publisher surely would Fax you the acceptance contracts which indicate the story titles and also document regarding payments that also include story titles. This proof is well enough to void the numerous allegations wrongly charged by Carter Thomas, who has twisted facts, lied, just to punish this inmate for having stories regarding boys in sexual situations, because of this inmates criminal charge and sexuality.

7) In conclusion I pointedly accuse Peter Allen for deliberate Indifference by refusing me the time needed to prove the truth of the allegations

and therefore Mr. Allen is violating my due process and other rights and will be subject to civil action with all other parties involved.

8) I also state for the record that it is illegal to deprive me of all priviledges as the sanctions recommended shall do. It forces total seclussion upon this inmate, which is cruel and unusual punishment.


I, Joseph Schmitt, hereby declare under oath and pains and penalties of perjury that the forementioned, is to the best of my ability and knowledge the truth     12-28-01

Joseph Schmitt


Note: As soon as Beverly Veglas decides to copy the 200 plus pages of statement and exhibits regarding D-report 01-1583 I will file a copy to be included onto my Appeal. As of 12-28-00 the librarian's had my legal material 11 days without making copies!

Joseph P. Schmitt

cc: JPS File
    Civil action Schmitt vs. Ma DOC et al
    Michael T. Maloney
    Diana Sheridan / AJA Publishing Group
    ACLU of Ma Attorney

Joseph P. Schmitt
W57126
DDU B2-113
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma
02071-0100

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel: (617) 727-1684 Fax: (617) 727-6571*

**Jane Swift**
*Governor*

**James P. Jajuga**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M. Dennehy**
*Deputy Commissioner*

**Peter E. Allen**
*Superintendent*



December 21, 2001

Joseph Schmitt, W-57126
MCI-Cedar Junction
DDU

Dear Mr. Schmitt:

I am writing in response to your letter dated December 19, 2001, in which you request that the sanctions on D-report #01-1583 be postponed until you deliver further evidence to myself and the Commissioner.

Your request is denied. I understand that you were served with the results of this hearing last evening, and if you wish to appeal this decision, you will have until January 2, 2002 to submit your appeal.

Sincerely,

Peter Allen
Superintendent

cc. Sgt. Therien, Disciplinary Officer
    Inmate's file
    file

MCI WALPOLE

## SUPERINTENDENT'S OFFICE

TO: _Sgt. Therien_

FROM:  **PETER E. ALLEN, SUPERINTENDENT**

RE:   ATTACHED CORRESPONDENCE (# _____ )

DATE: _____

I am referring the attached to you:

1.  ( )   Please draft a response for my signature.

2.  ( )   Please reply to the sender that the
Superintendent has referred this matter to
you.  (Return this slip to my office with
a copy of your response).

3.  ( )   Review and return with comments / advise.

4.  ( )   Other: _As appropriate_

_____

_____

PLEASE COMPLETE AND RETURN TO MY OFFICE NO LATER THAN

_____ / _____ / _____ .

REC'D SUPT'S OFFICE
MCI WALPOLE

12-19-01

Peter Allen                    DEC 21   8 01 AM '01

I formally request an extension on the time limit to file my appeal on D-Report 01-1583 as I need to notify the lawyer for the publisher who will provide facts to contradict allegations made by your officers. Also to obtain documents from Mo Dept of Classification Division - Lori A. Cresey which will prove allegations I've made in my defense. And to clearly put together all my evidence to prove my total innocence contrary to the lies made by D-Board. To obtain copies of the alleged child porn mags noted in the evidence/statements from IPS & D-Board

I request 30 days as all correspondence is by mail and involves officials in N.M., N.Y., and FL as well as Ma DOC.

I do not believe a time limit or delay of such little as requested should be rejected when the truth will be uncovered and corruption exposed.

Please reply in writing

CC: IPS File
    ACLU Attorney
    AJA Publishing Group LTD
    Michael Maloney
    Diane Sheridan

Joseph P. Schmitt
Joseph Schmitt
W57126

## DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO:  **JOSEPH SCHMITT**

Re: Disciplinary Report #:        **01-1583**

I.D. #:    **W-57126**

Date:    **10/24/2001**

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing.  A description of the offense(s) is contained in the attached Disciplinary Report.  Your disciplinary hearing has been scheduled for:

**11/01/2001**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form.  If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By:_____Date:_____Time:_____

Inmate's Signature:_____Date:_____Time:_____

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/ Witness Form, and Request for Evidence Form to:        **JOSEPH SCHMITT**

(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____ Date: _10-26-01_

Print Name: _RACH LORENZO_ _____ Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

# DEPARTMENT OF CORRECTIONS

## MASSACHUSETTS CORRECTIONAL INSTITUTION
## CEDAR JUNCTION @ WALPOLE

### NOTICE OF CONTINUANCE

TO:  **Joseph Schmitt**                                          #  **W-57126**

RE:  **01-1583**                                          DATE: **12/4/01**

At the Disciplinary Officer's request a continuance has been granted on the above enumerated Disciplinary Report, as set forth in the Disciplinary Regulations 103 CMR 430.11(2).

Your hearing has been rescheduled for **Thursday, December 13, 2001.**
                                                    **(Date)**

**Legal Continuance.**

Notice served by : _____         _____
                        (Staff Person's Signature)                        (Title)

_____                            _____
            (Date)                                              (Time)

**Sgt. Ernest J. Therien**
(Disciplinary Officer)

*If 'OPEN DATE' is indicated, you will be notified of the *new* hearing date at least 24 hours prior to the rescheduled date.

# DEPARTMENT OF CORRECTION
## REQUEST FOR REPRESENTATION AND/OR WITNESSES

Inmate: **JOSEPH SCHMITT**                    I.D.#: **W-57126**

Report #: **01-1583**                    Date of Hearing: 11/1

You must complete this form and return it to the Disciplinary Officer within twenty-four (24) hours of receiving it. Failure to do so may be considered as a waiver for representation and/or witnesses pursuant to 103 CMR 430.11 (5).

1. If you wish to be represented by an attorney or a law student at the disciplinary hearing regarding the attached disciplinary report, fill in the representative's name, address and phone number.

   YOU ARE RESPONSIBLE FOR CONTACTING THIS PERSON AND ARRANGING FOR REPRESENTATION (See 103 CMR 430.12)

   Name: John W. Capone

   Address: 13 Dix Street Worcester Mass.

   Telephone: _____

2. If you do not speak English, or do not understand the charges pending against you, you may request the assistance of a staff person. Please check here_____.

3. Do you wish to have the Reporting Staff Person present at the Disciplinary Hearing?
   Yes___✓___   No_____

4. Do you wish to call other witnesses at the Disciplinary Hearing?
   Yes___✓___   No_____

   If yes, please list the names of the witnesses You wish to call and provide a brief statement of the expected testimony as required by 103 CMR 430.14 (4) (e) (Use additional paper if necessary).

Witness: _AJA Publishing Group_

Testimony: _To be made via mail/phone that payments mentioned in report and magazine titles are Adult only material_

Witness: _____

Testimony: _____

Received by: _____    Date: _____

MCI Cedar Junction

*(handwritten in right margin, rotated):* I request a 2 week extension as all contact has to be done by mail and I'm restricted to writ till Thursday Nov 1, 2001 before I can write my attorney and

## DEPARTMENT OF CORRECTION
## REQUEST FOR EVIDENCE FORM

TO: **JOSEPH SCHMITT**                    #:    **W-57126**

RE: **01-1583**                         Date:    **10/24/2001**

I understand that I will be served at a reasonable time prior to my disciplinary hearing with any documents which may be used against me. In addition to any such documents, I wish to request access to the following document(s) prior to my hearing which I believe will show me not guilty of the alleged infraction(s) contained in the D-Report. I understand that, in the event the Disciplinary Officer at the institution where the alleged disciplinary infraction(s) occurred denies my request for these documents(s), it will be up to the Hearing Officer to decide if I am entitled to the document(s) for the reason(s) I have stated. The Hearing Officer will determine if the requested document(s) are relevant and not merely repetitive and whether they are central to the preparation of my defense. The Hearing Officer may deny my request for documents if he/she determines that producing them would be hazardous in the particular situation. If the Hearing Officer decides that the document(s) need not be provided, his/her reason(s) will be included in the final report.

I am requesting the following specific document(s): _All documents used to come up with this report_

Each document is central to my defense for the following reasons: _I shall prove that nothing I've done is illegal And that this report violates freedom of speech Civil Rights_

Please be advised that failure to return this form to the Disciplinary Officer within 24 hours of receiving it will be considered as a waiver of request for any evidence.

MCI Cedar Junction

*  _I Request the Hearing be recorded And A copy be supplied to me to be mailed out to my Attorney/legal representator_

MASSACHUSETTS DEPARTMENT OF CORRECTION
MASSACHUSETTS CORRECTIONAL INSTITUTION @ WALPOLE

## DISCIPLINARY OFFICE

October 29, 2001

**TO:    INMATE  JOSEPH SCHMITT  W-57126**

**FR:    SERGEANT ERNEST J. THERIEN, DISCIPLINARY OFFICER**

**RE:    REQUEST FOR TAPED HEARING D-REPORT #01-1583**

**This office is in receipt of your request for a taped disciplinary hearing.  This request is approved pursuant to 103 CMR 430.12(3)...** *"an inmate shall be permitted to record a hearing before a hearing officer through the use of tape recording equipment provided by the inmate or his legal representative..."*

In the event you are not represented by counsel but nevertheless elect to have the hearing recorded, you must provide the necessary equipment and tape for this hearing.  Proper notification must be made with the Disciplinary Office prior to its arrival to ensure that proper arrangements are made; i.e. how it is to arrive, whom will be bringing it, and when it will arrive must be clearly spelled out.  Should prior arrangements not be made, entrance will be denied.  Upon completion of the hearing, arrangements **must be** in place for picking up the equipment.

Should you have any concerns regarding this response, feel free to address them to the D-Office in writing.

**INMATE'S NAME:  JOSEPH SCHMITT**

**INMATE'S SIGNATURE:**_____    **DATE:**_____

***************************************************************************

I _Sgt. E. Therien_  have forwarded a copy of this notice to Inmate Schmitt.

_____    **DATE:**    _October 29, 2001_
(Signature)

REC'D SUPT'S OFFICE
MCI WALPOLE

Nov 19  9 02 AM '01

Nov 19th, 2001

Peter Allen, Superintendent
MCI-CJ

RE: D-Report 01-1583

The above-noted D-Report was served on Oct 26, 2001.
I'd like to know why the hearing is being delayed which
prevents me from proving it is in fact a very bogus report.
    Your immediate reply is requested.
    Also why have I not received any of the evidence I
requested for my defense?

CC: John Reinstein, ACLU
    JPS File
    Michael T. Maloney
    Sherry Elliot

Respectfully

Joseph P. Schmitt
Joseph P. Schmitt
# W57126
DDU C1-131
MCI-CJ

Sgt Ernest J. Therien                                    Nov 30, 2001

RE: D-Report 01-1583

1) I've only received 1 attachment "A" dated September 12, 2001 and 1 attachment "B" dated September 20, 2001. This violates Policy time limits.

2) The report was written on Oct 27, 2001, served on Oct 26, 2001 for offenses alleged to have taken place between Aug 27, 2001 to September 3, 2001. This violates Policy time limits.

3) My request for evidence have not been answered

4) I've yet to have a hearing. This violates Policy time limits

5) As with D-report 01-1722 I will need 2-3 weeks to obtain a cassette tape now that you informed me I need to supply it.

6) When will the hearing be heard, if at all, since the violations noted should dismiss the report.

Your prompt reply is requested. Again I am willing to talk to you in private if you are willing to attempt to resolve this issue short of legal action

cc: JPS File                            Joseph P. Schmitt
    ACLU Attorney                       W52128
                                        B2-113   DDU

## DEPARTMENT OF CORRECTION

## EVIDENCE PRODUCED TO INMATE FORM

**TO:**      Joseph Schmitt W-57126
               Inmate's Name

**FROM:**   Sergeant Ernest J. Therien
               Disciplinary Officer

**RE:**      Disciplinary Report #: 01-1583

## EVIDENCE PRODUCED TO INMATE (ATTACHED)

1) Two page Executive Summary FR: IPS Officer C. Thomas.
2) Inmate interview with Joseph Schmitt.
3) Inmate Accounts Check Register.
4) Inmate Transaction History.
5) Photocopy of a check made out to Joseph Schmitt FR: Publishing Group Productions.
6) Three page letter (with envelope) FR: Ms. Diana Sheridan to Inmate Schmitt.
7) Four page letter FR: Inmate Schmitt to Mr. James Karvonen.
8) Two page letter FR: Inmate Schmitt to Mr. James Karvonen.
9) Two page letter FR: Inmate Schmitt to Mr. James Karvonen.
10) Two page letter FR: James Karvonen to Inmate Schmitt.
11) Two page letter FR: Inmate Schmitt to Joseph Chavez.
12) Four page letter FR: James Karvonen to Inmate Schmitt.
13) 23 pages of pornographic stories purportedly authored by Inmate Schmitt.

## DENIAL OF REQUESTED EVIDENCE AND REASON FOR DENIAL

1)
REASON FOR DENIAL: N/A

Served by:_____ Date:_____ Time:_____

Inmate Signature:_____ Date:_____ Time:_____

****When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgment, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this EVIDENCE PRODUCED TO INMATE FORM with the identified documents to ___*Schmitt*___ and he refused to sign acknowledging receipt.
          Inmate's Name

Staff Person's Signature_____ Date: 12-3-01

Print Name: ___*Dompierre*___ Time: _____

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt          ID#: W-57126          HOUSING UNIT: DDU #

DATE: October 24, 2001          D-REPORT NO.: 01-1583

OFFENSES(S) & CODE NO.: #2; #18; #19; #25; #29; #33

MINOR_____ ( MAJOR )_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):

On October 18, 2001 I, Officer Carter Thomas concluded through the investigative process that inmate Joseph Schmitt violated institutional rules by authoring inappropriate correspondence to various recipients. These correspondences pertained to abusive, obscene acts with minors that were of a sexual nature. These letters/stories were also authored for the purpose of financial gain.

From August 27, 2001 to September 3, 2001 inmate Schmitt sent and received illicit correspondence to a Mr. James Karvonen and Mr. Joseph Chavez. Inmate Schmitt also received payment for these stories via a Ms. Diana Sheridan, Editor of the pornographic magazine "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chickens", "Cherry Boys and Latino Boys" This inmate's actions disrupted the normal running of the institution.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?  YES_____  NO_____

REPORTING STAFF PERSON'S SIGNATURE _Carter A. Thomas_

Carter Thomas, C.O. IPS

DAYS OFF   F___ / S___

SHIFT   7   /   3          (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _J. Brodbeck_          Date: 10/24/01

DISCIPLINARY OFFICER'S SIGNATURE _____          Date: 10-26-01

APPEAL RESULTS_____

REVIEWING AUTHORITY _J. Brodbeck_          DATE: 12/4/01

OFFENSES:

2.    VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.

18.    FIGHTING WITH, ASSAULTING OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.

19.    USE OF OBSCENE, ABUSIVE, THREATENING LANGUAGE, ACTION OR GESTURE TO ANY INMATE, STAFF MEMBER OR VISITORS.

25.    GIVING MONEY OR ANY ITEM OF VALUE TO OR ACCEPTING MONEY OR ANY ITEM OF VALUE FROM ANOTHER INMATE, MEMBER OF HIS FAMILY OR FRIEND WITHOUT

29.    EXTORTION, BLACKMAIL, PROTECTION, DEMANDING OR RECEIVING MONEY OR ANYTHING OF VALUE IN RETURN FOR ANY REASON.

33.    ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.


REPORTING OFFICER'S
SIGNATURE: _____    TITLE: _____

# MCI CEDAR JUNCTION AT WALPOLE

## MASSACHUSETTS DEPARTMENT OF CORRECTION

### DISCIPLINARY HEARING

INMATE: __Joseph Schmitt__    #: __W-57126__

REPORT #: __·01-1583__    DATE OF REPORT: __10-18-01__

DATE OF HEARING: __12-13-01__    HEARING OFFICER: Officer Donald Dompierre

*hearing was reconvened on 12-19-01 for consideration of "Request for Extension of D-hearing results" submitted by inmate Schmitt (Exhibit "P")

1. The inmate was given at least 24 hours notice of the hearing (if no, attach 24 hou waiver)  YES ✓  NO____

2. The inmate is present before the hearing officer (if not, attach refusal to appea form)  YES ✓  NO____

3. The inmate has been advised of his right to remain silent, since the offense charge has, or may be referred to the District Attorney.  The inmate has been further advise that his silence may be used to draw an adverse inference against him, but his silenc alone may not be used to support a guilty finding.  YES____  NO ✓

4. The inmate requested representation  YES____  NO ✓
   The inmate is represented by an attorney/law student  YES____  NO ✓

   Name of legal representative:

5. The inmate requested the presence of the reporting staff  YES ✓  NO____

   The reporting staff person is present  YES ✓  NO____

   If the inmate's request was denied, indicate the reason:

6. Inmate challenges impartiality of the Hearing Officer.
   YES____  NO ✓

   If yes, state reasons why:

7. The hearing was tape recorded  YES____  NO ✓

8. Was the inmate offered the use of the AT & T language line?  Yes ✓  No____

*************************************************************

#### Requests and Motions

1) inmate requested tape recorded proceeding ~ request denied : inmate Schmitt is not indigent, pursuant to 103 CMR 430.12 inmate Schmitt made no arrangemets to furnish recording equipment in time for this hearing.

2) inmate Schmitt submits exhibit "P" (Request for Extension of D-Hearing findings) ~ REQUEST DENIED : The hearing for disciplinary report # 01-1583 (originally scheduled for 11/1/01) was ultimately heard on (see P. 1A)

INMATE: Joseph Schmitt                    D-REPORT: 01-1583

* requests and motions (cont.)

12-13-01. Inmate Schmitt was provided with all documentation requested on 12-3-01 (10 days prior to the hearing). During this hearing inmate Schmitt requested until 12-18-01 to submit "copies of his affidavit". Instead he (Schmitt) forwards a "Request for Extension of D-hearing findings?" In which he notes his intentions of reforming a defense and once again contacting his publisher to solicit further information. It is the view of this DHO that Inmate Schmitt has been afforded a substantial period of time to prepare his defense and forward any copies to this office. Furthermore, the topics outlined in this request were already addressed during the hearing (see exhibit "0" - letter from publisher). Inmate Schmitt is clearly abusing the disciplinary process thus the denial of said "request for extension ......".

PAGE 2

INMATE: _Joseph Schmitt_ _____    D-REPORT: _01-1583_

8.    Witness:  If none requested, check here___

    A.    REQUESTED BY INMATE:    (If any witness request is denied, a written explanati[on]
                                     of the reasons must be included as part of the recor[d]

        (1) _C.O. Thomas (IPS) - reporting officer - granted_
        (2) _AJA Publishing Group. inmate submits exhibit "O"_
        (3) _____

    B.    REQUESTED BY HEARING OFFICER:

        (1) _____ _None_ _____
        (2) _____
        (3) _____

**************************************************************

9.    Presentation of evidence:

    A.    Inmate Statement

    PLEA: _Not Guilty to all charges_

    Statement in defense (summary):

_Inmate Schmitt made the following statements for use in his defense:_
_"This is the editor/publisher that I write pornography for"_
_"There are no facts to statements made in this report"_
_"There is no policy against writing this material"_
_"I write adult Porn", "The stories I get paid for have_
                                  _(SEE p 2A)_

    B.    Reporting Staff Person's Statement:

_C.O. Thomas concurs with his detailed report in that_
_during an investigation of inmate Schmitts activities_
_he determined that he (Schmitt) was discovered to_
_have submitted pornographic stories (authored by him)_
_to publications for unauthorized financial gain._
_C.O. Thomas identifies the following:_
_Exhibit "A" (Executive Summary) - where Schmitt admits to receiving_
_money in exchange for pornographic stories (authored by him)_
                   _see (2B)_

PAGE 2A

INMATE: Joseph Schmitt          D-REPORT: 01-1583

Inmate Testimony Continued:

nothing to do with the contents of the letters in this report"

Inmate Schmitt admits to writing child pornography but maintains that he gets no money for this.
Inmate Schmitt admits to being paid for pornographic stories that he submits.

Inmate Schmitt acknowledges exhibit "N", concuring that this is in fact a pornographic story involving children, authored by him.

Inmate Schmitt acknowledges exhibit "F" as correspondence from Ms. Sheridan which includes payment schedules for such magazines as "Young & Hung" "Tender young Chickens" and "Coming out". This information was solicited by inmate Schmitt. Inmate Schmitt freely admitted that the aforementioned titles were of child pornography-associated magazines.

Inmate Schmitt acknowledges exhibit "H" as a correspondence (authored by him) to James Karoven the contents of which state that he (Schmitt) has story plots in the works for example :1) Auntie Kim - 12 year old gets seduced by sexy Aunt, 2) Identical Twins - (males) 11-14 year old discovers the pleasure of sex, 3) Twins - (male and female) 11-14 year olds discover/explore sexual pleasure and 4) Surf's Up - man is hustled by 2 beautiful beach boys (13 & 11 year old) man gets it on with both. Inmate Schmitt admits to the content of such as it refers to sex with children.

INMATE: _Joseph Schmitt_     D-REPORT: _01-1583_

* Reporting staff person's statement (cont.)

Exhibit "B" (inmate interview) - where inmate Schmitt admits to writing porn (sexually explicit) stories for financial gain (unauthorized).

Exhibits "C" and "D" as - inmate Transaction History which shows Schmitt having funds deposited into his account in exchange for these sexually explicit stories.

Exhibit "E" as Check made out to Schmitt for $100.00 from Publishing Group Productions, LTD.

Exhibit "F" - letter from D. Sherridan which includes payment schedules for pornographic publications such as Tender Chickens (a publication which inmate Schmitt concurs to be about child pornography).

Exhibit "N" - story about youth - inmate Schmitt doesn't deny it to contain child porn.

C.O. Thomas states that inmate Schmitt freely admits to authoring "sexually explicit" stories and to accepting money for such (from various publications).

Page 3

INMATE: Joseph Schmitt                    D-REPORT: 01-1583

C:  Other Witness Statements: (If witness has been denied, indicate

reason(s) for denial in this space)


Witness #2  Name: _____ N/A _____

Statement: _____

_____

_____

_____

_____

_____


Witness #3  Name: _____ N/A _____

Statement: _____

_____

_____

_____

_____

_____


*****************************************************************


Documentary Evidence

In addition to the Disciplinary Report, the Hearing Officer accepted into evidence, and

considered the following documents, physical evidence, photographs/video tapes:

_____ See (3 A) _____

_____

_____

_____

_____

_____

(3A)

INMATE: _Joseph Schmitt_                    D-REPORT: _01-1583_

Exhibit "A" (2 pages) - Executive summary

Exhibit "B" (1 page) - Inmate interview/Joseph Schmitt

Exhibit "C" (1 page) - Inmate accounts register

Exhibit "D" (1 pg) - inmate transaction history

Exhibit "E" (1 pg) - cashed check recipt

Exhibit "F" (4 pg) - letter from Ms. Diana Sheridan

Exhibits "G", "H", "J" - letters from Schmitt to Karvonen

Exhibit "K" - correspondence Karvonen to Schmitt

Exhibit "L" - Correspondence Chavez to Schmitt

Exhibit "M" - Correspondence Karvonen to Schmitt

Exhibit "N" - 23 page - sexually explicit story authored
        by Schmitt (contains sexually explicit child
           situations)

Exhibit "O" (9 page) - Correspondence Sheridan to Schmitt

Exhibit "P" (2 page) - "Request for extension of D-Hearing
findings"

PAGE 4

INMATE: Joseph Schmitt          D-REPORT: 01-1583

FINDINGS: Guilty (25/29) charges (18, 19, 33) dismissed as not applicable

**Statement of Evidence Relied upon to Support Findings:** (continue on Pg 4a if necessary)

Based on C.O. Thomas' detailed report (as corroborated by his oral testimony) and review of all supporting documentation (exhibits A thru P), a guilty finding has been established. During oral testimony, inmate Schmitt freely admits to authoring "sexually explicit" stories and submitting such to various publications in exchange for payment thus providing further evidence of culpability. Subsequently, it has been determined that inmate Schmitt submitted numerous sexually explicit stories (authored by him) to these publications and in return received unauthorized compensation for them (25/29). Exhibits C, D, E and O support this finding whereas they provide physical evidence (i.e. cashed checks and

(SEE p 4A)

**SANCTIONS AND RECOMMENDATIONS:**

Charges (25/29) — 6 weeks loss: TV, Radio, Phone

**Reason for Sanction:**

This sanction is levied to inform inmate Schmitt that his actions (receiving unauthorized compensation) as outlined in disciplinary report # 01-1583 will not be tolerated. Ideally, this sanction will serve as a deterrent to similar violations.

The inmate has been advised of his right to appeal this decision within 5 working days of hi

receipt; to the Superintendent: XX

Hearing Officer Off. Donald Dompierre —          Date: 12/19/01

The inmate has been advised of the Hearing officer's decision and a copy of this document ha

been delivered to the inmate   XX

PAGE 4A

INMATE: Joseph Schmitt                   D-REPORT: 01-1583

STATEMENT OF EVIDENCE RELIED UPON (CONTINUED):

his (schmitt's) inmate account records) showing his
recipt of such unauthorized functs.

REASONS FOR SANCTION  (CONTINUED):

N/A

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel.(617) 727-1684 Fax.(617) 727-6571*



**Jane Swift**
*Governor*

**James P. Jajuga**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M Dennehy**
*Deputy Commissioner*

**Peter Allen**
*Superintendent*

— Exhibit "A"
(2 pgs)

**To:**      Steven Silva, Director of Security

**Thru:**     Lieutenant William Grossi, IPS Commander

**From:**     Officer Carter Thomas, IPS *Carter Thomas*

**Date:**     October 17, 2001

**Re:**      **EXECUTIVE SUMMARY/I01-19**

On September 12, 2001 an investigation was initiated into the ongoing inappropriate correspondence being sent to a variety of people by inmate Joseph Schmitt. Based on all facts physical evidence and the interview process the following was determined:

Inmate Joseph Schmitt did author sexually perverted, child pornographic stories with the intent to distribute for the purpose of financial gains. These sexually fantasized child pornographic stories were sent to a Ms. Diana Sheridan. Ms. Sheridan is the Associate Editor of pornographic magazines, such as "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chicken", "Latino Boys" and "Cherry Boys". Ms. Sheridan would publish these stories and pay inmate Schmitt for them.

In an attempt to gather additional information inmate Schmitt was placed on the Mail Monitor where it was discovered that he had received a check for one-hundred dollars from Ms. Sheridan. Further information was obtained regarding future payment and issues due to pay:

Young and Hung (#5) 5/2 pays mid February, 2002
Coming Out #25 5/2 pays mid February, 2002
Options 185 4/2 pays mid February, 2002
Tender Chickens (#6) January, 2002 pays mid-October

**Page 2/I01-19**
**Officer Thomas:**

Inmate Schmitt has also authored, sent and received inappropriate, sexually explicit correspondence/stories to Mr. James Karvonan and Mr. Joseph Chavez during the time frame of August 27, 2001 to September 3, 2001.

On September 27, 2001 inmate Schmitt was interviewed and admitted to authoring these stories. Inmate Schmitt stated that he was bisexual and that he was a writer, that there was nothing wrong with what he was doing, although it may be immoral. Inmate Schmitt also stated that he was getting paid for these stories.

On October 4, 2001 a major search of the Department Disciplinary Unit was conducted. Upon the completion of this search two envelopes were found within inmate Schmitt's cell containing the address of Ms. Sheridan and the sexually explicit stories.

In conclusion, inmate Schmitt authored inappropriate correspondence to the above mentioned persons in an attempt to distribute for the purpose of financial gain.



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel.(617) 727-1684 Fax (617) 727-6571*

Jane Swift
Governor

James P. Jajuga
Secretary

Michael T. Maloney
Commissioner

Kathleen M. Dennehy
Deputy Commissioner

Peter Allen
Superintendent

Exhibit "B", page —

To:        Steven Silva, Director of Security

Thru:      Lieutenant William Grossi, IPS Commander

From:      Officer Carter Thomas, IPS

Date:      September 27, 2001

Re:        **INMATE INTERVIEW/JOSEPH SCHMITT**

On September 27, 2001 I, IPS Officer Thomas conducted an interview with inmate Joseph Schmitt in regards to him authoring inappropriate, sexually explicit short stories of child pornography. I asked inmate Schmitt if he was attracted to children of the same sex to which he stated he was not but was however, bisexual.

I then asked inmate Schmitt if he was receiving payment for these stories and he stated, "Yes, I'm a writer and there is nothing wrong with what I'm doing although, it may be immoral." I asked inmate Schmitt if he was going to continue with this action to which he stated, "No".

This concluded the interview with inmate Schmitt.

WG/CT/gjt
c. File

Exhibit "C"

Department of Correction
M. C. I. Walpole
Inmate Accounts Check Register
Check Date: 2001 1003
************************************
                                    PAGE: 1

DATE: 2001 1003    09:54:02

Check#  Comm#  Name                          Amount  Fund Type  Date       Type  Number
======  =====  ============================  ======  =========  =========  ====  ======

21070   W57126  PAYEE: JOSEPH P. SCHMITT/37000193S

        WAL     SCHMITT. JOSEPH P                100.00  PERSONAL  2001 1002  D     1

Exhibit "D"
1 pg

**Inmate Transaction History**

Inmate: W. G., I. Whistle
Block: DBU    Room 131
Status: Active
Date: 2001 1015 10:42:17
Since 2001 0815

| Transact Date | Type Code | Check#/Type | Receipt/Voucher | Cash | Check#/From-To | Notes | Personal Expense | Personal Income |
|---|---|---|---|---|---|---|---|---|
| 2001 0815 | | | 59.44 | | Z00022 | | .57 | .00 |
| 2001 0816 | | | 59.08 | | Z00022 | | .52 | .00 |
| 2001 0818 | | | 59.56 | | Z00022 | | .48 | .00 |
| 2001 0819 | | | 59.10 | | Z00042 | ALESSANDRA'S SMILE INC. | 10.00 | .00 |
| 2001 0820 | | | 59.50 | | Z00042 | NOTARIZED DOCUMENT | 11.00 | .00 |
| 2001 0821 | | | 59.56 | | Z00042 | EOIZ-D- | 3.15 | .00 |
| 2001 0824 | | | 59.93 | | Z00042 | NOTARIZED DOCUMENT | 1.00 | .00 |
| 2001 0828 | | | 59.99 | | Z00022 | POSTAGE | 12.60 | .00 |
| 2001 0904 | | | 59.99 | | 205435 | JOSEPH P. SCHMITT 370001935 | 1.45 | .00 |
| 2001 0905 | | | 60.079 | | Z00022 | FOSTAGE | 50.00 | .00 |
| 2001 0907 | | | 60.175 | | Z00022 | POSTAGE | 4.17 | .00 |
| 2001 0908 | | | 60.293 | | Z00022 | POSTAGE | 13.60 | .51 |
| 2001 0912 | | | 10767 | | | Interest Credited for 08 | | 100.00 |
| 2001 0920 | | | 482915 | | 269956 | CARMELA SCHMITT | 13.60 | .00 |
| 2001 0923 | | | 60.436 | | Z00042 | JOSEPH P. SCHMITT/370001935 | 100.00 | .00 |
| 2001 0925 | | | 60.583 | | 21050 | ID REIMB PER GLEN B-NVR RECPS | 3.15 | 3.15 |
| 2001 1001 | | | 63.434 | | 21070 | JOSEPH P. SCHMITT/370001935 | 14.89 | .00 |
| 2001 1002 | | | 483164 | | | REFUND/PUBLISHING GROUP PROD. | 100.00 | 100.00 |
| 2001 1005 | | | 10792 | | | JOSEPH P. SCHMITT/370001935 | 100.00 | .00 |
| | | | | | | Interest Credited for 09 | | .10 |

Total for W57126 for Period    948.63    203.75

Total for W57125 to Date    552.39    552.49

Balances    .10



MCI CEDAR JUNCTION
IPS OFFICE

2001 SEP 29 P 1: 05

Lake Worth, FL 33463

CONQUER
CYSTIC
FIBROSIS

Joe Schmitt W 57126
MCI Cedar Junction
POB 100
So Walpole MA 02071

—Exhibit "E"_pg

02071+0100 01

---

PYMT ON BEHALF OF SPORTOMATIC LTD
**PUBLISHING GROUP PRODUCTIONS, LTD**
ONE BRIDGE STREET, SUITE 125
IRVINGTON, NY 10533-9942

CITIBANK, N.A.
RYE, NY
1-8/210

**20532**

09-21-2001

PAY TO THE
ORDER OF ___ JOSEPH P SCHMITT                                        $ 100.00

_____$100.00 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ DOLLARS

JOSEPH P SCHMITT
C/O CARMELA N SCHMITT
85 NORMAN RD #113
NORWICH, CT  06360                               VOID AFTER 90 DAYS

MEMO 08-0112-f/l ob 12/01 ds                    AUTHORIZED SIGNATURE

⑪Q 20532⑪  �011:021000089�111:  45199295�111

MCI CEDAR JUNCTION
IPS OFFICE

2001 SEP 25 P 12:...

Exhibit "F"
4 pages

JOE SCHMITT W57615
MCI
POB 100
South Walpole MA 02071

008271/0180

DIANA SHERIDAN
5891 S. Military Tr. #5A
Lake Worth, FL 33463

DIANA SHERIDAN
5891 S. MILITARY TRAIL – STE. 5A.
LAKE WORTH FL 33463

9/22/01

Hi Joe –

Your two letters both arrived yesterday, one marked URGENT. Norm notified me immediately. But I didn't get them till late afternoon and then had to cook for my folks, who came over for dinner, so I didn't read the letters then; it was too late to write back and have it go out that day as the mail was long gone.

No, I missed by one day being in NY during the WTC tragedy. I was due to fly out late the afternoon before it happened, but my flight was much-delayed and they were threatening to cancel it. It was the last flight out (to down here) on that airline and by the time it looked like it was going to be cancelled, there was nothing else on another line to transfer to. It appeared I was going to have to spend the night sleeping on the airport floor. This being before the towers thing happened, the problem was of course unrelated to that—it was a weather problem. Many flights were cancelled or delayed; our specific problem was that although our aircraft was in, the pilots who flew it in were not scheduled to take it back out. The flight attendants were to stay with the craft but a different captain and first officer were to pilot it out for us...and they were on a much delayed inbound flight, that had unexpectedly put down in Philly to refuel after in-air delays kept them out of LaGuardia and ran them low on fuel. Finally the incoming plane we were waiting for...with the two pilots on it...landed, but by now it was so late that flight safety rules precluded their taking us out. It would have meant they would be in the air longer than permitted by law. Providentially, the airline was able to snag a pair of pilots off a cancelled Atlanta-bound flight and reassign them to our craft, so that many, many hours after we had been due to take off, they finally let us board. Then ensued a looooong wait on the Tarmac, while the weather did its thing and while the many backed-up planes ahead of us took off, and while the airport was briefly closed down entirely for weather. At last, very very late in the evening, we took off. When I saw the wheels had cleared the runway, I applauded, not for the first time that evening...when the airline, after

threatening to cancel the flight, announced that yes, they had found a pair of pilots and yes, the flight *would* be departing, I broke into applause also and was joined by maybe a third of the waiting passengers.

It was well after midnight when I got home, exhausted and relieved, having NO IDEA that the world would go to hell in a handbasket the very next morning...or that, had I been forced to spend the night at the airport as I expected, and had I not got a very early flight (if indeed there even was one), I would have been grounded in NY for days and then left to take a plane home under very trying circumstances.

Indeed, I am going away this weekend and have cancelled my flight plans. I was to fly to a friend's wedding in the central part of the state but now am getting a ride (I'm not comfortable driving much of a distance myself) because I distinctly do *not* want to fly. I am leaving in a few hours and will return tomw night.

You say the box needs to be returned to you. At the prison? But they sent it to me in the first place. Please confirm before I send it that it is going back *to you at the prison* and that they *will not refuse it and return it to me.*

I will get the dictionary for you though I have not done so yet. I hear you that it needs to be paperback. I will have a little more free time (not a lot but a little) in the next few weeks.

No, the missing bank stuff has not turned up. I do not know where it could have got to though I know whatever he did with it was accidental since he is neither malicious nor dishonest; I have known Norm since he opened his store in '85; he is a close friend and I trust him implicitly.

Yes I did copy the contents pages (I think that's what you're asking for when you say "title pages") and you should have them by now. If not, let me know, 'cause I did all that photocopying—cover pages too I think (??) and hope it wasn't all done for nothing.

You ask when issues are due to pay:
Young & Hung # 5, 5/02 pays mid-Feb '02.
Coming Out # 25, 5/02 pays mid-Feb '02.

Options 181, Oct '01 paid already and is *probably* the check I just sent off (?)
Options 185, April '02 pays pays mid-Feb '02
Tender Chickens # 6, Jan '02 pays in about a month...mid-Oct.
Young & Hung # 3, Dec. '01 should be in my mailbox Monday.

I will send the note to your friend but wish you wouldn't ask me to do that.

You may send me the 9x12s you want me to store for you. No problem there.

The sticker on the envelope did not appear tampered with.

Now let me open the second letter.

OK that is about your mom. I have just tried to call both her and your sister but get no answer, not even a machine, at either place. It is 10:17 AM and not a time when many people are home—most are out doing errands on a Saturday morning. I will make one more attempt at your mom or sis before I leave for my friend's wedding; perhaps I can get one of them in around lunchtime. If not it will have to wait till Monday morning as I will get in too late Sunday night to call anyone. I *will* keep trying them starting Monday if I don't get them today.

Take care -





— Exhibit "G"
5 PAGES

TO: JAMES KARVONEN
EIF280254
3620 HARRIS Rd.
WAYCROSS, GA. 31501

Joseph Schmidt W57126
MCI - Cedar Junction
PO Box 100
South Walpole MA 02071-0100

83/7

Aug 20, 2001
8.30 AM

James,

The weekend of 95% sleeping is over and another week has begun. I will try to work on COL today, I've got a very interesting twist for the story and simply need to figure out when to incorporate it into the story. I tend to believe it'd be ch. 5 or 6. I've got Ch. 4 outlined in my head & loins already. I wish I had a T.V. to watch the 2001 Teen Choice Awards on Fox tonight Aaron Carter will be on it and he's definitely a worthwhile subject ☺. A lot of thinking and dreaming about the future. I just hope I don't have to deal with any bullshit with the civil commitment. I can deal with everything else. Oh well hopefully you received my last letter and found the 2 stamps under the certified sticker. I have another envelope now. I had to modify **it** cause it was originally addressed to the bank but I didn't need it so I fixed it to be for you. And now I'll stop and hopefully the nurse does her rounds soon so I can get my 600mg Motrin to ease the cramps in my hand —————

Aug 21st  10am

The IPS searched my cell yesterday and took (without telling me) 1 envelope from Alessandra's Smile, inc which simply had a couple order forms and advertisements. They went through all my paperwork, making a mess of it but I believe it was simply to distract me. I instantly noticed the missing property! See last week I put a purchase slip in to have 10.°° sent to Alessandra's Smile, Inc to purchase the 28 post card collection. Now so far I've gotten no receipt for the purchase slip. Plus yesterday mail from JC stupidly described Alessandra's Smile, Inc and Child porn in the same sentence. Plus Diana's letter made mention of the post cards. I knew they are screening/reading my mail. You can tell by the way its opened and how it all comes at once even though post marks dictate differently. I don't give a fuck if they read my mail. If they don't like what I say, too fucking bad. I hate them all with a passion and I've never hidden my feelings, and don't intend to now. Re. COL. I intend to introduce yet another character 13-14 nephew or cousin or brother in law. Kim's ex-husband's family member? Ah yes, Aaron is a lanky love-hungry lad with strong sexual urges from puberty. However he likes <u>cock</u> (male/male) just as much as he is interested in pussy! Virgin? Maybe, probably not 100%. Listen, what stories did JC return to you? He sent sleeping beauty back to me with this latest letter. I got a letter from Christine last night post marked July 31st! I think it got lost in the mail though since I got 2-3 letters after that letter was mailed.

②

I've got 4½ lines left on page 29 now. I should be able to end ch. 3 on pg 30 then I'll mail it, with this letter. I did some writing earlier today but put it aside cause my thoughts were running loose. Oh RB returned the 8 photos. I'm upset by the fact that 1 photo - the one of my parents was cut up. Its an instamatic photo and the bottom portion was cut off so now the photo will fade quickly since air gets inside the picture itself now like an open book! He says they can't make photo copies of birds! Some law or something. That is pure bullshit. I'm going to write kinko's myself. There ain't no such law. All the photos display fully dressed people. Adults and boys. Nothing illegal about it. By the way if you ever want to call your good friend RB in VA dial 757-565-2249 ☺ I'm thinking but calling him myself. I might have a pal from FL or IL call him ☺ Oh well nothing else to talk about except Diane called the bank and the idiot VP refuses to tell Diane anything. I can't do shit till Thursday when I get envelopes! Oh well catch ya later ——— I'm back. I just started working on COL got to page 30 and the supply cop brought me the envelopes I needed. I just finished addressing stamping and stuffing them and sealing them. Had to use 12 stamps. Didn't 'Have' to I just figured it'd be easier to use stamps rather than a purchase slip. Anyway I've got 4 envelopes extra so now I can write to the bank. I'll write to kinko's too and find out about this BS over enlarging my photos. But for now I need to stretch out my back. My lower back is hurting bad. I strained it somehow. I can hardly walk! I'll catch you later. Maybe I'll get some love from you today. I sure hope so. Been a long time since you wrote! ———

Got your 32/4 letter today. It was post marked 17-Aug. I have to believe that they are delaying my mail by reading it. No problem. I just dont give a damn what they think anymore! Haven't read the story "The Lost" yet. I'll do it after I get my shower which will be in an hour or less. May I be bold? If you think I'll not enjoy something then dont write it / send it. This is my answer to your comment that "I thought you might have found family circle too medically detailed." Yeah I wish your mail was quicker in coming to me but for now I must suffer! Sorry to hear you got zilched for canteen / money. As I said I tried to send $ and got refused. I'll try again. Maybe I'll send it to RB? Maybe. I really don't want shit to do with him now, ya know. I just realized this letter is dated 8-1-01, shit todays 8-21-01 ☹ Braves are worthless unless you mean the little ones in NM or up here on the reservation ☺ I'm Yankees / Mets all the way. And from what I heard up here the radio Yankees are 4 games up 1st place ☺ Listen tonight

(3)

and start one of your own for me involving dad and his 6-8 year old little boy. I'd prefer you to do it with your style anyway. You create the plot ok. Be VERY DETAILED in description etc ok. Make me want to fuck him and eat him as I read the first page! Yeah cute and hot and blah blah. Its shower time———  I'm back. Had to get a few legal things ready to be on w I've got 3 9x12 envelopes going out (8 stamps) and 15 white envelope (15 stamps, all but 1 is legal! Anyway lets get back to Answering your letter. Wow, you're a greedy little fucker huh? Here I am busting and down on my energy trying hard to get COL going for ya and you want other stories! Geeze 😳 You get stories for Tee, Cuba, JC and you still want more from me And here I am lucky if I get 1 story every 10 days or so from only you- And you're still way Behind 👉👁 so how bout you write me lots of stories and get me going? I'm only busting your nuts. I'll try to get a quick little story done. Besides by the time you get this you'll probably have written a letter telling me about Ch 1 & 2 of COL which I sent you a while back. Yeah, I got Scorpions. It was ok more detail would've been nice. You've been getting lazy with detail and long hot action You'll get better - if not I dick whip your silly Arse! 😳 No more discussion about RB——— 25/6 Island Queen I sent back to you for repairs. CHILL! I wasn't bitching at you about the letters being mangled. I was just bitching to you about it. A grievance would only create vengeance and more destroyed/delayed mail. Just 12 month buddy then you'll be writing to P.O. Box. And I'll not have to wait 20 days May I ask you to clarify yourself. You said "Its about time you sent me a story that I could enjoy Do you me because I haven't sent a story to you for a while or is it that you didn't enjoy the last 2-3 story stories I sent? They'd be Land of Enchantment, Daddy's Man, Bundle of love I sent Little Love Bug after you wrote this 32/4 letter also Chapter 1 & 2 of COL. I'll get a reply on then next week/month?? Lester I might have an Address to send mail to but it has to be in a sealed pre stamped-address envelope. All I want the person to do is open the outter envelope and find an envelope enclosed fully ready to be mailed. This is not a friends address. Its a mail service and if I can swing it it'll be a Lake Worth Fl address. That'll breakdown this fucking huge delay in your mail and as long as you send mail as I explained it'll be cool. Oh my Gawd! You are a slippery one huh? Pumped Brotherly love up to a 10 and now you want a sequel 😳 Well knucklehead, If you would've sent Brotherly love to me I could've done it

right away. But now I'll have to wait for you to send it back to me (You should make a copy of it.) Yeah I'll do a sequel and I'll do it as fast as possible but I need the original back so I know what the hell they look like etc etc. Hey did Kane/Undertaker win the titles? I can't wait to get the TV. Shit I'll know the answers to this question by the time I get an answer from you. I get the TV 9-7-01. Ok everything up to 75/13 is accounted for. Now I want to send The Lost and pray its a 8-10 story ☺. Catch ya later. I'll probably send Ch. 3 with this tomorrow. Mail call already happened about 10 minutes ago. ☺ The rep couldn't believe all the mail I pushed out at him 18 envelopes going out and 1 inhouse mail———— Its Aug 21, 2001 1:30 pm. I just ended Ch. 3 of COL and will send it with this letter   83/7.   Let me know as soon as you get it and chapter 1 & 2 of course. Tell me what you think so far. After all the delays to try and figure out a way to end Ch.3 to ~~XXXXX~~ led it into Ch. 4  I ended up ending it in a way I didn't even think about ! Its a good ending though. Leaves ya hanging to see what happens, huh ☺ I'll get Ch 4 done... eventually. Now you have to copy Ch. 1, 2 & 3 ASAP and send em back to me FAST.  I've got work to do so I'll end this and put it in the envelope now.
I've got at least 3 more Chapters of COL maybe more!   BCP
Don't chu Love it ? ☺                                   JCE





Exhibit "H"
3 PAGES

James Karvonen
EF280254
3620 Harris Rd
Waycross, GA  31501

MCI CEDAR JUNCTION
IPS OFFICE
2001 AUG 29 P 2: 2

Joseph Schmidt W57126
PO Box 100
South Walpole, Ma. 02071-0100

Ok so you sent 6/5 Sleeping Beauty, 8/5 On the Road, 9/4 Ricky, Sales Pitch, and, Long Lean Lovable Latino out to somebody? Well I did get 6/5 back from JC last week. I guess I'll get Skinny Dippin and 4618 Big Brother from him too. I could swear I asked you to send a copy to him not the originals. I've got bad feelings about these out of place stories. I'm not going to get stressed right now but I intend to reread your letters from April - June to find the letter you acknowledge my request to stop sending stories out, and how you tell me you'll easily get them returned and only a couple were mislad. I can't help but assume that your landlords have changed the 20 stamps per week only rule since now you tell me you're actually getting 40 stamps. Too bad they didn't do this back when I sent ₿. Then you could've bought enough stamps to return the stories dates, etc. Well now you have no excuses, huh 😊 I haven't read Island Queen yet just your lett I've been thinking about Runaway Camper all afternoon/evening. I may start it tonight. I'm trying to get a new writing pad as I'm really low on paper. Quoting you "Received letter 77/3 today. All that I can tell you about the stories I sent out is that when you asked me not to send the stories out I ceased doing it." Does this suddenly mean you aren't retrieving my stories? Sure sounds like it. Yes, I knew all about the delay but I go by letter dates screw the delays. My letters get + within days so there is no excuses. I'm getting hot now so I might as well look up the letters. Believe me I pay attention to what people say, especially if they contradict it later. I'll be back ___ I'm back and I only went up to 15/6 and found 5 letters from 5-26-01 to 6-21-01 all involving the fact that you've got all my stories but for a few you sent your pen pals with requests to return them to you so they can be returned to me. I'm sure theres more but why beat a dog right. Considering this is August I expect my stories are all accounted for now. Clearly I've asked you to do so enough times, no? Now how bout the novels/mini-novels Sunshine Boys Ranch, Dare Call it Love, Juarez, The Pirate and his boy, Civil war boys, The Boy warrior/ Fantasy Island. The Stricter prize, Vacation, weekend Bikers Rally Gilles De Rais, Crossroad. How bout sending full copies of the underlined first? It's best to send it in one package. Take your time and hurry up ok 😊 Do weekend Bikers Rally and vacation then the Dave Call it Love then The Pirate and his boy toy!. Ok I'm ending this now. Don't get your Ass in the Air buddy. Toughen up, we'll get along great you'll see.

write back fast 😊 Send My Love damn it! 😊

DLF
JCE

USA 34

James Karjonen
EF280254
3620 Harris Rd
Waycross, GA 31501

— Exhibit J
3 pages

Joseph Schmitt W57126
P.O. Box 100
South Walpole, MA 02071-0100

Mailed 27-Aug-01

85/1                                                                27-Aug-01

James,

I've just received 34/5 and 35/6  (The Tree House & Little Love Boy)
Now 34/5 had 5 pages but 35/6 only had 4 pages. I was stapled and contained a 1 pg letter
and 3 pg Little Love Boy, so I have no idea what the other 2 pages were, if you even sent 6 pages.
Nothing in the letter indicates you did so most likely you're getting absent minded in your older
years. Now let me reply to 34/5 written 8/13/01 post marked 22 Aug and received today. Yeah
I sent the photos back and he returned em. 1 photo was very fucked up and I've yet to mention it to
him, might not, depends My mom said she received 2 big envelopes I'm sure 1 is from me and the
other is from you. I wrote her just prior to this and told her to open the envelope and forward the
enclosed envelope to me immediately. I'll get it next week. I look forward to getting these 14 stories
back. You still have 19 to go! Get cracking ☞ These are what you have received, mans best friends,
On the Road, Ricky, Sales Pitch, Long Lean Lovable Latino, Adam, Rain Dance, Step Dad, Best friends,
adopted love, Give a dog a bone, Bad boys, Surrender of innocence, Skinny dippin, Brotherly Love, COL #1,
COL #2, COL #3. Yes I received In a Pinch and David. I mentioned this in prior letter
I usually do so the same day as long as I have envelopes. I find it funny that you say "Since you
sent me a story, the delightful Little Love Boy, I owe you a story so that will come in my next
letter" Hello! I've sent **37** stories to date ( I'm counting COL 1, 2, 3 etc-etc as one story
and to date you've sent 29 stories I returned Tender Love, Bad Girl and Island Queen for
repairs so I can read them so in reality I've got only 26 of your stories including the 2 bombs
<u>Full Moon</u> & <u>Family Circle</u>. So, um, I'm simply curious when you'll get off your lazy ass and
catch up to me. You owe me! Now get to it. ☞ You have a hell of a nerve to say I'm getting
slow in my old age. Shit I feel like this is a very lop sided arrangement and I don't like that. Get
on the ball (sac) my friend. No excuses are acceptable I get 10 envelopes and 1 pad and 1 pen per week
and have done my best for you even though you're so far behind and stuck in slow motion. I'm not
mad and say everything lightly so don't get your laced boxers in a bunch, just sit down and write, and I
don't want anymore bombs, ya hear! Re. the crap about that dude getting 10 years. I'm cool about it I'm
not going to stop, no reason to do it cause it's not illegal. Ok act like I'm a 2 year old and explain
<u>disseminated</u>, pandering obs. it, involving a minor, dissemination and not just possession. Ok that's

all for that letter now to 35/6. No I don't have River Queen back yet. Oh well tough shit for the niggers who get stabbed up. Yes I received The Lost. Thats the last story I received from you. I responded to it already. I enjoyed it. How you getting on with your new cell mate? Oh yeah where's the drawing? Geeze you're slow. Remember do no send it with anything good. Just write a bunch of dumb shit as a cover up and include many pages to cover it up. You know I've told you how already but I'm still waiting. I got all letters up to 35/6 except 33/6 Island Queen and 24/3 a letter I return for repairs as well as Bad Girl & Tender Love. Hope you return em ASAP. I look forward to little Love Bug (your version) but if you can't do it.... I wont like it but I'll accept it. Why waist 40 stamps when its easier to have the mailroom charge your account. That makes no sense especially since you can only buy 20 stamps per week! Fuck NM and my legal work! I've got to refile it all in MA. I got 2 cases done already, sent on to the court. As soon as I get the documents I need I'll file #3. I'll tear N.M a new blow hole! Glad you enjoyed my Little Love Bug. a 9 is good ☺ ☺ Tay No, ok thats cool no big deal. Ok I'm waiting for What comes around goes around and Share leave. I'll close now and mail this now

WE are fine, don't quit on me old boy!



Write back ASAP!

PS: see where the envelope seals? I put a sticker over it. Does it look like its been tampered with. Should be smooth and unbroken ___ Let me know ___





Joseph Schmitt
w 57126
MCI - CJ
P.O. Box 100
So. Walpole MA. 02071

02071/0100

Exhibit "K"
3 PAGES

J. Karwoski
3020 Harris
Waycross GA 31501

3516

8/14/01

Dear Joe

   Hope this letter finds that you are doing well. Received 8012 today plus the two stories that were shredded that you wanted me to redo for you. It may take a couple of weeks for me to get those stories done for you but like with "River Queen", which you should have by now I will get those two stories done for you when I can. Please bear with me on this. It's been a long week with shakedowns due to a stabbing in the Building. Apparently 3 blacks jumped on a white inmate, and the white inmate stabbed one of the black inmates 50 times. He caught the black inmate in the jugular vein and the black inmate died on his way to the hospital but was brought back to life. He is in critical condition under life support, so that really messed up things around here. Since "Hobo Jungle", and letter 2413 you should have received 3016 The Stepsons, 3115 In a Pinch and David, 3214, The Last mailout 816, 3316, Island Queen 3415 The Treehouse. with this letter I will be returning your story "Little Love Boy", I enjoyed that story very much and still have my own "Little Love Boy" to write for you but it will be a while. Like you, I need to get motivated to write. Things have been real hectic here and mail is beginning to build up I am sending out an "Original Hobos" to the United States Supreme Court, the Governor's Groupies, and the clerk, and thats going to take over 40 stamps. But I want to make sure I get this letter off to you. Thats top priority. Glad to hear that you have gotten most of your legal work done That news brief in the Prisoners Bulletin concerned me a little also. Read a newspaper article on it and sent it to Joe C in N.M. If that person challenged his conviction he would win. The Constitution guarantees freedom of speech. You can't get arrested for writing out your own thoughts feelings and stories no matter what the subject matter is. Besides Ohio has not strict laws on this topic. Child porn nobody is visual but considered written also in Ohio. Unlike most of the other States where child porn is considered visual only, Ohio is different in that sense, unless I get shookdown and all my stories confiscated, I will continue to write. Am looking forward to receiving LOL whenever you get it completed. Hope you have the 12+ stories of yours that I sent back to you through your mom in a sealed 9 x 12 envelope with 4-3419 stamps on it. Your brother up here in the Northland than it is down south here. It's the humidity even here that makes it feel like a sauna or a steambath. Too many problems every way they go with only

$30.00 received and all the legal work I have to send out and my other pen-pals, it's been draining to say the least. Your doing good in the stamp department with 65 stamps, but I know a lot of your stamps are going to your legal work as well. Have received 68/9, mailed the letter to RB still have the jokes and will send them back to you along with the photo copy of the picture you sent me. Can't get back to back letters in the mail to you like I use to do to my stamp and money situation. In time you will get them. Tax No, sorry! Notice at the end of your letter concerning Tender Love and God girl, I don't have to rewrite the entire story, just fill in the missing words and repair 7-8, thats cool, it will save me a lot of work when I could be writing something new to you. Will repair those stories, and get them back to you with my next letter. Glad to hear that things are working out with you and JB. I hope they stay that way.

It looks like more storms are moving into the area. Will go ahead and get this letter completed and mailed out 8/15/01 (Wednesday) then repair the two damaged letters for you and get them back out to you ASAP; probably Thursday, or Friday when I'll have stamps again until next time. Write when you can.

Your friend

PS. Look forward to my requested stories. Have two waiting to go out to you, "What comes around goes around", about a bad boy who ends up in Juvie, and Shore Leave about a sailor and 3 brothers 10, 12, 13.

Exhibit "2"
3 pages

USA 34

MCI CEDAR JUNCTION
IPS OFFICE

2001 AUG 27 P 2:20

OT WET ● © 2000

Joe, tell me how long it takes this to get to you. Mailed it 26-Aug-01
Japan LL pulled a bit, was mailed 2 nights in a row to win over Fla.

. . . I see you

DON

Joseph Schmitt
P.O. Box 100
South Walpole, Ma 02071-0100

Joseph Chavez
#3899 SNMCF
P.O. Box 639
Las Cruces, N.M
88004-0639

mailed 26-Aug-01

I NEED A BLOW JOB

13/1                                                                              25-Aug-01

Joe,

Hi buddy. I just listened to the US Little League Championship final between Florida and the All Latino Baby Bronx Boombers. I'm sad cause my home state team got beat 8-2. I guess their top dog pitcher was out of action due to a busted ankle. The guy announcing the game sounded like a Blés big time saying how nice this or that boy was growing into maturity or how nice and lean and muscular a boy is. Man I wish I had the TV to see my BBB's. I just love latinos - only lean cute ones though No fatties for me. I received and answered a letter of yours last night. I really don't know what to say right now! I just wanted to talk about the game which I'm sure you watched on ABC. All those 11-12 year olds! Bet you'd love to smell their sweaty jock cups huh? Mail still hasn't been passed out so maybe I'll get some love from you today. In case you didn't get it yet please be sure to return my stories bro I don't want to hear any bullshit about cause you knew long ago to send em back to me. JK is pissing me off. I told him not to pass out my stories and he did so. I sent him 8 twice so he'd have stamps to return the stories and now he tells me he's got no 8 or stamps. I tend to think he's trying to hustle me but I'm not going for it. I told him I don't intend to write anymore stories until he returns all 31 he still has of mine and writes stories to me so equal the number I've sent him. I think once he does that I'm going to cut him off. I don't need that crap. I'm getting ready to go home and I sure as hell don't want a bunch of child molesters writing me when I'm free. I just want to live my life. Hopefully Christine and her 2 youngest boys, Mark & Brian, will be part of it. Maybe I'll be able to adopt a boy (or boy & girl or 2 boys) and raise em on my own. Personally I'd prefer to live alone with an adopted boy say 5-8 years old. My life would be around him 100% and I'd be content. I'd protect, love, cherish him. And before you get stupid and ask me if I'm saying I don't want you to write me when I'm free because of what I said above just remember you are my friend not a pen pal. You are and will always be my friend fear not ok? Oh well mail came and there was no love for me so I'm going to stop here and will write more later———

26-Aug about 5:30 pm. Hi tha Joe! Well if the batteries hold out I'll try to listen to the Little League World Series at 6:30 pm. Hey listen up. I want you to send away for you Birth certificate and a SS# card. When you get em send em to my home address so I can use em next year to make fat 8. You were in the Navy? How could I get a military pass in your name so I can shop on bases. Tell me if that's possible. Ok I just wanted to tell you that for now. I'm going back to my bed

and stroke my fat short cock as I listen to TV on the radio (the ABC 6 channel) and think of ways to make easy cash. Back in 88-89 I did a 98,000.⁰⁰ check scam under a different name. All I needed was the birth certificate & ss# card. Oh yeah, your mom hasn't ever responded to my urgent letters I sent her. Sort of fucked up that she doesn't at least write and tell me she can't do it but that's ok I'm used to such crap. I'll just have to dump the law suits in N.M. and spend even more $$ to file em in MA. I was hoping she'd help me out. Shit its really simply and I'd've paid her 50.⁰⁰ or so to do it. Shit that's a days pay tax free for a drive to Santa Fe to serve a copy to the AG and all the summons w/ complaints for the shit bag defendants to the Dept of Cour in Santa Fe. Oh well, see why I hate people in general. Sorry, she's your mom and I'll bite my tongue. I'll catch ya later bitch-boy ☺ Yeah I called you a bitch-boy and if you don't like it the blow me ☺ Oh I hope you don't like it cause I sore am curious to see how well you suck cock ☺ Love ya ——— Oh its the Japs vs FL. I'll listen to it now. I'm going to mail this tonight. Tell me if the sticky tape on the envelope seal was tampered with. Its a blue dot and black dot. Don't forget to tell me. Write back first my friend.

I only got 10 envelopes a week so I can't
write a lot but I'll do my best ———

B, Love Forever

Joe

8-28-01



— Exhibit "M"
5 PAGES





22 AUG 2001

Joseph Schmitt
W-57126
MCI - MT
P.O Box 100
So. Walpole, MA 02071

02071/0100

J. Kunann
3620 Harris Rd.
Waycross, GA 31501

34/5                                                      8/13/01

Dear Joe

    Received letter 78/1 on Thursday and letter 79/5 with the story "Little Love Boy" Friday 8/10. Will comment on 78/1 first. I am glad that you finally received the Photos from Robert. In your 78/1 letter you said that they were really beautiful. I am glad that you finally received them. It's been a while, hasn't it. But then in your 79/5 letter written at 4AM (Phew, that's early) you said that RB's letter was dated 7/20 but the postmark was 8/2/2001, and that you are returning the photos to him so he could have the photos done by Kinko Technician on a new color copier, plus your including 5 other photos. Do you really want to go through that hassle again. Did RB say he would redo them for you. Just wondering because I know he had put you under a lot of stress and I would hate to see you go through that stress again! All I can say is I wish you luck. Let me remind you that whatever developes is between you and RB. Probably RB will write me a letter about that when he receives the photos I can only hope that things turn out a lot better this time then they did last time! But enough about that. Lets get on to bigger and better things.

    I obtained two large envelopes, one a 11×14 which I addressed to your mother in Norwich Conn, and the other 9×12 which I addressed to you to be forwarded from Norwich to So. Walpole. The 9×12 is sealed with $1.36 postage, or 4 stamps. In that _sealed_ 9×12 envelope I have sent you back a letter and 14 stories that you sent me. The 14 stories are as Follows. 3/7, Home Run, 14/5 Exception to the rule, 15/6 Gentle Giant, 17/17 Hard Love, and Eleventeen, 22/8 Bonding, 27/3 Jeffry, 29/4 Home Alone, 35/6 Morrevue, 37/4 Full Circle, 50/4 Bundle of Love, 51/8 Daddy's man, 54/7 Land of Enchantment, and Howeboy! The stories went out Book Rate on 8/10. Your mom should get them around 8/14 or 15 depending on how fast the mail goes. Depending on when she drops them in the mailbox to you. You should get them hopefully by the 18th or 20th. I forgot to write her a letter but the package in the 11×14 envelope is already stamped, sealed, and addressed to you. If you haven't received those stories by the time you receive this letter, you might need to give her a call. I figured those stories should be received by the time you receive this letter or heaven forbid something might have happened to them.

lets hope that everything runs smoothly on this exchange. With this letter I am including some more of your stories. You should have already gotten, In a Pinch and David sent through RH in Arkansas. Please let me know ASAP when you get them. Since you sent me a story, the delightful Little Love Bug, I owe you a story, so that will come in my next letter. I will review Little Love Bug later. Your getting slow in your old age 1/4 to 3/4 average, come on, get to it. Discipline yourself. Set a goal for yourself. Yes Prison life is fucked up but what else are you doing except rubbing your pud to my stories ☺. Yes Colin writes me stories, but they are fantasy like well into the fifth dimension, no sex, J.C has stopped writing me stories. He got scared about a newspaper article and something about a man getting sentenced to 10 years for a fictional account of sexual and torture of two young boys that he wrote in a journal, A blantent violation of the first adjumdment. My Texas pen-pal got spooked also on story writing. He even sent me a newspaper clipping about it which I will show in this letter. Theres no date on the newspaper clipping but this is what it says in the nutshell. In bold letters its starts, Mans Journal raises question about Obscenity Laws. - And then it goes on to say : " The stories Brian Dalton wrote in his journal about torturing and molesting children were so disturbing that Grand jurors asked a detective to stop reading them after about two pages. The stories were also complete "fiction". But he still was sentenced to 10 years in prison. This case has alarmed lawyers specializing in first amendment laws, who believe Dalton is the first person anywhere to be sentenced successfully in the U.S for child pornography involving writings, not images. They are disturbed too that the case involved porn that was intended for Dalton's private use and was not disseminated. His thoughts may be disturbing and repugnent, but he has a right to have them and write them down for his own use. Said Raymond Vosvori legal Director for the Ohio Chapter of the ACLU, Dalton who was on probation from a 1998 conviction involving pornographic photos of children was charged after his probation officer found a journal during a routine search of his home. Dalton, 22 pleaded Guilty last week to pandering obscenity involving a minor. As part of the plea bargain, a second count was dropped for five years less in prison. This case has since raised so many questions that he is considering trying to withdraw his guilty plea. defense Attorney Isabella Dixon said Thursday. Ron O'Brien, the Franklin County prosecutor who has hailed the case as a breakthrough in Child Pornography prosecution declined comment.

The 14 page journal contained stories about three children aged 10 and 11 being caged in a basement

forbid and molested. Prosecutors are said the stories are pure fiction. Dalton was charged under Ohio's 1989 Child Porn Law, which bans possession of obscene material involving children. He was not charged under Ohio's Obscenity law which requires dissemination and not just possession. Ohio's law is broad in describing child pornography as "material" and not simply "images", as in Most other States, said Bruce Taylor, president of the Nation Law Center for Children and Families which help prosecutors in child porn. Dalton said her client "felt it was in his best interest" to plead guilty. She would not say what she advised him to do.

Dalton cannot challenge the constitutionality of the law unless he petitions the court to let him change his plea. Some lawyers specializing in First Amendment cases said they believe he would win in court.

Robert O'Neil, director of the Thomas Jefferson center for the Protection of Free Enterprise at UVA said the case is astounding because it goes AGAINST THE SUPREME COURT RULINGS. THE HIGH COURT HAS HELD THAT CHILD PORNOGRAPHY IS LIMITED TO IMAGES! The court is scheduled to hear arguments this fall about whether purely computerized images of children engaged in sex- not images of actual children - constitute Child Pornography. The Supreme Court has ruled that Obscene Material is illegal only if it is disseminated and not simply possessed but that the mere possession of Child porn can be prosecuted if there is an overriding societal interest in protecting children". So, there you have it. He would definitely win if he challenged it. Anyway, that stood Joe C. from writing stories so I won't be receiving any more from him. Yes, it did suck that you had to send "River Oracle" back to me. But Gosh, you might need to send back also for I forgot the plot. Glad you received Hobo Jungle and enjoyed it. Will try to act more like a boy when describing a story from the boy's viewpoint. Glad to hear that you now have a radio. It's about time, wouldn't you agree. At least now you can jam when you write your stories.

Speaking of stories, I thought Little Love Boy was well written. It earned a 9 on the Peter Meter. Good job. Your main character 7 year old Luke was cuter than the dickens. You described him perfectly. I really enjoyed him and I could not help but to think back to my nephew when he was 7. His interaction with his father was good, without Boys. Aaron Carter never heard of him. Another singer I haven't heard from lately is the 13 year old country singer, jeeze I already forgot his name. He had a couple of hits last year then busted. Haven't heard him on any radio stations in quite some time. Speaking of radio, I'm going to have to get my walkman out of my locker, while at school! This evening as lightning storm rumbled through. It hit a radio tower, knocking out the cable T.V. So I am going to miss the Braves tonight, on football. Jacksonville is playing. well next

little Love Bug again. My version should be upcoming. Will jam to some country and Old Rock tonight. Listening to a country station now. Well Joe, until next time. I'm ending back the Treehouse with this letter

Until next time.

Your friend

18) Brockly Boys - Youth runs wild in Brocklly New York. Plot is still flexable as it may/may not be a long story. At this point I believe it'll 14 y/o Joey, his 11 year old brother Tony, his 13 year old Intino friend Angel and 13 year old German friend Frank. They'll be 1 or 2 main character girls 11-13 years old. I want to "flash back" in the story here and there as the boys have their way with the 2 (or 1) main character girl(s). The flash backs will explain how and what and why these four boys have crossed over to evil. 14) Baby Sitters Revenge - Your Plot re the baby sitter and her jock boyfriend. 19) C.O.L. Ch. 4 - ?. 20) Beach Bones - simulin to Surf's Up except the guy takes only the almost 13 year old blond and ends up falling in love and wants the boy to quit hustling and does his best to show this sexual action but nieve boy how great sex can/ should be. Will he make a believer out of the boy? Read it and you'll see. I'm actually doing this story now and it nearly completed — Now the stories will be governed by your preference in boy not mine so that means a 10 year old might have a 3½ inch cock, fat balls and wet orgasms. I try to keep my preferences out at the boys make up when I write for you. Ok I just wanted to get this info to you. Now remember no story is guaranteed to be written. COL and Beach Bones are the only stories I've got a lot written on. The other Plots/titles aren't more than a simple outline - 1-2 written pages. I'll write more later —— I'm back! Its about 5pm now — shit chow time —— Ok, here I go again. I received 33/6 Island Queen tonight. Off the top let me say please that if I ever return a letter please rewrite it as is. See you done fucked up my perfect file system cause now I have no 25/6! I'm waiting for 24/3 to be returned as well as 23/6 20/6 A letter, Bad Girl and Tender love. Simply keep them as they are do not renumber them ok? I guess I didn't state it clearly. Any way I'm all done with RB so toughen up and stop stressing — And Okay! You scare me with your threat to write a violent blood & guts story. Gee, is Joe the character getting bloody. I laughed when I read that, really I'd like to know where RB gets the ASSHOLE ASSUMPTION that I fucked my girl friends 3 boys and she's a hippie and approved of me screwing the boys He incorrectly - as usual - says the boys Ar 8, 11 + 16  Try reality 5, 8, 14. Oh well what I simply want to know is if this is his words or did you perhaps insinuate things to him? Beyond that don't mention RB anymore in our mail ok? I'll deal with II in do time. I don't want you to bitch moan and threaten me over him anymore — Listen k. blo head RB is not going to win us, don't stress that!

Exhibit "O" 9 PAGES                    12-11-01

Sgt Therien, D-board officer

    Please review the enclosed. I very strongly recommend that you investigate this bogus report before legal action is taken for slander and defimation of Character (excuse my spelling) by the publisher and ~~publisher~~ Editor when are falsing being entered in child porn allegation by IPS and approved by your office.

    I request your presence at the D-board hearing to review my evidence.


Enclosures: 11/9/01 letter to Maloney
             from Diana Sheridan

CC: Diana Sheridan
     Sportomatic Ltd / AJA Publishing Group
     ACLU Attorney
     JPS File.

Joseph P. Schmitt
LJ3712C

# Sportomatic, Ltd.

P.O. Box 170
Irvington NY 10533

11/9/01

Michael T. Maloney, Massachusetts D.O.C. Commissioner
50 Maple St. – Suite 3
Molford MA 01757-3698

Re: Disciplinary Report 01-1583, October 24, 2001
Reporting staff: Carter A. Thomas, C.O. I.P.S.

Good morning:

It has been brought to my attention by one of the residents of MCI-Cedar Junction, with whom I do business, that you are accusing him of writing child pornography for the magazines I edit, which in fact do not contain any such thing.

While it is true that Joseph Schmitt is a writer for our various magazines, and while it is true that these magazines are of a sexually explicit nature, there is *no depiction either in verbiage or pictorially of any sex with any persons under the legal age.* To bear out my statement, I enclose a copy of our guidelines. You will see that the stories we publish in our magazines are gay or bi in orientation, feature consensual sex between adult men, and do not feature any "rough stuff" or kinky activities. There is nothing in them that violates even the Canadian censors' standards, which are stricter than those of our own country. This is stated clearly in the guidelines, in the paragraph on Canadian censorship, which, among the other taboos listed, makes clear that we will not buy stories featuring underage characters.

You will note that our guidelines generally refer to "men" not "boys" and that the guidelines for *Tender Chickens* and *Young & Hung* (page 2 of the Sportomatic guidelines enclosed), the two magazines that publish stories specifically about younger characters, specify *"Do not, however, have your character be younger than 18."*

Mr. Schmitt has also asked that I enlighten you regarding his payments for stories he writes and we publish. These are passed from the bookkeeping department to me, then mailed to Mr. Schmitt, As Mr. Schmitt has asked me to send you a copy of his payment record, to demonstrate what he is being paid for, I have had the bookkeeping department pull a record of Mr. Schmitt's payment history, which I am also enclosing.

I certainly hope this clears up the matter, as *there is no kiddie porn being published in any of our publications, nor would I be associated with such an enterprise.* <u>That is *not* what Mr. Schmitt writes for us.</u>

Sincerely yours,

Diana Sheridan, Editor

cc:

Joseph Schmitt # W57126
MCI – Cedar Junction
POB 100
South Walpole MA 02071-0100

Peter Allen, Superintendent
MCI – Cedar Junction
POB 100
South Walpole MA 02071-0100

# Sportomatic, Ltd.

P.O. Box 170
Irvington NY 10533

Writers' guidelines for BEAU and related magazines

BEAU, COMING OUT, BOY NEXT DOOR, CHERRY BOYS, TENDER CHICKENS, and YOUNG & HUNG are magazines for and about gay men. Our stories are all written in the first person, as if true. If the name of the person telling the story is mentioned in the story (such as if another character calls him by name), the by-line must match that name. If you sell to us repeatedly, please change the by-line from story to story. We cannot have "John Doe" as a fireman one issue, a sailor the next, 34 years old one issue and 18 the next, etc.

Story length is 2000-3000 words. You must get into the hot action after no more than 1000 words' exposition (or sooner) and sustain the heat through fully half the manuscript (or more). Please indicate your word count on the manuscript.

Please conform your terminology for body parts-if you use the word "cock," make it "cock" consistently throughout the story; or use "dick" or "prick" instead, but whichever you choose, be consistent. Generic words such as "rod" or "tool" may be alternated for variety if desired.

Payment is $100, on publication for manuscripts submitted in an electronic format we have no problem reading. This could be a floppy disk or an attached file uploaded electronically, or as a last resort you can paste the text of your story into the body of an EMail, though that is a last resort as it creates hard line breaks that we then have to painstakingly reattach manually, line by line. We work in Word/Mac but can read Word/PC and WordPerfect, as well as RTF. Some ascii files seem to come in more readably than others. If you cannot submit electronically, such as if you are working on a typewriter, or if you are working in some off-beat format that our computer cannot read at or or cannot read without a lot of "funny characters," we pay $80. We do pay promptly and report on submissions within a few weeks, typically just a few days for submissions that come in via EMail. (Send to DianaEditr@aol.com—and no, the missing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights on request after your story has been published. Any stories sent us are automatically considered for all our magazines, including our bisexual magazine, OPTIONS.

Stories set in the AIDS era (1980 on) must depict safe sex only, whether it is condom use, "on me, not in me," mutual j/o, thigh-fucking, etc. Otherwise the story must be clearly set back pre-AIDS. We do not consider unprotected oral sex to be safe sex, even if the character withdraws before ejaculation. We will accept as "safe sex" unprotected sex between two totally monogamous partners who have been negative-tested if that situation is made very explicit.

All our magazines are distributed in Canada. Canadian censorship restrictions make the following things taboo: underage (must be 18 or over), incest (including sex between relatives not related by blood, e.g. in-laws or step-relatives), golden showers and scat, degradation or humiliation, B&D, S&M, rape, bestiality, and a few other things you're not likely to write about. Additionally, we will not accept material depicting use of any drug or involving members of the clergy.

We will not consider simultaneous submissions-there is no need; we report promptly, usually within three weeks.

We are not buying "letters" at this time.

For BOY NEXT DOOR: The "boy" must be of age though young, must be a "boy-next-door" type, and must be in some physical proximity that could qualify in the large sense as "next door"-e.g. occupant of the next office, next campsite, etc., or of course literally the next-door neighbor.

COMING OUT and CHERRY BOYS are about a man's first man-to-man sexual experience. Stories in COMING OUT are told from the point of view of the first-timer. Stories in CHERRY BOYS are told from the point of view of the guy who gets the cherry. In all our magazines, a character portrayed as "cherry" should demonstrate some emotional reaction (e.g. fear, excitement) to the step he contemplates taking.

TENDER CHICKENS and YOUNG & HUNG are about boys 18 or occasionally 19, who should be described in young terms. They may be hairless on the body, look like they barely need to shave, have small balls, use teen lingo in their speech, or in other ways be presented as sounding youthful, though they do not need to be innocent. *Do not, however, have your character be younger than 18.* The use of such terms as "boyballs," "boybuns," and "boycum" may also be helpful. These boys are not the viewpoint character in the story, but rather the viewpoint character (who should be at least in his 20s, possibly older) has an encounter with, and describes, the "chicken."

BEAU is a general-interest gayporn mag, not restricted to any one theme, though of course it must depict "vanilla" sex such as is acceptable in Canada. *Please note that we no longer publish "Gay Style" nonfiction pieces in BEAU.*

The Editors

# AJA Publishing Corp

**P.O. Box 170**
**Irvington NY 10533**

All stories for Options should be about sex between two (or occasionally more) men or two (or occasionally more) women. We very seldom use threesome stories mixing both sexes. Best advice: Don't send us one. We use far more male/male stories than female/female. We also use *one* TV/TS story in *some* issues.

Length should be 2000-3000 words. Hot first-person stories should sound real, whether or not they are. The by-line should match the name of the character telling the story, if his/her name is mentioned. Please indicate your manuscript's word count.

Get to the hot action by 1000 words into the manuscript (sooner is fine!). Sustain the heat for at least half the story.

Though most of our readership is presumably bi, our readers are not buying Options to read about male-female sex. They can get that from many other magazines. What they want to read about in Options is the gay side of bisexuality. Consequently, we don't want to see male-female sex. You may indicate the viewpoint character's bisexuality by saying that he is or once was married, or has or has had a girlfriend or female lover. We also use some good stories with nothing to indicate the man is bi as opposed to gay. If a story seems more suited for one of our gay magazines, we'll use it there. (Pay rates are the same.)

We require that hot stories about men either are set pre-1980 or include the practice of only "safe sex" (most frequently, wearing a condom; other safe sex acts also welcome). Please note that we do not deem unprotected oral to be "safe" even if the man withdraws prior to ejaculating…because, in real life, it isn't.

Payment is $100, on publication for manuscripts submitted in an electronic format we have no problem reading. This could be a floppy disk or an attached file uploaded electronically, or as a last resort you can paste the text of your story into the body of an EMail, though that is a last resort as it creates hard line breaks that we then have to painstakingly reattach manually, line by line. We work in Word/Mac but can read Word/PC and WordPerfect, as well as RTF. Some ascii files seem to come in more readably than others. If you cannot submit electronically, such as if you are working on a typewriter, or if you are working in some off-beat format that our computer cannot read at or or cannot read without a lot of "funny characters," we pay $80. We do pay promptly and report on submissions within a few weeks, typically just a few days for submissions that come via EMail. (Send to DianaEditr@aol.com—and no, the missing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights on request after your story has been published. Any stories sent us are automatically considered for all our magazines, including our bisexual magazine, OPTIONS.

We are not buying "letters" at this time. And please note that we have stopped publishing serious (non-hot) articles.

We are distributed in Canada. Canadian censorship restrictions make the following things taboo: underage (must be 18 or over), incest (including sex between relatives not related by blood, e.g. in-laws or step-relatives), golden showers and scat, degradation or humiliation, B&D, S&M, rape, bestiality, and a few other things you're not likely to write about.  We also do not wish to see references to drug use or to members of the clergy.

Please pick one name for a body part and stick to it throughout that story (i.e. "dick" or "prick" or "cock," "pussy" or "cunt").

Manuscripts submitted to Options  will automatically be considered for our gay magazines, including Beau  and other titles, if suitable.  Pay rate is the same at all.

Diana Sheridan, Associate Editor

# FREELANCE PAYMENT HISTORY

| FOR (NAME) | DATE PAID | CODE # | NAME | DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| A PUBLISHING CORP | 05-18-2001 | D6121 | JOSEPH P SCHMITT | f/l op 07/01 | 100.00 |
| UA PUBLISHING CORP | 09-07-2001 | D6121 | JOSEPH P SCHMITT | f/l op 10/01 | 100.00 |
| | | | Total: | | 200.00 |

Total:                                                                        200.00

2001

| FOR (NAME) | DATE PAID | CODE # | NAME | DESCRIPTION | AMOUNT PAID |
|------------|-----------|--------|------|-------------|-------------|
| SPORTOMATIC LTD | 02-02-2001 | D6121 | JOSEPH P SCHMITT | f/l be 05/01 | 15.00 |
| SPORTOMATIC LTD | 02-23-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 05/01 | 200.00 |
| SPORTOMATIC LTD | 03-16-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 06/01 | 100.00 |
| SPORTOMATIC LTD | 04-06-2001 | D6121 | JOSEPH P SCHMITT | f/l co 07/01 | 100.00 |
| SPORTOMATIC LTD | 04-20-2001 | D6121 | JOSEPH P SCHMITT | f/l be 07/01 | 100.00 |
| SPORTOMATIC LTD | 06-15-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 09/01 | 100.00 |
| SPORTOMATIC LTD | 06-29-2001 | D6121 | JOSEPH P SCHMITT | f/l co 10/01 | 100.00 |
| SPORTOMATIC LTD | 07-27-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 10/01 | 100.00 |
| SPORTOMATIC LTD | 09-21-2001 | D6121 | JOSEPH P SCHMITT | f/l cb 12/01 | 100.00 |
| SPORTOMATIC LTD | 10-12-2001 | D6121 | JOSEPH P SCHMITT | f/l nd 01/02 | 100.00 |
|  |  |  | Total: |  | 1,015.00 |

Total:

1,015.00

Total:

1,215.00

_Copy for Peter Allen_

Exhibit P
2 PAGES

Request for Extension
of D-hearing findings

REC'D SUPT'S OFFICE
MCI WALPOLE

DEC 17   9 28 AM '01

TO: Ernest Therien, D-Board Sgt               Date:  12-14-01

FR: Joseph Schmitt W57126

RE: D-Report 01-1583

1) On 12-14-01 Lieutenant Wayne Belisle returned all the documents I had earlier sent to CPO 3 Glen Gaspar for photo copying. These documents are in large part the documents I informed the D-hearing officer that I would file, via mail, as evidence in my defense. Lieutenant Wayne Belisle did agree to inform Sgt Ernest Therien of the delay caused by no fault of mine but due to library staff not being available. I will remail the documents on 12-16-01 to Glen Gaspar CPO 3 to have copies made, and immediately will forward a copy to the D-board office when I receive the copies.

2) Due to unannounced changes in the allegations regarding what I received and/or receive funds for publishing, I have written to the editor and Publisher and have requested a certified copy of my acceptance contracts for the stories I'm being paid for, which also are formally noted as evidence against me. This evidence will, beyond doubt, prove that the stories written and accepted for publication were in fact written and then accepted by the publisher during which time I was not bound to Ma D.O.C. Policy and therefore the allegations are invalid against me. The documents shall also prove that any and all payments I've received from said publisher since my return to Ma. DOC in March 2001 have resulted from stories written and

then accepted by the publisher while I was in fact not bound to any Ma. D.O.C. Policy regarding my alleged unauthorized funds.

3) Due to the fact that the publisher and/or editor will need time to look up these document which date back to October 1999 up to March 2001. I must request an extension. I believe the Disciplinary Office is not opposed to exposing the facts so as a valid and righteous finding can be made and any unjustified sanctions can be avoided so in all fairness and for the goal of honest justice I believe my request for an extension should be fully granted, especially when it is clearly noted that such documents shall bring light to the misrepresented allegations made in both D-report 01-1583 and Executive Summary / 101-19 which were in fact authored by IPS CO Carter Thomas and used against myself. during the Disciplinary hearing held on December 13, 2001.

4) It is also noted that such cooperation in the path of fact finding can reduce the impact of the civil law action against Ma. D.O.C. officials for, in part, Defamation of Character, Libel-Slander, along with other violations against myself and a well known and respected publisher and Editor.

5) All in all this inmate/Plaintiff requests an extension on time limits so he may obtain documents to counter new allegations made during Dec 13, 2001 hearing regarding the type of pornographic stories he profits from so as justice can be served correctly and fairly. Considering the search required and the work-load of the publisher and Editor a 4-6 week extension is required, but I suspect the documents will be received by me in 3-4 weeks time,

Considering the Accusations lodged Against the Publisher's Publications and the Editor by Defendant / IPS CO Carter Thomas

6) I formally request a written Acceptance / denial to my request. If in fact you decide to deny my request please state in detail why you do so. Thank you—

Also please consider the fact that evidence used Against me was not provided to me until 12-11-01 which did not give me reasonable time to obtain evidence from the publisher to defend myself—

Respectfully filed

Joseph P. Schmitt

Joseph P. Schmitt W57126

MCI-CJ

P.O Box 100

South Walpole, MA.

02071-0100

CC: IPS File

Diana Sheridan, Editor

Sportomatic LTD

Peter Allen, Superintendent.

TO: Peter Allen
FR: Joseph Schmitt W57126
RE: Appeal #01-1583  D-Report
DA: Jan 02, 2002

Mr. Allen;

On or about Dec 27, 2001 I filed a 3 page Appeal regarding D-report 01-1583, please include this into the appeal.

Today I finally received a copy of 103-CMR-405 Inmate Funds Policy which I requested in writing to Ms. Veglas on 12-17-01. As you see she took over 2 weeks to fulfill my request.

The D-report alleges I received <u>unauthorized funds</u>. I bring your undivided attention to 103-CMR-405.16 "Individuals and/or Organizations may make donations to an inmate by check for deposit in the inmate's personal account....."

Also see 103-CMR-405.07 (1). I'm being released soon and have the intelligence to earn and save money so I can afford expenses related to reintegrating in a community upon discharge.

This bogus D-report written by Carter Thomas IPS CO is nothing short of cruel and unusual punishment, and if you do not void it you will be sued for your part in this corruption and gross neglegence and slander! I can and will prove Carter Thomas' allegations totally corrupted and if you continue to deny the truth you'll be guilty of several legal-civil violations against me and the editor's publisher slandered in these D-report documents of Carter Thomas        Thank You ___        Joseph Schmitt

CC: JPS File
    JPS Attorney File
    Schmitt v. Ma. D.O.C. et al.
    Diann Sheridan