UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



JOSEPH PETER SCHMITT, Pro se
PLAINTIFF,

VS.

C.A. No. 2004-10717-RWZ

Patrick mulvey, et al.,
DEFENDANTS

### PLAINTIFF'S MOTION TO COMPEL

Now comes the Plaintiff in the above captioned action, Joseph Peter Schmitt, and moves this Court to **COMPEL** defendants to answer Interrogatories dated and mailed to defendants counsel February 7, 2005.

As grounds Plaintiff states under pains and penalties of perjury the following;

1. Plaintiff mailed the Interrogatories to Phillip W. Silva on February 7, 2005.

2. On March 18, 2005 Plaintiff sent Phillip W. Silva a letter regarding these Interrogatories and Interrogatories unresponded to in another case before this court.

3. Defendants have not responded to the Interrogatories in this case or the other case befor this court even though they have been in possession of said documents since about February 9, 2005.

4. Plaintiff has the right to expect the defendants to respond to his interrogatories in a timely fashion.

**WHEREFORE,** Plaintiff pray this Court grant the above motion and order the defendants to answer the noted Interrogatories without further delay.

Respectfully submitted

Dated 3/30/2005

Joseph Peter Schmitt, Pro se
#30 Administration Road
Bridgewater, Massachusetts
02324-3230

### CERTIFICATE OF SERVICE

I, Joseph Peter Schmitt, Hereby certify that a true copy of the above document was mailed to Phillip W. Silva on March 31, 2005 by Institutional mail

_____
Joseph Peter Schmitt, Pro se