Joseph Peter Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts
02210

April 4, 2005

RE: Schmitt v. Mulvey USDC 04-10717-RWZ

Dear Clerk of Courts:

Please forward me a true copy of the following motion with the listed attachments. This document was filed electronically by the defendants on March 31, 2005.

* Motion to Dismiss or, in the Alternative, for Summary judgement of defendants Mulvey, Grossi, Allen, Faria, Therien and the Massachusetts DEpartment of Correction;

* Defendants' Memorandum of Law in Support of Motion to Dismiss or for Summary Judgement;

* Affidavit of Robert Murphy;

* Affidavit of John Luongo;

* Certification of Administrative Record for MCI-Cedar Junction Disciplinary Reports 02-0344 and 01-1583.

Thank you for your time and consideration in this matter.

I must request your most immediate action as I need to respond to these motions. I accidently destroyed the original copy I was provided by the defendants counsel. I am indigent as is shown in the court records and can not pay for the copy I am requesting. I hope this will not be an issue to prevent me from receiving the requested material without delay.

Respectfully Submitted,

_Joseph Peter Schmitt_, pro se

Cc: JPS