UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PETER SCHMITT ) | |
| ) | |
| ) | |
| ) | |
| v.     ) | C.A. No. 2004-10717-RWZ |
| ) | |
| PATRICK MULVEY, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION TO STAY DISCOVERY

Now come the defendants Massachusetts Department of Correction, Mulvey, Grossi, Allen, Faria, and Therien and hereby oppose plaintiff's motion to compel discovery.

In support whereof defendants state that they have filed a motion to dismiss or, in the alternative, for summary judgment in the instant case. Plaintiff has already filed an opposition to the motion. Pending this court's ruling on the defendants' motion that may prove dispositive, the defendants should not have the burden and expense of responding to plaintiff's discovery requests. Even a cursory review of the discovery requested indicates that for the most part plaintiff seeks information not relevant to the subject matter of this case, not reasonably calculated to lead to the discovery of admissible evidence or information which he has in his possession, custody, or control.[1]

---

[1] A copy of the discovery request is attached hereto as Exhibit A.

2

Accordingly, defendants respectfully request that this court deny plaintiff's motion to compel and stay discovery in this matter pending further order of the court.

Respectfully submitted,
Defendants Patrick Mulvey, William Grossi Peter Allen, William Faria, Ernest Therien and the Massachusetts Department of Correction,

By their attorneys:

NANCY ANKERS WHITE
Special Assistant Attorney General


_____/s/ Philip W. Silva_____
Philip W. Silva, Esq.
Bridgewater State Hospital
20 Administration Road
Bridgewater, Massachusetts 02324
(508)279-4543
B.B.O. No. 548175


I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on April 7, 2005.


__/s/ Philip W. Silva_____
Philip W. Silva, Esq.