UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PETER SCHMITT,<br>   Plaintiff,<br><br>VS.<br><br>PATRICK MULVEY, et al.,<br>   Defendants. | )<br>)<br>)<br>)   C.A. No. 2004-10717-RWZ<br>)<br>)<br>) |

PLAINTIFF'S OPPOSITION TO DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION TO STAY DISCOVERY

 Now comes the Plaintiff, Joseph Peter Schmitt, and hereby oppose defendants opposition to Plaintiff's motion to compel and cross-motion to stay discovery.

 In support whereof Plaintiff states that he submitted to the defendants counsel, Philip W. Silva, a total of twenty Interrogatories on February 7, 2005. These interrogatories were submitted in full compliance to Mass. Rules of Civil Procedure.

 Defendants filed a motion to dismiss or, in the alternative, for summary judgment of defendants with this court on March 31, 2005. This is nearly a full month after Plaintiff submitted his noted interrogatories.

 Defendants made the choice to prolong filing their motion to dismiss in the above-captioned case well over thirty days past the time limit this court instructed them to do during the phone conference of January 25, 2005. Now said defendants wish to further burden this pro se Plaintiff by filing further motions to prolong

the forward progress of the action. Defendants very simply appear to want their cake and to eat it also. All of which unreasonably burdens the Plaintiff.

Plaintiff has the right to submit interrogatories of his choice. Defendants now seek to allege that said interrogatories are not relevant to the subject matter. Plaintiff may only be a layman proceeding pro se but commonsense shows that his questions very much are relevant to the subject matter of this action. If, in fact the defendants counsel is correct in his allegation, then this is yet just another reason in a long list of reasons to have counsel appointed to him so he can be afforded an equal playing field in this action, instead of what is in his opinion, a one sided legal battle being in favor of the highly trained and highly experienced Philip W. Silva.

**Wherefore,** for the stated reasons above Plaintiff respectfully request this Court strike down defendants motion and order them to answer the interrogatories which they clearly had in their possession well prior to their filing any motions to dismiss Plaintiff's action.

Furthermore, Plaintiff requests that this Honorable Court Order Counsel for Defendants to cease his deceptive actions of filing motions that serve only to prolong the case from moving forward. This matter can be seen by the fact that a motion to dismiss was filed in the related case before this court Schmitt vs Smith, et al 2004-10451-RWZ on February 25, 2005. This was actually filed on the 30th day of the 30 day time limit this court instructed the defendants to file said motion. Defendants have no reason to wait until the

last minute to file such pleadings. Especially when one views the fact that defendants were approved their requested time extension from the very start of this action.

Dated: April 11, 2005

Respectfully Filed,

Joseph Peter Schmitt, pro se
Mass. Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## CERTIFICATE OF SERVICE

I, Joseph Peter Schmitt, hereby certify that a true copy of the above document was served upon counsel for the defendants, Philip W. Silva, by institutional mail on April 11, 2005

Joseph Peter Schmitt, pro se