UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
THIS OFFICE

2005 APR 26 P 12: 37

US DISTRICT COURT
DISTRICT OF MASS

JOSEPH P. SCHMITT, pro se,      )
          Plaintiff,            )
                                )
     vs.                        )     C.A. No. 2004-10717-RWZ
                                )
PATRICT MULVEY, et al.,         )
_____Defendants._____ )

### PLAINTIFF'S MOTION TO COMPEL

Now comes the pro se Plaintiff, Joseph P. Schmitt, in the above captioned case and moves this Honorable Court to Compel Defendants to comply with Court Order dated March 30, 2005.

1.  On March 30,2005 this Honorable Court GRANTED Plaintiff's following motions; **"PLAINTIFF'S MOTION FOR COURT TO ORDER DEFENDANTS TO PRODUCE EVIDENCE (#10)"** --- **"PLAINTIFF'S MOTION FOR COURT TO ORDER DEFENDANTS TO PRODUCE EVIDENCE (#3)"** --- **"PLAINTIFF'S MOTION FOR ORDER FOR PRODUCTION OF EVIDENCE REGARDING DISCIPLINARY REPORT NO. MCI-CJ 2002-0344 (#27)."**

2.  On April 3, 2005 Plaintiff requested in writing via institutional and/or US Mail that counsel for the Defendants comply with the above GRANTED MOTIONS.

3.  As of the authoring of this motion defendants have failed to obey the Court's Order to produce evidence.

**WHEREFORE,** FOR REASONS STATED ABOVE, PLAINTIFF MOVES THIS COURT TO COMPEL DEFENDANTS TO COMPLY WITH ITS" ORDER OF March 30,2005.

Dated: April 25,2005

Joseph P. Schmitt,
Pro se Plaintiff

30 Administration Road
Bridgewater, Massachusetts
02324-3230


## CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, herby certify that a true copy of the above
document has been served upon Philip W. Silva, Counsel for the
Defendants, via Institutional mail and/or U.S. Mail.

Joseph P. Schmitt