Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

United State Courthouse
Office of the U.S. Defenders
1 Courthouse Way
Boston, Mass. 02110

April 22, 2005

Dear Sir/Madam:

USDC Justice Rya W. Zobel has approved my pro se motion for appointment of counsel in Civil Actions 2004-10717-RWZ and 2004-10451-RWZ. These cases are very important to my MGL c. 123A SDP trial in Worcester Superior Court. I desperately need an experienced attorney to assist me with my two cases and ask that this offfice appoint an attorney/Defender to my cases.

Time is extremely short in this matter and I request that this office take action without delay. I greatly appreciate this and extend my gratitude in advance.

Please notify me in writing of this office's action regarding the above request for appointment of counsel.

Respectfully,

Cc: JPS FILE