UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

JOseph Peter Schmitt, Pro se,   )
                                )
         Plaintiff,             )
                                )
vs.                             )   C.A. No. 04-10717-RWZ
                                )
Patrick Mulvey, et al.,         )
                                )
         Defendants             )

PLAINTIFF'S MOTION TO WITHDRAW EMERGENCY MOTION FOR
EXTENSION OF PLAINTIFF'S EMERGENCY MOTION FOR STAY OF ACTION (33)

Now comes the Plaintiff in the above-captioned action and moves this Honorable Court to withdraw plaintiff's motion for extension of stay of action.

As grounds for this motion plaintiff states:

1. On JUly 22, 2005 he received notice from A.C.L.U. of Boston that they could not represent him in the above case.

2. Plaintiff is being obstructed by defendants to receive money from outside sources and therefore he can not pay for counsel if he could locate willing counsel for this case.

3. Defendant's have outright refused to obey this Court's order regarding production of evidence which prevents this plaintiff from discussing his case with prospective counsel.

4. To further stay this action serve no justice to this plaintiff or the defendants.

**WHEREFORE**, plaintiff prays this Honorable Court grant his

motion to withdraw his motion for extension of emergency stay of action. Furthermore, plaintiff requests that this Honorable Court make a ruling on the defendants motion to dismiss and plaintiff's oppositions to defendants motion to dismiss the above entitled action.

Dated: July 23,2005

Respectfully Filed,

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Cc: JPS.