United States District Court

For The

District of Massachusetts

Joseph P. Schmitt, pro se )
      Plaintiff, )
       V. ) Civil Action 04-10717- WZ
Patrick Mulvey, et al., )
      Defendants )

Plaintiff's Motion for Court to Make
Ruling On Defendants Motion
Docket #29 filed on March 31, 2005

Plaintiff prays this Honorable Court Make
A ruling on the above-captioned motion with t
further delay as said action has direct impac-
on his civil commitment trial being held Octob
18, 2005 in Worcester Superior Court.

Dated: Sept. 19, 2005

Respectfully filed

Joseph P. Schmitt
30 Administration Rd
Bridgewater, MA.
02324-3230