UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10717-RWZ

Joseph Peter Schmitt
v.
Patrick Mulvey, et al.

## Plaintiff's Motion for Reconsideration

Now comes the Plaintiff and moves this Honorable Court for reconsideration regarding its decision to dismiss counts 6 and 7 as noted in the Courts Memorandum of decision dated December 6, 2005 page 7 of 8.

The Court dismissed counts 6 and 7 because Plaintiff failed to "claim membership in a protected class or demonstrate that other [persons], similarly situated, were treated differently concerning [application of DOC disciplinary rules regarding sexually explicit material]."

Plaintiff now alleges that it was common knowledge that the D.O.C., specifically the Department Disciplinary Unit

(1)

at MCI-Walpole allowed inmates to received pornographic sexually explicit pictorial and written materials of a nature that depicted lesbians and heterosexuals only. Same sex homosexual material was not allowed due to unfounded allegations that male prisoners who view male gay pornographic material will engage in sexual activities that violate the rules and regulations and security and orderly running of the facility.

During 2002 a notice was delivered to all D.D.U. inmates that pornographic materials would be considered contraband and was to be mailed out in a certain time period or a disciplinary action would be received. Plaintiff received his disciplinary reports well before any porographic material was banned at D.D.U. at MCI-Walpole.

WHEREFORE, Plaintiff requests this Court reconsider its dismissal of counts 6 and 7 and allow plaintiff the opportunity to obtain the notice noted above from the D.O.C. And to review a case filed by a MCI-Gardner inmate named Ms. Elizabeth Hussey which directly involves sexual discrimination involving gay pornography.

Dated: Dec. 14, 2005

Respectfully filed

Joseph P. Schmitt
Menansket Corr. Center
30 Administration Road
Bridgewater, MA. 02324

12-14-05

Dear Clerk:

Please bring the enclosed motion to the attention of the Court and notify me of the courts decision on said motion.

Respectfully,

[signature]

PS: Please send me an updated Docket sheet for this action