UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly enter my appearance for the named defendants in the above-captioned matter and withdraw Philip W. Silva, IV as counsel of record.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: December 29, 2005

C. Raye Poole

/s/ C. Raye Poole

B.B.O. # 632719
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
(617) 727-3300 ext. 147

Certificate of Service

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 29th day of December 2005, I served a copy of Notice of Substitution of Counsel by first class mail, postage prepaid, on the plaintiff, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324.

C. Raye Poole

/s/ C. Raye Poole