UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS


Joseph Peter Schmitt, pro se,

    Plaintiff,


    -vs-                            Civil Action 04-10717-RWZ


Patrick Mulvey, et al,

    Defendants.


PLAINTIFF'S MOTION FOR AN EMERGENCY INJUNCTION


    Now comes the pro se plaintiff, Joseph P. Schmitt, and moves this Honorable Court to issue an emergency injunction.

    The plaintiff moves this Honorable Court to order the defendants to remove from his institutional records all materials relevant to the subject matter of this action.

    Plaintiff further moves this Honorable Court to order the defendants to remove simular materials, ie. sexual stories and personal mail (letters incoming and out-going), from plaintiff's records which are directly relevant and/or pertaining to and resulting from the defendants investigation against the plaintiff as clearly detailed in exhibit "B" (see October 17,2001 executive summary/101-19 of Carter Thomas), copy attached for convienance

of the Court.

Plaintiff also attaches a copy of the Commonwealth's Petition For Commitment Of A Sexually Dangerous Person, which shows the true agenda of the defendants (see attachment "B").

It should be noted that the second page of Thomas Carter's October 17,2001 Executive Summary/101-19 is completely different in exhibit B which is the official Disciplinary Report given to the plaintiff, than the same document used by the District Attorney in the Commonwealth's Petition for Commitment of a Sexually Dangerous Person Attachment "B". This deliberate act resulted in a due process violation for the plaintiff as he was unable to correctly challenge actions taken against him by the defendants.

It has been established by this Honorable Court that the defendants actions violated the plaintiff's rights of due process and freedom of speech, and it is reasonable to claim that by doing so the defendants illegally obtained materials and forwarded the same materials to the Commonwealth's Worcester District Attorney to establish probable cause for its' petition for commitment of a sexually dangerous person. See said petition attached section "ii, Respondent's Institutional History" and "Summary". Commonwealth heavily depends on the illegally obtained materials from the defendants of this action and related actions.

Plaintiff faces a serious miscarrage of justice if this Honorable Court refuses to take immediate action and GRANt the above motion pending the conclusion of this and related actions by jury trial as defendants have demanded in their response to the complaint.

WHEREFORE, Plaintiff prays this Honorable Court GRANT the above-captioned motion to protect the plaintiff from further violations of his State and US Constitutional rights.

Dated 12-29-05

Respectfully filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Ma. 02324-3230

Attachments:

!) Exhibit "B"
2) Civil Docket WOCV2002-1529-A Petition for Commitment of
   a Sexually Dangerous Person.