# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT



**EXHIBIT**
B

INMATE: _Joseph Schmitt_____ ID#: _W-57126_____ HOUSING UNIT: _DDU_

DATE: _October 24, 2001_____ D-REPORT NO.: ___0/-/583_

OFFENSES(S) & CODE NO.: _#2; #18; #19; #25; #29; #33_____

MINOR_____ (MAJOR)____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

## DESCRIPTION OF OFFENSE(S):

On October 18, 2001 I, Officer Carter Thomas concluded through the investigative process that inmate Joseph Schmitt violated institutional rules by authoring inappropriate correspondence to various recipients. These correspondences pertained to abusive, obscene acts with minors that were of a sexual nature. These letters/stories were also authored for the purpose of financial gain.

From August 27, 2001 to September 3, 2001 inmate Schmitt sent and received illicit correspondence to a Mr. James Karvonen and Mr. Joseph Chavez. Inmate Schmitt also received payment for these stories via a Ms. Diana Sheridan, Editor of the pornographic magazine "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chickens", "Cherry Boys and Latino Boys" This inmate's actions disrupted the normal running of the institution.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE _Carter A. Thomas_

Carter Thomas, C.O. IPS

DAYS OFF _F___ / _S___

SHIFT ___7___ / ___3___      (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: _10/24/01_

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: _10/26/01_

APPEAL RESULTS_____

REVIEWING AUTHORITY_____ DATE:_____

*Exhibit # 53*

*page 2*

**OFFENSES:**

2.     VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.

18.     FIGHTING WITH, ASSAULTING OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.

19.     USE OF OBSCENE, ABUSIVE, THREATENING LANGUAGE, ACTION OR GESTURE TO ANY INMATE, STAFF MEMBER OR VISITORS.

25.     GIVING MONEY OR ANY ITEM OF VALUE TO OR ACCEPTING MONEY OR ANY ITEM OF VALUE FROM ANOTHER INMATE, MEMBER OF HIS FAMILY OR FRIEND WITHOUT

29.     EXTORTION, BLACKMAIL, PROTECTION, DEMANDING OR RECEIVING MONEY OR ANYTHING OF VALUE IN RETURN FOR ANY REASON.

33.     ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

**REPORTING OFFICER'S SIGNATURE:** _____    **TITLE:** _____

MCI CEDAR JUNCTION AT WALPOLE    *Exhibit # 34*
*9 pages*

MASSACHUSETTS DEPARTMENT OF CORRECTION

DISCIPLINARY HEARING

INMATE: __Joseph  Schmitt__    #: __W-57126__

REPORT #: __01-1583__    DATE OF REPORT: __10-18-01__

DATE OF HEARING: __12-13-01__    HEARING OFFICER: Officer Donald Dompierre

*hearing was reconvened on 12-19-01 for consideration of "Request for Extension of D-hearing results" submitted by inmate Schmitt (Exhibit "P")*

1. The inmate was given at least 24 hours notice of the hearing (if no, attach 24 [hour] waiver)  YES ✓  NO____

2. The inmate is present before the hearing officer (if not, attach refusal to appear form)  YES ✓  NO____

3. The inmate has been advised of his right to remain silent, since the offense charged has, or may be referred to the District Attorney. The inmate has been further advised that his silence may be used to draw an adverse inference against him, but his silence alone may not be used to support a guilty finding.  YES____  NO ✓

4. The inmate requested representation  YES____  NO ✓
   The inmate is represented by an attorney/law student  YES____  NO ✓

   Name of legal representative:

5. The inmate requested the presence of the reporting staff  YES ✓  NO____

   The reporting staff person is present  YES ✓  NO____

   If the inmate's request was denied, indicate the reason:

6. Inmate challenges impartiality of the Hearing Officer.
   YES____  NO ✓

   If yes, state reasons why:

7. The hearing was tape recorded  YES____  NO ✓

8. Was the inmate offered the use of the AT & T language line?  Yes ✓  No____

*************************************************************************

Requests and Motions

1) inmate requested tape recorded proceeding ~ request denied :
inmate schmitt is not indigent, pursuant to 103 CMR 430.12  inmate
Schmitt made no arrangements to furnish recording equipment in
time for this hearing.

2) inmate schmitt submits exhibit "P" (Request for Extension of D-Hearing
findings) ~ REQUEST DENIED : The hearing for disciplinary report
# 01-1583 (originally scheduled for 11/1/01) was ultimately heard on
(see P 1A)

(P 1 A) 2

Exhibit # 34
②

Joseph Schmitt          D-REPORT:  01-1583
quests and motions (cont.)

2-13-01. Inmate Schmitt was provided with all documentation
requested on 2-3-01 (10 days prior to the hearing). During
this hearing inmate schmitt requested until 12-18-01 to
submit "copies of his affidavit". Instead he (schmitt)
forwards a "Request for Extension of D-hearing findings?"
In which he notes his intentions of reforming a defense
and once again contacting his publisher to solicit
further information. It is the view of this DHO that
inmate Schmitt has been afforded a substantial period
of time to prepare his defense and forward any
copies to this office. Furthermore, the topics
outlined in this request were already addressed during
the hearing (see exhibit "O"- letter from publisher). Inmate
Schmitt is clearly abusing the disciplinary process thus
the denial of said "request for extension .....".

PAGE 2

Exhibit #3

ATE: Joseph Schmitt    D-REPORT: 01-1583    ③

Witness:  If none requested, check here____

A.  REQUESTED BY INMATE:    (If any witness request is denied, a written explanat of the reasons must be included as part of the reco

(1) C.O. Thomas (IPS) - reporting officer - granted

(2) AJA Publishing Group. inmate submits exhibit "o"

(3) _____

B.  REQUESTED BY HEARING OFFICER:

(1) _____None_____

(2) _____

(3) _____

************************************************************************

9.    Presentation of evidence:

A.  Inmate Statement

PLEA: Not Guilty to all charges

Statement in defense (summary):

Inmate Schmitt made the following statements for use in his defense.
"This is the editor/publisher that I write pornography for"
"There are no facts to statements made in this report"
"There is no policy against writing this material"
"I write adult Porn", "The stories I get paid for have
(SEE P 2N)

B.  Reporting Staff Person's Statement:

C.O. Thomas concurs with his detailed report in that
during an investigation of inmate Schmitts activities
he determined that he (schmitt) was discovered to
have submitted pornographic stories (authored by him)
to publications for unauthorized financial gain.
C.O. Thomas identifies the following:
Exhibit "H" (Executive Summary) - where schmitt admits to receivi
money in exchange for pornographic stories (authored by hi
see (2B)

Exhibit #3

④

PAGE 2A

NAME: _Joseph Schmitt_ _____    D-REPORT: _01-1583_

Date Testimony Continued:

nothing to do with the contents of the letters in this report."

Inmate schmitt admits to writting child pornography but maintains that he gets no money for this.
Inmate schmitt admits to being paid for pornographic stories that he submits.
Inmate Schmitt acknowledges exhibit "N", concurring that this is in fact a pornographic story involving Children; authored by him.
Inmate schmitt acknowledges exhibit "F" as correspondence from Ms. Sheridan which includes payment schedules for such magazines as "Young & Hung", "Tender young Chickens" and "Coming out". This information was solicited by inmate schmitt. Inmate schmitt freely admitted that the afore mentioned titles were of child pornography-associated magazines.
Inmate schmitt acknowledges exhibit "H" as a correspondence (authored by him) to James Karoven the contents of which state that he (schmitt) has Story plots in the works for example :¹ Auntie Kim - 12 year old gets seduced by sexy Aunt, 2) Identica Twins - (males) 11-14 year old discovers the pleasure of sex, 3) Twins - (male and female) 11-14 year olds discover (ex)plore sexual pleasure and 4) Surf's UP - man is hustled by 2 beautiful beach boys (13 & 11 year old) man gets it on with both. Inmate schmitt admits to the content of such as it refers to sex with children.

(2b)

Exhibit #34

⑤

Joseph Schmitt _____ D-REPORT: 01-1583

orting staff person's statement (cont.)

hibit "B" (inmate interview) - where inmate Schmitt
admits to writing porn (sexually explicit) stories for
financial gain (unauthorized).

Exhibits "C" and "D" as - inmate Transaction History
which shows Schmitt having funds deposited into
his account in exchange for these sexually explicit stories.

Exhibit "E" as. Check made out to Schmitt for
$100.00 from Publishing Group Productions, LTD.

Exhibit "F" - letter from D. Sherridan which includes
payment schedules for pornographic publications such
as Tender Chickens (a publication which inmate
Schmitt concurs to be about child pornography).

Exhibit "N" - story about youth - inmate Schmitt
doesn't deny it to contain child porn.


C.O. Thomas states that inmate Schmitt freely

admits to authoring "sexually explicit" stories
and to accepting money for such (from various
publications).

Exhibit #34

Page 3

TE: _Joseph Schmitt_    D-REPORT: _01-1583_    (6)

Other Witness Statements: (If witness has been denied, indicate

reason(s) for denial in this space)

Witness #2  Name: _____N/A_____

Statement: _____

_____

_____

_____

_____

_____

Witness #3  Name: _____N/A_____

Statement: _____

_____

_____

_____

_____

_____

**********************************************************************

Documentary Evidence

In addition to the Disciplinary Report, the Hearing Officer accepted into evidence,
considered the following documents, physical evidence, photographs/video tapes:

_____See (3 A)_____

_____

_____

_____

_____

_____

(3 A)

Exhibit # 34

⑦

Joseph Schmitt          D-REPORT:  01-1583

Exhibit "A" (2 pages) - Executive Summary
Exhibit "B" (1 page) - Inmate Interview / Joseph Schmitt
Exhibit "C" (1 page) - inmate accounts register
Exhibit "D" (1 pg) - inmate transaction history
Exhibit "E" (1 ps) - cashed check recipt
Exhibit "F" (4 pg) - letter from Ms. Diana Sheridan
Exhibits "G", "H", "J" - letters from schmitt to Karvonen
Exhibit "K" - correspondence Karvonen to Schmitt
Exhibit "L" - Correspondence Chavez to Schmitt
Exhibit "M" - Correspondence Karvonen to schmitt
Exhibit "N" - 23 page - sexvally explicit story authored
          by schmitt (contains sexvally explicit child
          situations)
Exhibit "O" (9 page) - correspondence Sheridan to schmitt
Exhibit "P" (2 page) - "Request for extension of D- Hearing
findings"

Exhibit # 34

PAGE 4

TE: _Joseph Schmitt_    D-REPORT: _01-1583_

NDINGS: _Guilty (25/29) charges (18, 19, 33) dismissed as not applicab_

statement of Evidence Relied upon to Support Findings:    (continue on Pg 4a if necessa

_Based on C.O. Thomas' detailed report (as corroborated by his oral
testimony) and review of all supporting documentation (exhibits A thru F
a guilty finding has been established. During oral testimony
inmate Schmitt freely admits to authoring "sexually explicit"
stories and submitting such to various publications in exchange
for payment thus providing further evidence of culpability.
Subsequently, it has been determined that inmate Schmitt
submitted numerous sexually explicit stories (authored by him)
to these publications and in return received unauthorized
compensation for them (25/29). Exhibits C, D, E and O support
this finding whereas they provide physical evidence (i.e. cashed checks are
(SEE P 4A)_

SANCTIONS AND RECOMMENDATIONS:

_Charges (25/29) — 6 weeks loss: TV, Radio, Phone_

Reason for Sanction:

_This sanction is levied to inform inmate Schmitt that
his actions (receiving unauthorized compensation) as
outlined in disciplinary report # 01-1583 will not be
tolerated. Ideally, this sanction will serve as
a deterrent to similar violations._

The inmate has been advised of his right to appeal this decision within 5 working days

receipt; to the Superintendent: __XX__

Hearing Officer _Off. Donald Domplerre_ -    Date: _12/19/01_

The inmate has been advised of the Hearing officer's decision and a copy of this docu

been delivered to the inmate __XX__

Exhibit #34

(9)

PAGE 4A

INMATE: __Joseph Schmitt__    D-REPORT: __01-1583__

STATEMENT OF EVIDENCE RELIED UPON (CONTINUED):

his (Schmitt's) inmate account records) showing his
recipt of such unauthorized funds.

REASONS FOR SANCTION (CONTINUED):

N/A

*Exhibit # 31*
*2 pages*



*The Commonwealth of Massachuse...*

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

*Tel. (617) 727-1684 Fax (617) 727-6571*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter Allen
*Superintendent*

— Exhibit "A" (2 pgs)

| | |
|---|---|
| **To:** | Steven Silva, Director of Security |
| **Thru:** | Lieutenant William Grossi, IPS Commander |
| **From:** | Officer Carter Thomas, IPS *Carter Thomas* |
| **Date:** | October 17, 2001 |
| **Re:** | **EXECUTIVE SUMMARY/I01-19** |

On September 12, 2001 an investigation was initiated into the ongoing inappropriate correspondence being sent to a variety of people by inmate Joseph Schmitt. Based on all facts physical evidence and the interview process the following was determined:

Inmate Joseph Schmitt did author sexually perverted, child pornographic stories with the intent to distribute for the purpose of financial gains. These sexually fantasized child pornographic stories were sent to a Ms. Diana Sheridan. Ms. Sheridan is the Associate Editor of pornographic magazines, such as "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chicken", "Latino Boys" and "Cherry Boys". Ms. Sheridan would publish these stories and pay inmate Schmitt for them.

In an attempt to gather additional information inmate Schmitt was placed on the Mail Monitor where it was discovered that he had received a check for one-hundred dollars from Ms. Sheridan. Further information was obtained regarding future payment and issues due to pay:

Young and Hung (#5) 5/2 pays mid February, 2002
Coming Out #25 5/2 pays mid February, 2002
Options 185 4/2 pays mid February, 2002
Tender Chickens (#6) January, 2002 pays mid-October

*Exhibit #31*

Page 2/I01-19
Officer Thomas:

Inmate Schmitt has also authored, sent and received inappropriate, sexually explicit correspondence/stories to Mr. James Karvonan and Mr. Joseph Chavez during the time frame of August 27, 2001 to September 3, 2001.

On September 27, 2001 inmate Schmitt was interviewed and admitted to authoring these stories. Inmate Schmitt stated that he was bisexual and that he was a writer, that there was nothing wrong with what he was doing, although it may be immoral. Inmate Schmitt also stated that he was getting paid for these stories.

On October 4, 2001 a major search of the Department Disciplinary Unit was conducted. Upon the completion of this search two envelopes were found within inmate Schmitt's cell containing the address of Ms. Sheridan and the sexually explicit stories.

In conclusion, inmate Schmitt authored inappropriate correspondence to the above mentioned persons in an attempt to distribute for the purpose of financial gain.

$E\times h,b,t \ \#\ 37$



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel. (617) 727-1684  Fax. (617) 727-6571*



Michael T. Maloney
*Commissioner*

Kathleen M Dennehy
*Deputy Commissioner*

Peter Allen
*Superintendent*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Exhibit "B", PAGE —

To:        Steven Silva, Director of Security

Thru:      Lieutenant William Grossi, IPS Commander

From:      Officer Carter Thomas, IPS

Date:      September 27, 2001

Re:        **INMATE INTERVIEW/JOSEPH SCHMITT**

On September 27, 2001 I, IPS Officer Thomas conducted an interview with inmate Joseph Schmitt in regards to him authoring inappropriate, sexually explicit short stories of child pornography. I asked inmate Schmitt if he was attracted to children of the same sex to which he stated he was not but was however, bisexual.

I then asked inmate Schmitt if he was receiving payment for these stories and he stated, "Yes, I'm a writer and there is nothing wrong with what I'm doing although, it may be immoral." I asked inmate Schmitt if he was going to continue with this action to which he stated, "No".

This concluded the interview with inmate Schmitt.

WG/CT/gjt
c. File



— Exhibit "O" 9 PAGES                    12-11-01

Sgt Therien, D-board officer

    Please review the enclosed. I very strongly recommend that you investigate this bogus report before legal action is taken for slander and defamation of Character (excuse my spelling) by the publisher and ~~Publisher~~ Editor when are falsing being entwined in child porn allegation by IPS and approved by your office.

    I request your presence at the D-board hearing to review my evidence.

Enclosures: 11/9/01 letter to Maloney
                from Diane Sheridan

CC: Diane Sheridan
     Sportsmatec Ltd / AJA Publishing Group
     ACLU Attorney
     JPS File.

Joseph P. Schmitt
W37126

# Sportomatic, Ltd.

P.O. Box 170
Irvington NY 10533

11/9/01

Michael T. Maloney, Massachusetts D.O.C. Commissioner
50 Maple St. – Suite 3
Molford MA 01757-3698

<u>Re: Disciplinary Report 01-1583, October 24, 2001</u>
<u>Reporting staff: Carter A. Thomas, C.O. I.P.S.</u>

Good morning:

It has been brought to my attention by one of the residents of MCI-Cedar Junction, with whom I do business, that you are accusing him of writing child pornography for the magazines I edit, <u>which in fact do not contain any such thing</u>.

While it is true that Joseph Schmitt is a writer for our various magazines, and while it is true that these magazines are of a sexually explicit nature, there is *no depiction either in verbiage or pictorially of any sex with any persons under the legal age*. To bear out my statement, I enclose a copy of our guidelines. You will see that the stories we publish in our magazines are gay or bi in orientation, feature consensual sex between adult men, and do not feature any "rough stuff" or kinky activities. There is nothing in them that violates even the Canadian censors' standards, which are stricter than those of our own country. This is stated clearly in the guidelines, in the paragraph on Canadian censorship, which, among the other taboos listed, makes clear that we will not buy stories featuring underage characters.

You will note that our guidelines generally refer to "men" not "boys" and that the guidelines for *Tender Chickens* and *Young & Hung* (page 2 of the Sportomatic guidelines enclosed), the two magazines that publish stories specifically about younger characters, specify *"Do not, however, have your character be younger than 18."*

Mr. Schmitt has also asked that I enlighten you regarding his payments for stories he writes and we publish. These are passed from the bookkeeping department to me, then mailed to Mr. Schmitt, As Mr. Schmitt has asked me to send you a copy of his payment record, to demonstrate what he is being paid for, I have had the bookkeeping department pull a record of Mr. Schmitt's payment history, which I am also enclosing.

I certainly hope this clears up the matter, as *there is no kiddie porn being published in any of our publications, nor would I be associated with such an enterprise.* That is *not* what Mr. Schmitt writes for us.

Sincerely yours,

Diana Sheridan, Editor

cc:

Joseph Schmitt # W57126
MCI - Cedar Junction
POB 100
South Walpole MA 02071-0100

Peter Allen, Superintendent
MCI - Cedar Junction
POB 100
South Walpole MA 02071-0100

# Sportomatic, Ltd.

P.O. Box 170
Irvington NY 10533

Vriters' guidelines for BEAU and related magazines

EAU, COMING OUT, BOY NEXT DOOR, CHERRY BOYS, TENDER CHICKENS,
nd YOUNG & HUNG are magazines for and about gay men. Our stories are all
written in the first person, as if true. If the name of the person telling the story
. mentioned in the story (such as if another character calls him by name), the
y-line must match that name. If you sell to us repeatedly, please change the
y-line from story to story. We cannot have "John Doe" as a fireman one issue,
sailor the next, 34 years old one issue and 18 the next, etc.

tory length is 2000-3000 words. You must get into the hot action after no
nore than 1000 words' exposition (or sooner) and sustain the heat through fully
alf the manuscript (or more). Please indicate your word count on the
nanuscript.

lease conform your terminology for body parts-if you use the word "cock,"
nake it "cock" consistently throughout the story; or use "dick" or "prick" instead,
ut whichever you choose, be consistent. Generic words such as "rod" or "tool"
nay be alternated for variety if desired.

ayment is $100, on publication for manuscripts submitted in an electronic
ormat we have no problem reading. This could be a floppy disk or an attached
le uploaded electronically, or as a last resort you can paste the text of your
ory into the body of an EMail, though that is a last resort as it creates hard line
·eaks that we then have to painstakingly reattach manually, line by line. We
ork in Word/Mac but can read Word/PC and WordPerfect, as well as RTF.
ome ascii files seem to come in more readably than others. If you cannot
ibmit electronically, such as if you are working on a typewriter, or if you are
orking in some off-beat format that our computer cannot read at or or cannot
ad without a lot of "funny characters," we pay $80. We do pay promptly and
port on submissions within a few weeks, typically just a few days for
ibmissions that come via EMail. (Send to DianaEditr@aol.com—and no, the
issing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights
I request after your story has been published. Any stories sent us are
itomatically considered for all our magazines, including our bisexual magazine,
PTIONS.

ories set in the AIDS era (1980 on) must depict safe sex only, whether it is
ndom use, "on me, not in me," mutual j/o, thigh-fucking, etc. Otherwise the
ory must be clearly set back pre-AIDS. We do not consider unprotected oral
x to be safe sex, even if the character withdraws before ejaculation. We will
cept as "safe sex" unprotected sex between two totally monogamous partners
10 have been negative-tested if that situation is made very explicit.

l our magazines are distributed in Canada. Canadian censorship restrictions
ake the following things taboo: underage (must be 18 or over), incest
icluding sex between relatives not related by blood, e.g. in-laws or step-
latives), golden showers and scat, degradation or humiliation, B&D, S&M,
pe, bestiality, and a few other things you're not likely to write about.
lditionally, we will not accept material depicting use of any drug or involving
embers of the clergy.

e will not consider simultaneous submissions-there is no need; we report
omptly, usually within three weeks.

e are not buying "letters" at this time.

r BOY NEXT DOOR: The "boy" must be of age though young, must be a "boy-
xt-door" type, and must be in some physical proximity that could qualify in
e large sense as "next door"-e.g. occupant of the next office, next campsite,
.., or of course literally the next-door neighbor.

MING OUT and CHERRY BOYS are about a man's first man-to-man sexual
perience. Stories in COMING OUT are told from the point of view of the first-
er. Stories in CHERRY BOYS are told from the point of view of the guy who
s the cherry. In all our magazines, a character portrayed as "cherry" should
nonstrate some emotional reaction (e.g. fear, excitement) to the step he
templates taking.

NDER CHICKENS and YOUNG & HUNG are about boys 18 or occasionally 19,
o should be described in young terms. They may be hairless on the body, look
they barely need to shave, have small balls, use teen lingo in their speech, or
other ways be presented as sounding youthful, though they do not need to be
ocent. Do not, however, have your character be younger than 18. The use of
h terms as "boyballs," "boybuns," and "boycum" may also be helpful. These
s are not the viewpoint character in the story, but rather the viewpoint
racter (who should be at least in his 20s, possibly older) has an encounter
h, and describes, the "chicken."

\U is a general-interest gayporn mag, not restricted to any one theme,
ugh of course it must depict "vanilla" sex such as is acceptable in Canada.
ise note that we no longer publish "Gay Style" nonfiction pieces in BEAU.

    Editors

# AJA Publishing Corp

**P.O. Box 170**
**Irvington NY 10533**

ll stories for Options  should be about sex between two (or occasionally more)
en or two (or occasionally  more) women. We very seldom use threesome
ories mixing both sexes. Best advice: Don't send us one. We use far more
ale/male stories than female/female. We also use *one* TV/TS story in *some*
sues.

ength should be 2000-3000 words. Hot first-person stories should sound real,
hether or not they are. The by-line should match the name of the character
lling the story, if his/her name is mentioned. Please indicate your manuscript's
ord count.

et to the hot action by 1000 words into the manuscript (sooner is fine!).
ustain the heat for at least half the story.

ough most of our readership is presumably bi, our readers are not buying
ptions to read about male-female sex. They can get that from many other
agazines. What they want to read about in Options is the gay side of
sexuality. Consequently, we don't want to see male-female sex. You may
dicate the viewpoint character's bisexuality by saying that he is or once was
arried, or has or has had a girlfriend or female lover. We also use some good
ories with nothing to indicate the man is bi as opposed to gay. If a story seems
ore suited for one of our gay magazines, we'll use it there. (Pay rates are the
me.)

'e require that hot stories about men either are set pre-1980 or include the
actice of only "safe sex" (most frequently, wearing a condom; other safe sex
ts also welcome). Please note that we do not deem unprotected oral to be
afe" even if the man withdraws prior to ejaculating...because, in real life, it
n't.

ayment is $100, on publication for manuscripts submitted in an electronic
rmat we have no problem reading. This could be a floppy disk or an attached
e uploaded electronically, or as a last resort you can paste the text of your
ory into the body of an EMail, though that is a last resort as it creates hard line
eaks that we then have to painstakingly reattach manually, line by line. We
ork in Word/Mac but can read Word/PC and WordPerfect, as well as RTF.
me ascii files seem to come in more readably than others. If you cannot
bmit electronically, such as if you are working on a typewriter, or if you are
orking in some off-beat format that our computer cannot read at or or cannot
ad without a lot of "funny characters," we pay $80. We do pay promptly and
port on submissions within a few weeks, typically just a few days for
bmissions that come via EMail. (Send to DianaEditr@aol.com—and no, the
ssing "o" in "Editr" isn't a typo.) We buy all rights but will reassign book rights
 request after your story has been published. Any stories sent us are
tomatically considered for all our magazines, including our bisexual magazine,
'TIONS.

e are not buying "letters" at this time. And please note that we have stopped
blishing serious (non-hot) articles.

We are distributed in Canada. Canadian censorship restrictions make the following things taboo: underage (must be 18 or over), incest (including sex between relatives not related by blood, e.g. in-laws or step-relatives), golden showers and scat, degradation or humiliation, B&D, S&M, rape, bestiality, and a few other things you're not likely to write about. We also do not wish to see references to drug use or to members of the clergy.

Please pick one name for a body part and stick to it throughout that story (i.e. 'dick" or "prick" or "cock," "pussy" or "cunt").

Manuscripts submitted to Options will automatically be considered for our gay nagazines, including Beau and other titles, if suitable. Pay rate is the same at ıll.

Diana Sheridan, Associate Editor

FREELANCE PAYMENT HISTORY

2001                                                                                    Page #1

| FOR (NAME) | DATE PAID | CODE # | NAME | DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| PUBLISHING CORP | 05-18-2001 | D6121 | JOSEPH P SCHMITT | f/l op 07/01 | 100.0 |
| PUBLISHING CORP | 09-07-2001 | D6121 | JOSEPH P SCHMITT | f/l op 10/01 | 100.0 |
|  |  |  | Total: |  | 200.0 |

:al:                                                                                       200.0

FREELANCE PAYMENT HISTORY

2001                                                                          Page #2

| FOR (NAME) | DATE PAID | CODE # | NAME | DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| RTOMATIC LTD | 02-02-2001 | D6121 | JOSEPH P SCHMITT | f/1 be 05/01 | 15.0 |
| RTOMATIC LTD | 02-23-2001 | D6121 | JOSEPH P SCHMITT | f/1 nd 05/01 | 200.0 |
| RTOMATIC LTD | 03-16-2001 | D6121 | JOSEPH P SCHMITT | f/1 cb 06/01 | 100.0 |
| RTOMATIC LTD | 04-06-2001 | D6121 | JOSEPH P SCHMITT | f/1 co 07/01 | 100.0 |
| RTOMATIC LTD | 04-20-2001 | D6121 | JOSEPH P SCHMITT | f/1 be 07/01 | 100.0 |
| RTOMATIC LTD | 06-15-2001 | D6121 | JOSEPH P SCHMITT | f/1 cb 09/01 | 100.0 |
| RTOMATIC LTD | 06-29-2001 | D6121 | JOSEPH P SCHMITT | f/1 co 10/01 | 100.0 |
| RTOMATIC LTD | 07-27-2001 | D6121 | JOSEPH P SCHMITT | f/1 nd 10/01 | 100.0 |
| RTOMATIC LTD | 09-21-2001 | D6121 | JOSEPH P SCHMITT | f/1 cb 12/01 | 100.0 |
| RTOMATIC LTD | 10-12-2001 | D6121 | JOSEPH P SCHMITT | f/1 nd 01/02 | 100.0 |

Total:                                                                      1,015.0

tal:                                                                        1,015.0

tal:                                                                        1,215.0