He said yes.

COMMONWEALTH OF MASSACHUSETTS

**FILED**

WORCESTER, ss.

SUPERIOR COURT DEPT.
CIVIL DOCKET NO.

02-1529 A

JUL 1 8 2002

COMMONWEALTH, PETITIONER

ATTEST:

_____ CLERK

v.

JOSEPH SCHMITT, RESPONDENT

---

## PETITION FOR COMMITMENT OF A SEXUALLY DANGEROUS PERSON

---

### PARTIES

1. The petitioner is John J. Conte, District Attorney for the Middle District.

2. The respondent, Joseph Schmitt (age 37), DOB 12-2-64, is an inmate with the Department of Correction, MCI Cedar Junction, pursuant to a sentence imposed by the Worcester County Superior Court on 7-13-92. The respondent pled guilty to two counts of rape of a child. He received a four-to-eight-year state prison sentence to run from and after a sentence he was than serving in the State of Connecticut. (Indictment Nos. 92-0265A & B). The Connecticut sentence stemmed from a 5-3-98 conviction for risk of injury to a minor. (See Attachment A, respondent's Board of Probation record).

### JURISDICTION

3. The petition is brought under the provisions of G.L. 123A, secs. 1, 12 – 16, which the Governor signed into law with an emergency preamble on 9/10/99. (Mass. Acts c. 74).

### ALLEGATIONS

4. By this petition the Commonwealth alleges that the respondent is a "sexually dangerous person" as that term is defined in G.L. c.123A, sec. 1, and that the respondent is likely to engage in sex offenses if not confined to a secure facility. The evidence showing the respondent is a "sexually dangerous person" at this time includes the following:

i. Respondent's Convictions: In 1992 when the respondent was twenty-seven-years old, he pled guilty to two counts of rape of child. Between approximately August of 1987 and July of 1988 the respondent moved in with his brother's family in Fitchburg, MA. The victims were respondent's niece, approximately 9-years old at the time of offense, and his nephew, ten-years old at the time of offense. On numerous occasions the respondent made both children perform oral sex on him, and he performed oral sex on his nephew. He also undressed the children and touched their genitals. He rubbed his penis against the anus of his nephew.

In 1987 the respondent was convicted in Connecticut for sexually assaulting a twelve-year-old boy. He held a knife to the victim and forced the victim to perform oral sex.

ii. Respondent's Institutional History:

While incarcerated the respondent has received forty-four disciplinary reports for behavior including the following: authoring child pornography; receiving payment for authoring pornography; authoring threatening, abusive and obscene letters to staff; mailing feces and semen to the Superintendent of the Department of Corrections (DOC); repeatedly physically assaulting staff; repeatedly threatening to kill staff members; spitting on staff members; fighting with other inmates; using obscene language; destruction of prison property, including breaking windows; sending sexually explicit letters to other inmates; flooding his cell by clogging the toilet; possession of a weapon, fraudulently signing an institutional purchase slip in order to steal from another inmate; and attempting to circumvent the prison mail system.

While incarcerated respondent has written sexually explicit articles for various child pornography publications. Respondent's articles have depicted illicit sexual scenarios involving children.

The following letters and reports are attached as examples of Respondent's behavioral history in prison.

Attachment B, Executive Summary/ 101-19, 10-17-01. This report indicates that respondent has authored and sold pornographic stories while in prison.

Attachment C, Pornographic writing entitled "Little Love Bug." Respondent's writing depicts detailed sexual acts with a seven-year-old boy.

Attachment D, Letter to James, 8-28-01. The letter contains references to titles of pornographic writings that the respondent anticipates writing and selling.

Attachment E, Disciplinary Report, 6-18-98. The report describes contents of a letter authored by the respondent, which contains photographs of young children and a detailed description of the sexual molestation of an eleven-year-old child.

Attachment F, Letter to Joe, 2-28-02. This letter contains threatening language and refers to murdering, raping, and torturing DOC staff and their family members.(see page 3of attachment). The letter also discusses money arrangements concerning the selling of pornography authored by the respondent. (see page 4 of attachment)

Attachment G, Letter to Diana, 2-27-02. In this letter the respondent writes obscenities about a DOC Attorney and threatens her. The letter also discusses money arrangements concerning the selling of pornography authored by the respondent.

Attachment H, Letter to Diana, 2-7-02. The respondent's letter contains obscene and threatening language regarding DOC legal staff, and it indicates that respondent plans to live in a van upon his release from prison.

Attachment I, Letter to Beverly Veglas, received 2-21-2002. This is an obscene and abusive letter written by the respondent to the prison librarian.

Attachment J, Disciplinary Report, 7-25-98. The report references respondent's threat to kill DOC staff.

Attachment K, Disciplinary Report, 7-26-98. The report states that respondent mailed a packet containing feces and semen to the Superintendent of the DOC.

Attachment L, Disciplinary Report, 3-12-2002. The report references respondent's threat to kill a DOC staff member and to harm the staff member's children upon his release.

Respondent did not participate in sex offender treatment.

iii. Opinion of Qualified Examiner: Attachment M indicates that a Qualified Examiner, Dr. Paul Ziezel, has reviewed the records of the respondent and has formed the opinion that the respondent is a sexually dangerous person as that term is defined in the statute.

## SUMMARY

Based on the criminal offenses of the respondent where he targeted children, the respondent's institutional history, specifically including the respondent's disciplinary reports and the letters and other writings authored by the respondent, and the professional opinion of Dr. Paul Ziezel, the Commonwealth asserts that the respondent is a "sexually dangerous person" as that term is defined by G.L.c. 123A, sec. 1, which renders him a menace to the health and safety of the citizens of the Commonwealth.

## RELIEF SOUGHT

The Commonwealth seeks the following:

1. An order pursuant to, G.L. c. 123 A, sec. 12(e), committing the respondent to the Massachusetts Treatment Center pending disposition of this petition, because the respondent may otherwise be released from custody. Respondent currently has a sentence completion date of August 11, 2002. Such a proposed order is attached.

2. A hearing to determine to determine whether there is probable cause to believe that the respondent is a "sexually dangerous person" as that termed is currently defined in G.L. c. 123A, sec. 1;

3. A trial by jury on the merits: and

4. An order pursuant to G.L. c. 265, sec 24C, to withhold from public inspection so much of the pleadings, attachments, and exhibits in this case that may contain the names or other identifying information about the victims. Such a proposed order is attached.

# ATTACHMENT "A"

```
**********************************************************************
                                                                    *
******* WARNING ******** WARNING ********                           *
                                                                    *
    THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS. *
PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
OF THE PERSON REQUESTED.                                            *
                                                                    *
**********************************************************************
```

```
**********      COMMONWEALTH OF MASSACHUSETTS      **********
                CRIMINAL HISTORY SYSTEMS BOARD

                *** PERSONS COURT SUMMARY ***

NAM: SCHMITT, JOSEPH P              FORMAL-NAM: JOSEPH         PCF: 00000812353
DB: 12/02/64    SEX: M   RAC: W          POB: NY               SSN: 0455586653
DM:CARMELLA            POP:GEORGE             HGT: 510 WGT: 240 HAI: BLK EYE: BRO
DDRESS: PO BOX 100 WALPOLE
```

ARG-DATE: 03/28/02 PD: D23 COURT: CONCORD DISTRICT          DKT#:    0247CR00694
OFF:  A&B ON CORR INSTITUTION GUARD                         A&B GUARD
DISP: 5/6/02 G 6MO CMTD                                     STATUS: C  WPD:

RAIGNMENT: (002)
ARG-DATE: 03/28/02 PD: D23 COURT: CONCORD DISTRICT          DKT#:    0247CR00698
OFF:  THREATENING              TO KILL                      THREAT
DISP: 5/6/02 G 6MO CMTD                                     STATUS: C  WPD:

RAIGNMENT: (003)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655A
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 G CMTD 4-8YR VWF                            STATUS: C  WPD:

RAIGNMENT: (004)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655B
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 G CMTD 4-8YR                                STATUS: C  WPD:

RAIGNMENT: (005)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655C
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 DISM                                        STATUS: C  WPD:

RAIGNMENT: (006)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655D
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 DISM                                        STATUS: C  WPD:

RAIGNMENT: (007)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655E
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 DISM                                        STATUS: C  WPD:

RAIGNMENT: (008)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655F
OFF:  RAPE OF CHILD              UNNAT U/16                 RAPE CH
DISP: C 7/13/92 DISM                                        STATUS: C  WPD:

RAIGNMENT: (009)
ARG-DATE: 04/27/92 PD:     COURT: WORCESTER SUPERIOR        DKT#:      9202655G
OFF:  INDECENT A&B ON CHILD         U/14                    A&B IND CH
DISP: C 7/13/92 DISM                                        STATUS: C  WPD:

RAIGNMENT: (011)
ARG-DATE: 04/27/92 PD:      COURT: WORCESTER SUPERIOR      DKT#:      9202265I
OFF:   INDECENT A&B ON CHILD          U/14                  A&B IND CH
DISP: C 7/13/92 DISM                                        STATUS: C   WPD:


RAIGNMENT: (012)
ARG-DATE: 04/27/92 PD:      COURT: WORCESTER SUPERIOR      DKT#:      9202265J
OFF:   INDECENT A&B ON CHILD          U/14                  A&B IND CH
DISP: C 7/13/92 DISM                                        STATUS: C   WPD:


RAIGNMENT: (013)
ARG-DATE: 04/27/92 PD:      COURT: WORCESTER SUPERIOR      DKT#:      9202265K
OFF:   INDECENT A&B ON CHILD          U/14                  A&B IND CH
DISP: C 7/13/92 DISM                                        STATUS: C   WPD:


RAIGNMENT: (014)
ARG-DATE: 04/27/92 PD:      COURT: WORCESTER SUPERIOR      DKT#:      9202265L
OFF:   INDECENT A&B ON CHILD          U/14                  A&B IND CH
DISP: C 7/13/92 DISM                                        STATUS: C   WPD:


RAIGNMENT: (015)
ARG-DATE: 12/18/87 PD: LEU COURT: LEOMINSTER DISTRICT      DKT#:    8761CR1982A
OFF:   FAIL TO APPEAR ON PERS RECOG                        FL APR PER RECOG
DISP: DF D/R 1/26/95 G FILE                                 STATUS: C   WPD:


RAIGNMENT: (016)
ARG-DATE: 09/09/87 PD:      COURT: LEOMINSTER DISTRICT      DKT#:       871484
OFF:   LARCENY MORE                                         LAR MORE
DISP: C 10/2/87 DF D/R 1/26/95 G FILE                       STATUS: C   WPD:


RAIGNMENT: (017)
ARG-DATE: 07/23/87 PD:      COURT: FITCHBURG DISTRICT       DKT#:    8716CR0976A
OFF:   LARCENY MORE                                         LAR MORE
DISP: DF 12/6/94 D/R G FILE                                 STATUS: C   WPD:


RAIGNMENT: (018)
ARG-DATE: 05/01/87 PD:      COURT: LEOMINSTER DISTRICT      DKT#:       870746
OFF:   SHOPLIFTIN                                           SHOPLIFT
DISP: G $200 FINE DF 6/16/87 DF D/R 1/26/95 FINE REMIT     STATUS: C   WPD:


***** ****** ****** ***** END OF ADULT APPEARANCES ***** ****** ****** ******

# ATTACHMENT "B"

*The Commonwealth of Massachuse.*

*Executive Office of Public Safety*

*Department of Correction*

*M.C.I. Cedar Junction at Walpole*

*P.O. Box 100*

*South Walpole, Massachusetts 02071*

*Tel.(617) 727-1684 Fax.(617) 727-6571*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Peter Allen
*Superintendent*

To:        Steven Silva, Director of Security

Thru:      Lieutenant William Grossi, IPS Commander

From:      Officer Carter Thomas, IPS *Carter Thomas*

Date:      October 17, 2001

Re:        **EXECUTIVE SUMMARY/I01-19**

On September 12, 2001 an investigation was initiated into the ongoing inappropriate correspondence being sent to a variety of people by inmate Joseph Schmitt. Based on all facts physical evidence and the interview process the following was determined:

Inmate Joseph Schmitt did author sexually perverted, child pornographic stories with the intent to distribute for the purpose of financial gains. These sexually fantasized child pornographic stories were sent to a Ms. Diana Sheridan. Ms. Sheridan is the Associate Editor of pornographic magazines, such as "Young and Hung", "Coming Out", "Boy Next Door", "Tender Chicken", "Latino Boys" and "Cherry Boys". Ms. Sheridan would publish these stories and pay inmate Schmitt for them.

In an attempt to gather additional information inmate Schmitt was placed on the Mail Monitor where it was discovered that he had received a check for one-hundred dollars from Ms. Sheridan. Further information was obtained regarding future payment and issues due to pay: '

Young and Hung (#5) 5/2 pays mid February, 2002
Coming Out #25 5/2 pays mid February, 2002
Options 185 4/2 pays mid February, 2002
Tender Chickens (#6) January, 2002 pays mid-October

## AS A RESULT OF THESE FINDINGS, MY RECOMMENDATIONS ARE:

1.  That inmate Joseph Schmitt receive the appropriate disciplinary sanction for authoring obscene, abusive language in an attempt to distribute for personal financial gain

2.  That this matter be referred to the District Attorney's Office in order that "sexually dangerous person" status may be obtained for this inmate

SUBMITTED BY: *James A. Thomas*    REVIEWED BY: *W. Kloss  LT/CPS*

**COMMENTS:**

# ATTACHMENT "C"

# ATTACHMENT "D"

# ATTACHMENT "E"

Form A

**M.C.I. NORFOLK**

**MASSACHUSETTS DEPARTMENT OF CORRECTION**

## DISCIPLINARY REPORT

**INMATE** Joseph Schmitt          **I.D. NO.** W-57126          **HOUSING UNIT** RB

**DATE** 6/18/98          **D-REPORT NO.**          98-0682

**OFFENSE** #2, #8, #32 (see reverse side)          **CODE NO.**

**MINOR**          **MAJOR** X          **REFERRED TO DISTRICT ATTORNEY**

**DESCRIPTION OF OFFENSE**

On February 5,1998 a mail monitor was placed on inmate Joseph Schmitt, due to an ongoing investigation, per 103 NOR 481 Mail Regulation Section 14.

On June 17,1998, while monitoring inmate mail, this reporting officer observed an envelope addressed to Mrs. Carmella N. Schmitt, 65 Norman Rd. Apt. #C, Norwich, CT. 06360 from inmate Joseph Schmitt. Inside this envelope was another sealed envelope addressed to inmate George Beaudry (W-53780), housed in unit 1-3, thus circumventing the D.O.C. Mail system. This correspondence contained a detailed description of Molestation and Sexual Abuse of an eleven (11) year old male child. This letter also contained three (3) separate photographs of young male children.

This letter was placed in an evidence bag and secured in the Inner Perimeter Security evidence room. Inmate Schmitt was placed on Awaiting Action status. All the proper authorities were notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?          SHIFT  I.P.S.

YES XXX          NO _____          DAYS OFF  SM

REPORTING STAFF PERSON'S SIGNATURE          C.O. Anthony Ciccone

SHIFT COMMANDER'S SIGNATURE

DISCIPLINARY OFFICER'S SIGNATURE

FINDING AND SANCTION, IF ANY          60          days loss incoming     depart     60 days loss visits    60 days loss personal phone calls
(transcribed from disciplinary hearing if major matter)

APPEAL RESULTS

REVIEWING AUTHORITY          DATE:

# ATTACHMENT "F"

Feb 28, 2002
bout 10:30 pm

Hi Joe

Guess what? I weighed 250 pounds a couple weeks ago and today I had to go upstairs nurse and weighed myself expecting to see a steady 250, but it read 239. Figure 5 pounds for the cuffs and leg irons in all the weights. I started a killer diet and lost 11 pounds in 2 weeks! I feel good about that. I'm seriously trying to slim way down. I hardly eat now and do some pacing. By April I'll be at an ok weight to do push ups. I've got a bummer shoulder - my right. Hurt it doing inclined push up before I went to NM. I was banging out 4 sets of 50 military press, no shit. It took me a month in seg to build up to it. I did 4 sets after every meal and before bed! I also did sit ups, jumping jacks, high knee lift jogging. I probably did an hour of work out 4 times a day - and I was still smoking too! Then I went to the land of enchantment and got me a pot belly and an inner tube waist! Well I'm going to sue the Mo. D.O.C. and 4 of its' employees over this last D-report. Taking it right to Federal Court, not superior court where it seems the D.O.C. has connections too extensively. The little cunt who wrote the ticket is Patrick Mulvey an IP Sgt. The legal stuff I sent out yesterday, I just found out its being returned. I tied 4 9x12 envelopes together with a strip of sheet, and since all 4 were at the same Jost I simply addressed each envelope to a defendant and sent the package cert. mail. I had 2 packages like that. One package for 4 defendants here at MCI-CJ, and another 4 at MCI-Camomand. The 3rd package went to the D.O.C. The Captain let me kn about it when he did his rounds, said I'll probably get it back tomorrow. I talked to the C/o who passes out - packs up mail and he told me to give it to him and he'll tape em together. The captain smiled when he told me they didn't like the fact I used a strip of sheet to tie the 4 envelopes together. I guess they'll be a note about why it was returned. The captain didn't say anything about a ticket but if I got charged up for a lousy sheet I'll send the fucking sheet to ....

**EXHIBIT**

I

for it right? I get canteen tonight. 2 books of stamps. Got 20.00 off.
Didn't get any word back from the case worker or inmate accounts re my $
so I'll have to wait till tomorrow. Did I tell ya that I've let my beard grow
out since my 37th birthday Dec 2nd? Its thick and long - not my cock, Joe. my
beard! - new but way too many white hairs. My hair will be long enough to put in
a tail again by August. I'll keep it long and keep the beard too. I'll just dye it
Sht! I spaced out just now and realized that I forgot to include a motion
for the exhibits I sent to the library last night! Damn! Now she'll probably
hold them for a week and reject em cause I didn't include any motions, and
even if she doesn't hold me up. If she copies em I still have to write the
fucking motion and get 2 copies made! I'll just make copies myself instead
of photo copies which'll take too long any way. By the way I'm laying on the bunk
I just scooped out my cock and balls and got my cock hard playing with it. Hey its
mine, I can play with it if I want too. I've always loved to play with it. Wle
I was pre-pub and starting puberty I loved how my cock felt & looked rock hard. Even
how my fat nuts felt! You get good desirable looking cock & balls and some that
just don't cut it. Veiny lumpy cock is O.U.T. Smooth soft fleshed cock
I.N., in my mouth or Yeah! Nice tapered head, not a fucking mushroom head.
Nicely colored golden tan with a red head, or purplish red. My cock is the only flesh
that maintained my olive color. I need to hit the nudist beaches to get my Italian
skin tone back. That and dark hair without the white and I'll look good again. And
a trim 165-170 pounds I'll do it. I've got the perfect incentive. Cant attract
the young stuff looking 50 ish. Well I've been writing all day long. I need to
get naked and drain these dependable nuts now. I'll think of you kneeli-
in front of me and blowing my hot cum all over your face and into your
mouth as I jack off and then face fuck you immediately after I nut to
stay hard and wear out your mouth and throat or Oh yeah we have a hw
Houston. Blast off in 10, 9..... See ya later _____

Hey shit for brains hows life treatin ya? By the way its 3-1-02 now and probably 9:00 pm now. Got another D-report tonight. The pussy Stephen Kennedy now ape letter to Attorney's! Yeah I wrote a letter to the DOC attorney and mailed it out on the 27th PM which means it goes to the post office on the 28th. Well this pussy Kennedy is trying to say I'm threatening and everything else. See their game plan is to make me look out of central, but the fact is I'm totally in control. I'll battle these corrupt cock suckers now and when I get out. Like I told this corrupt cunt attorney ill fight corruption free to face as a free man come Aug 1 and I guarantee I won't back the fuck down till I destroy the corruption! As a free man they won't be able to fuck with me and I'll have a kick ass attorney on my side to lay waste to them! I know what they're trying to do Joe but it ain't happening (cunt on that you fucking punk) Believe me Joe I laugh at these punks. I was better when I'm ticked off and baby boy I'm walking perfect now a days ☺ See they want me to say I'll kill em, find out where they live and rape or murder their kids, or sit at a distance with a high power rifle and take a few heads apart before they realize its a slaughter fest. Joe, they ain't worth the price of an act like that. But believe this my friend Karma is real and they will all get theirs sooner or later. Whats the old saying??? Oh yeah, what goes around comes around, and its going to come around really nasty on these corrupt swine. Ja, sucking Indian boy cock Yet? You probably are. Fucking fool! Yeah you read it right I said Fucking Fool! I'm tired. My fucking ear is ringing bad now. I'm not taking any meds anymore. Fuck that shit. I'll get back to ya later, my thought I don't know. I don't know I might jerk off and think about how punk Kennedy would feel if he was kid napped and sodomized and forced to suck a pussy cock without dropping! Then have his balls sliced off and plain out torture for a solid month. I'd love to see one of these corrupt swine get caught up by a j who would enjoy such vicious acts. They believe they can't be found or touched but its not true Joe, They can be found and put down on their knees to beg for mercy and fairness, something their corrupt souls knew nothing about even their too corrupt. But

Hey penis breath, I'm back. It's about 9pm Sat night March 2nd.
I slept all day long till about 4:30pm   I heard mail slide under my door and
it was court mail, Jail mail and IRS mail. The IRS just let me know that the bank
didn't accept the deposit so they are sending me a check which I'll get within 3 weeks.
I don't know what the heck is going on with my 8 here. The $1,167.44 was
supposed to be put back on my account but it clearly wasn't. I had like
35.00 but now its below 10.00. And the court clerk returned my lawsuit cause
☹ I wrote "2 part action" on the cover sheet. Anyway I had to use 12 stamps
to get it mailed back to the court. I'm sending another heavy package
and that'll drain my account. I have 8 stamps left, not counting the stamp I'm
using to mail this out. Oh and pussy boy superintendent wrote back telling me
all the stuff not used in the O-report evidence will be returned 6 months after the
investigation is completed. I'm not going to argue with him I'll take it up in
court and make them return my stuff. You should be getting your tax return
soon. Hope you do the right thing with all that dough! I'm sorry Jo
but I'm just not in the mood to write so I'll end this and put
it in the envelope ready to get mailed tomorrow night. I'm sending
a 2002 calender with the date circled. I've contacted a lawyer abo.
the GT. NM, freaked me out of so wish me luck on getting it. It's only
7.5 days but that's 7.5 days I'll be free sooner and 7.5 days
more warm days to check at the beach boys ☺ Find me a hot body
And suck his stiff cock till his ass hole caves in too. That d-licious tu
of tangy boy-cum. Um um good! Stay out of trouble little Jo.
And soon will be free & Happy and doing an AI, oh yeah!

PS: my next letter I'll tell you          Big Love Forever
something about a relationship I          No Doubt
had with a man when I was
young.          I know the answer its not te
          and to this and not the date so

# ATTACHMENT "G"

6

27 · Feb - 02
2:45 AM

Diana -

Hi Sexy 😊
Now you better have smiled with an opening like that! I'm still smiling.

Finally get my legal stuff tonight and have 4 9x12 envelopes going out this morning. Its the big whammy jammy law suit, I just added on a two bit attorney whose as the 20th defendant! Now you know me well enough so I need not apologize. This dumb bitch needs to get slapped around, fucked in her ass then sent home to cook and wash dishes! The fucking cunt has the balls to tell me I better "request" not "Demand". A bitch like this deserves to be fucked up. I mean here she is dictating to me about how I cant demand what the constitutional amendment states I have a Right to! Oh and get this, she is preventing me from getting legal copies I need, am entitled to by Fed & state law, to serve all the defendants. A cunt aint supposed to have balls so I'm going to do this bitch a favor and enshrine her by going right to the Mu. Bar Assoccation. ____ Ah that felt better than sex? NOT! But, really these DOC (Dept of Correction) attorneys think they can bulldog us. Shit the only thing shill bulldog is my stiff *!8*. And like it! 😊

I'll have to wait for this case to get a docket # then put a motion in to combine it with the case I already have going on the same issues. I've still got to write up a bomb shell motion with the contracts, original runs, and the issue copies I let you know about. BE SURE TO KEEP A COPY AT THE FORT OK? If I cant get the copies in I'll send the motion to you with detailed instructions (I'm sure you understand, right?) of how to put the documents in order and who to mail it to ____ the court and the defense counsel. Psst, Psst, don't let them know, but I stuck it up their own ass. It's in B & W now. Papa Joe got em self a paper trail and they HAVE TO stick to it! Oh yeah baby, papa Joe one mean conniven' sonabitch 😊