# ATTACHMENT "H"

Feb 7, 2002

Kiara,

Hi there!

Yesterday I sent you a ck payable to Joseph Schmitt, so you can cash it, for the amount of $1,400.00. I received the funds on the voided ck I sent to you for my mom ($1,167.44) plus a $384.00 tax ck dropped out of the sky (😊 shhh don't tell). And my good friend Joe Chavez informed me in a much delay letter that he is sending a $200.00 ck to you for me — in my name. I expect another $600.00 from J.C. Hope you don't mind that I told him to send it directly to you. Its a prison ck not personal ck of course so its guaranteed not to bounce 😊 I may send you another $100.00 to bring my account to just under $70.00. I hope all the cash isn't stressing you out??? Oh the receipt I got for the $20.00 said "cant read" as ie. the sender. I don't know what name you put, but if its an issue simply put my name as the sender if you want ok? I'm hoping for $300.00 from another friend but I think he decided to screw me ☹ I'm glad you're able & willing to help. If I can get everything from AJA before Aug that'd be awesome. I'd have over 3 grand to start out with and thats clothes and a van. I need the "van" to live in as well as get around. I'm actually suing "The United States of America". The postal service fucked up and "lost" my tv and stuff so I took em to Superior civil court and Tuesday March 5th I got notice from the Assistant United States Attorney that the case was transferred to District court. I love it. I'm suing Uncle Sam!

# ATTACHMENT "I"

MCI CEDAR JUNCTION RECEIVED FEB 21 2002 LAW LIBRARY DEPT. OF CORRECTIONS

(1)

Beverly Veglas,

RE: 11 Request for legal copies submitted since Feb 4, 2002

Listen up you stupid fucking cunt whore! Stop playing games with my legal material. Copy it all as requested. And return it to me. I'm all done writing polite requests. Get off your lazy fat ass and do your fucking job bitch!

And if you don't like my tone or attitude to bad... Do your fucking job correctly and I'll have no cause to get pissed off at your corrupt actions.

Shove your D-report up your fat ass!

Joseph Schmitt
W57126

# ATTACHMENT "J"

M.C.I. NORFOLK

## MASSACHUSETTS DEPARTMENT OF CORRECTION

Form A

### DISCIPLINARY REPORT

INMATE Schmitt, Joseph   I.D. NO. W-57126   HOUSING UNIT SMU 337

DATE 25 July 98   D-REPORT NO. 98-0809

OFFENSE 1,2,3,7,8,18,32,33   CODE NO. _____

MINOR _____   MAJOR ✓   REFERRED TO DISTRICT ATTORNEY _____

DESCRIPTION OF OFFENSE

On 25 July 98 at approximately 11:35 AM, while assigned to the SMU 3rd floor, this reporting officer observed inmate Schmitt, Joseph, W-57126 assigned to SMU 337, placing 2 pieces of cardboard over the observation window to his cell. Inmate Schmitt was given (3) three direct orders to remove the item. Inmate Schmitt refused to comply and answer the order. The SMU Sgt was then notified.

Once the SMU Sgt was present, inmate Schmitt stated he would, given the chance "physically assault this reporting officer with any means possible." Inmate Schmitt then began to verbally attack this reporting, stating, "You are not but a fucking cock-sucker, mother fucker, pussy whipped bitch! You better watch your back, you just made the death list along with that dick head Lenno, that faggot Cusimo. I'll get you, you can count on it."

Inmate Schmitt then began to fill up his sink with water, and made comments about flooding his cell out unless his demands were

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?

YES ✓ NO _____

SHIFT SMU 7x3
DAYS OFF WT

REPORTING STAFF PERSON'S SIGNATURE _____

SHIFT COMMANDER'S SIGNATURE _____

DISCIPLINARY OFFICER'S SIGNATURE _____

FINDING AND SANCTION, IF ANY Guilty 1,3,7,8,18,19 Dismiss 2,33
(transcribed from disciplinary hearing if major matter)

15 Days DIS 60 days Loss of Radio 30 day Loss of V31H

APPEAL RESULTS _____

REVIEWING AUTHORITY _____   DATE: _____

M.C.I. NORFOLK

MASSACHUSETTS DEPARTMENT OF CORRECTION    Form A

DISCIPLINARY REPORT

INMATE Schmitt, Joseph   I.D. NO. W 57126   HOUSING UNIT SMU 337

DATE 26 Jul 98   D-REPORT NO. 98-0819

OFFENSE 19  428   CODE NO. _____

MINOR _____ MAJOR ✓ REFERRED TO DISTRICT ATTORNEY _____

DESCRIPTION OF OFFENSE

ON 26 JUL 98 AT APPROXIMATELY 2:51 PM, THIS REPORTING OFFICER RECEIVED A PACKAGE FROM INMATE SCHMITT, JOSEPH W-57126 ASSIGNED TO SMU 337. THE PACKAGE ADDRESSED TO: SUPT. HALL FROM: JOE'S BAR & GRILL WAS LATER FOUND TO HAVE CONTAINED HUMAN FECES & HUMAN SEMEN. THIS PACKAGE WAS HANDED OVER TO THE 3X11 SHIFT FOR THE SMU & LATER TO IPS. —EOR/sk

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS?
YES ✓   NO ____
SHIFT SMU 7x3
DAYS OFF WT

REPORTING STAFF PERSON'S SIGNATURE _____
SHIFT COMMANDER'S SIGNATURE _____
DISCIPLINARY OFFICER'S SIGNATURE _____
FINDING AND SANCTION, IF ANY G.  1,2,8,19   15 Days D/S
(transcribed from disciplinary hearing if major matter)

60 Days Loss of Units  60 Day Loss of Canteen

APPEAL RESULTS _____

REVIEWING AUTHORITY _____   DATE: _____

# ATTACHMENT "L"

3/26

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt     ID#: W-57126     HOUSING UNIT: DDU

DATE: March 12, 2002     D-REPORT #: 02-0396

OFFENSES(S) & CODE NO.:   #1 – Insolence towards staff     #18 – Threatening another person

#2 – Violating institutional rules   #19 – Use of threatening language

#8 – Disruptive conduct

MINOR _____   MAJOR (circled)     REFERRED TO DISTRICT ATTORNEY _____

MAJOR _____                        REFER TO SPECIAL DDU HEARING OFFICER _____

DESCRIPTION OF OFFENSE(S):

On March 12, 2002, inmate Joseph Schmitt exhibited disruptive conduct and threatened a staff member, thus violating institutional rules and regulations.

During a Disciplinary Hearing within the Department Disciplinary Unit's B-Wing Multi Purpose Room, inmate Joseph Schmitt became disruptive and insolent towards this reporting officer. Schmitt referred to me as a 'punk ass Sergeant' and his actions caused his removal from the hearing.

As inmate Schmitt was being escorted out of the Multi Purpose Room, he began yelling to me 'I'm getting out real soon. You wait until then, I'll see you at your house and I'll fucking kill you.' Inmate Schmitt further stated 'You wait and see what I'll do to your kids'.

Correction Officer William Faria (Hearing Officer) and Sergeant John Lopes observed inmate Schmitt's actions. All appropriate staff were notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES _____ NO ✓

REPORTING STAFF PERSON'S SIGNATURE _____

DAYS OFF   Sun / Sat        Sergeant Stephen Kennedy, Special Investigator
                            (PLEASE PRINT NAME)
SHIFT   8 / 4

SHIFT COMMANDER'S SIGNATURE _____   Date: 3-12-02

DISCIPLINARY OFFICER'S SIGNATURE _____   Date: 3/13/02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____   Date: 3/27/02

# ATTACHMENT "M"

## Paul D. Zeizel, Psy.D.
1101 Beacon Street, Suite 5W
Brookline, MA 02446
(617) 731-4300

July 17, 2002

Attorney Peter Pratt
Commonwealth of Massachusetts
Office of the District Attorney
Worcester County Courthouse
2 Main Street
Worcester, MA 01602

Dear ADA Pratt,

    I have just concluded a psychodiagnostic evaluation of Mr. Joseph Schmidt (DOB: 12/2/64, 37 years old). I write this letter as a brief status report on Mr. Schmidt. A full report will be forthcoming.

    Mr. Schmidt is a thirty-seven-year-old white male who was convicted on 7/13/92 in Worcester Superior Court of rape and abuse of a child. I quote from the Sex Offender Release Information. *"The two victims who were living in Fitchburg with their uncle during the time period of March 1985 to May 1989 described to police how the uncle had been sexually abusing them. They relayed accounts of being forced to perform oral and anal sex. They also stated that these acts were accompanied by threats."* Mr. Schmidt shared with me that he did indeed abuse his niece and nephew, primarily his nephew, but denies the use of force or threats.

    The Static-99, an actuarial instrument, was presented to Mr. Schmidt in which he received a score of 5. A score of 5 places Mr. Schmidt in the medium-high category for the likelihood of sexual recidivism. Among the high risk factors for Mr. Schmidt includes not having completed sex offender treatment though he reports having completed Phase 1 of treatment before being kicked out. Additionally, he has no significant release plan if he were to be released from jail. He stated that he would move in with his girlfriend Christine Lopez in New Mexico. Ms. Lopez is currently incarcerated in a New Mexican Department of Correction facility and has been there for the past few years. She is scheduled to be released in October of this year. Though he plans on moving in with her, Mr. Schmidt has never met Ms. Lopez.

    Additionally, Mr. Schmidt has written sexually explicit letters to convicted pedophiles - one in New Mexico and one in Georgia. He shared with this examiner that

Schmidt, Joseph - 8/17/02 - Page 2 of 3

the purpose of writing to these men in sexually explicit ways is so he can gather information against these men and provide this information to the District Attorneys' Offices in both of these municipalities. This statement by Mr. Schmidt is highly improbable. Mr. Schmidt denies deviant arousal which is one of the most significant variables in predicting recidivism. However, the content of his letters seems to demonstrate that he still has a powerful sexual attraction to young boys. By the nature of his crime, he meets the diagnosis of a pedophile.

Additional salient features are sexual preoccupation, lack of stable adult relationships, and evidence of a sociopathic or antisocial personality disorder. By the large number of sexually explicit letters that Mr. Schmidt has written to the two other pedophiles demonstrates sexual preoccupation. Mr. Schmidt indicated to me that he is bisexual with the majority of his sexual interest being in women rather than men.

He stated that he has been arrested approximately half a dozen times and was arrested prior to the age of fifteen for shoplifting. He stated he was approximately eleven years old at the time. He spent time in a juvenile detention hall. He had significant drug problems as an adolescent and was sent to a drug treatment facility named Elan for eighteen months in Maine. Therefore, there is evidence that suggests that Mr. Schmidt has an antisocial personality disorder given the fact that he was involved in criminal behavior prior to the age of fifteen.

I had the opportunity to meet with Mr. Schmidt for approximately two hours, review records provided to me by the Worcester County District Attorney's Office, and review his 6-part file at MCI-Cedar Junction. The totality of this information including a high score on the Static99, a minimum of SOTP treatment, a diagnosis of a mental abnormality, namely pedophilia, a personality disorder, namely, an antisocial personality disorder, the lack of a relapse prevention plan, and no significant release plan all reflect an individual who meets the guidelines of Massachusetts General Laws, Chapter123A, Section 1. I therefore believe that a probable cause hearing would be appropriate in Mr. Schmidt's case.

**Informed Consent/Lamb Warning:**

On July 17, 2002, I had the opportunity to meet with Mr. Joseph Schmidt for approximately two hours. Prior to my interview with him, I informed him that I was a Qualified Examiner there to examine him for the purpose of determining whether a probable cause hearing should be held and whether he meets the criteria pertaining to Massachusetts General Laws, Chapter 123A, Section 1. I indicated to him that he had the right to refuse to meet with me and that by meeting with me, any information shared would not be held privileged or confidential. He was informed that anything we discussed might appear in a report or in dialogue with the Commonwealth's attorney,

Schmidt, Joseph - 8/17/02 - Page 3 of 3

with his attorney, or upon cross-examination if this case went to Superior Court. He was informed that he could initially meet with me, then terminate the interview at any point in time if he chose to do so. He could be selective in answering questions throughout the interview. At the end of my presentation, I asked him if he understood these guidelines that were presented to him and asked him if he was able to paraphrase them. Mr. Schmidt stated that he understood the Lamb Warning, was indeed able to paraphrase these guidelines, and answered all questions that were asked of him.

**Legal Standard for a Sexually Dangerous Person:**

Massachusetts General Laws, Chapter 123A, Section 1 defines a Sexually Dangerous Person as *"any person who has been convicted of or adjudicated as a delinquent or youthful offender by reason of a sexual offense and/or who suffers from a mental abnormality or personality disorder which makes that person likely to engage in sexual offenses if not confined to a secure facility."* Section 1 further defines a mental abnormality as *"a congenital or acquired condition of a person that affects the emotional volitional capacity of the person in a manner that predisposes the person to the commission of criminal sexual acts to a degree that makes the person a menace to the health and safety of other persons."* Personality disorders are defined as *"a congenital or acquired physical or mental condition that results in a general lack of power to control sexual impulses."*

Respectfully submitted,

*[signature: Paul D. Zeizel, Psy.D.]*

Paul D. Zeizel, Psy.D., Licensed Psychologist
Qualified Examiner