# UNITED STATES DISTRICT COURT
## FOR THE
### District of Massachusetts

Joseph P. Schmitt, pro se
  Plaintiff,

- vs -

Patrick Mulvey, et al.
  Defendants.

Civil Action No.
2004-10717-RWZ

## PLAINTIFF'S MOTION FOR COURT ORDER

Now comes the pro se plaintiff, Joseph P. Schmitt, in the above-entitled action and moves this Honorable Court to Order the defendant, Massachusett Department of Correction, to photo copy case law and other relevant materials plaintiff deems necessary to prosecute his immediate civil action and all other actions filed in this Court, any court of the United States of America.

In addition to the above, plaintiff further moves the Court to Order the defendant, Ma. D.O.C. to photo copy all the plaintiff's legal materials without said materials being removed from his presense and brought to a location away from the institution's law library to review said material and perhaps make photo copies for files used by the Ma. D.O.C.

(1)

As grounds to support the above motion plaintiff states the following under pains and penalties of perjury:

1. Defendant's have an unfair advantage over plaintiff by reading, photo copying and otherwise have access to plaintiff legal material relevant to this action, and all other legal actions filed in the USDC against the Dept. of Correction and/or its employees.

2. Defendants have no legitimate governmental interest to review plaintiff's legal materials to be photo copied. Any and all material the plaintiff may have aquired has, by various DOC polocies, been checked to ensure it is not contreband well prior to being incorporated into any legal materials to be photo copied.

3. Defendants' have unlimited access to legal research. The plaintiffs due process right can not be satisfied when he is not able to have equal access to research material. Plaintiff, being a civil temporary detainee, can not be granted equal grounds as that which the defendants clearly have, but if plaintiff is allowed to obtain photo copies of relevant case law and other research so as he may have access to it day and night seven days a week, not just 3-4 hours a day Monday through Friday, which is in reality far more time that can be used due to how the facility runs its law library.

4. Defendant has a great deal of legal issues to prosecute, and given the very best circumstances offered by the facility he is detained at, he can not obtain a meaningful amount of legal rescach comprehension to prosecute his claims and issues.

(2)

Additionally, Plaintiff moves the Court to Order the Department of Correction to provide plaintiff with typewriter ribbons, correction ribbons and typing paper to be used by plaintiff in his personal typewriter, for his many legal issues. Plaintiff is indigent by Dept. of Correction standards and the Commonwealth's legal stands. Plaintiff would have free access to the above material free of all costs plus have access to the D.O.C's typewriters. It is beneficial to the plaintiff and D.O.C. to simply provide the above materials for legal use. Plaintiff clearly needs more access that he can obtain at the law library via normal means. Allowing plaintiff the noted materials above allows access to the law library and its' materials to other inmates that do not require the great need of the plaintiff.

WHEREFORE, plaintiff prays this Honorable Court issue an ORDER, GRANTING the above, to the defendant, Department of Correction.

Dated 1-5-2006

cc: C. Raye Poole, Esq.
JPS File

Respectfully filed

Joseph P. Schmidt, pro se
30 Administration Road
Bridgewater, Ma 02324-3230

(3)