UNITED STATES DISTRICT COURT
FOR THE
District of Massachusetts

Joseph P. Schmitt, pro se,
  Plaintiff,

v.                                          Civil Action No. 04-10717-RWZ

Patrick Mulvey, et al.,
  Defendants

### Plaintiff's Motion for Production

Now comes the pro se plaintiff in the above action and moves this Honorable Court for an order for the defendants to produce a true and complete copy of the Department of Correction (D.O.C.) policy regarding "I.P.S Investigations."

Plaintiff states that the above requested material is vital to his prosecution of this action, and without this material he will be deprived his due process and equality under law.

WHEREFORE, plaintiff moves that this Honorable Court ORDER counsel for defendants to produce a true and complete copy of the 103-DOC policy regarding "I.P.S. Investigations"

(1)

which were in effect for the time period of January 1, 1998 to August 2002.

Defendants clearly indicate plaintiff was being investigated during this period of time, and therefore it is reasonable and justified for plaintiff to have a copy of the policy which dictates the actions of the defendants during an alleged investigation. Plaintiff has the absolute right to challenge any policy when it has such an impact upon him as this alleged ongoing investigation by defendants

Dated: January 6, 2006

Respectfully filed

/s/ Joseph P. Schmitt

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Ma. 02324-3230

Certificate of Service

I, Joseph P. Schmitt, hereby certify that a copy of the above motion was served to defendants counsel C. Raye Poole on January 6, 2006 via institutional mail.

/s/ Joseph P. Schmitt

(2)