UNITED STATES DISTRICT COURT
FOR THE
District of Massachusetts

Joseph P. Schmitt, pro se
Plaintiff,

v.                                      Civil Action No. 04-10717-RWZ

Patrick Mulvey, et al.,
Defendants

### Plaintiff's Motion for Court Order

Now comes the pro se plaintiff and moves this Honorable Court to issue an ORDER to defendants to process plaintiff's legal mail free of cost to plaintiff.

As grounds for the above-captioned motion plaintiff states:

1) This Court has found plaintiff to be indigent and has allowed him to proceed in forma pauperis.

2) Plaintiff is a temporary civil detainee, not a prisoner. The Dept. of Correction uses policy created for prisoners to deny plaintiff indigency status, and free mail processing.

3) Plaintiff, if forced to pay said postage, would in effect be denied his constitutional right to access the courts and effectively prosecute his action(s) before the U.S.D.C.

WHEREFORE, plaintiff prays this court ORDER the defendants, MA Dept. of Correction, to process all legal mail, relevant to the plaintiff's legal action(s) before this Court, free of cost to said

(1)

plaintiff. Furthermore, said mail must be processed and delivered to an outside postal service within 24 hours of it being deposited in the institutional mail box by plaintiff. And, said mail must be processed and mailed as plaintiff deems necessary and as it would be if said plaintiff paid for the specific type of U.S. mail service, e.g. certified mail, proof of receipt, first class, 2nd class, or certified return receipt.

Dated: 1-10-2006

Respectfully filed,

/s/ Joseph P. Schmitt

Joseph P. Schmitt, pro se
Nemasket Correctional Facility
30 Administration Road
Bridgewater, Ma 02324-3230

Certificate of Service

I, Joseph P. Schmitt, plaintiff of the above action, hereby certify that a copy of the above-motion was served upon defendants counsel, C. Raye Poole, on 1-10-2006 via institutional mail.

/s/ Joseph P. Schmitt