UNITED STATES DISTRICT COURT
FOR THE
District of Massachusetts

Joseph P. Schmitt, pro se
 Plaintiff,

v.                                              Civil Action No. 04-10717-RWZ

Patrick Mulvey, et al.,
 Defendants

### Plaintiff's Motion for Declaratory Judgement

Now comes the pro se plaintiff in the above entitled action and moves this Honorable Court for a Declaratory Judgement, and an injunction to preclude any use or transmission of Alleged "child porn" type material to prosecute me either criminally or civilly.

As grounds to support his motion plaintiff states:

This Court has authority to act upon this motion pursuant to 28 USCA § 2201: Creation of Remedy or Declaratory Judgement. 28 USCA § 2202: further relief permitted for the 4th Federal Amendment violations, and 28 USCA § 1651 for issuance of an injunction.

This Honorable Court ruled on December 6, 2005 that the defendants actions infringed upon plaintiff's freedom of speech and due process rights. Based on the forementioned infringement of rights, it is correct to state that plaintiff is entitled to relief from the defendants. Furthermore, under such circumstances for which the defendant confiscated plaintiff's personal written materials and further censored and photo copied

-1-

incoming and outgoing mail, to and from the plaintiff, it is a clear violation of his due process, freedom of speech, and 4th federal Amendment rights. To use such material against plaintiff is using "Fruits of a poisoned tree."

WHEREFORE, plaintiff seeks a declaratory Judgement favorable to his cause. He seeks an injunction to preclude any use or transmission of all confiscated and or photo copied materials relevant to his cause. Plaintiff, as stated in his complaint, seeks all relief noted under "Prayers for Relief 1-9", and to have any and all materials confiscated and or photo copied returned to him to be disposed as he deems necessary. This shall include any and all confiscated and or photo copied materials transmitted to any other court officials or law enforcement officials or Corrections officials or any other Agency of the Commonwealth or United States of America. All materials shall be returned to the plaintiff and expunged from all proceedings and records outside this action.

Dated: January 10, 2006

Respectfully filed,

Joseph P. Schmitt, pro se
Nemansket Correctional facility
30 Administration Road
Bridgewater MA. 02324-3230

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was served upon counsel, C. Raye Poole, via institutional mail on 1-10-06