COMMONWEALTH OF MASSACHUSETTS
FOR THE
DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT, PRO SE,
    PLAINTIFF,

V.                                CIVIL ACTION NO. 04-10717-RWZ

Patrick Mulvey, et al.,
    DEFENDANTS

## PLAINTIFF'S MOTION TO ADD CO-PLAINTIFF

    Now comes the pro se plaintiff and moves this Honorable Court to allow the addition of a co-plaintiff.

    Plaintiff moves to add Robert Bernard as co-plaintiff. Plaintiff would assume the role of pro se counsel for both plaintiffs.

    As grounds to support this motion plaintiff states:

    Robert Bernard is in fact mentioned in this action as the recipient of the material used as the basis of this action. This individual is a citizen of the United States and clearly has a greater right not to have mail intended for him tampered with by the defendants.

    Plaintiff did cite case law that would include Mr. Bernard in his original complaint.

    Plaintiff lost contact with this individual and only recently has discovered a new address for him and has taken steps to inform Mr. Bernard of the situation as well as offer his service as pro se co-plaintiff counsel.

    Mr. Bernard's rights were violated by the defendants and it would save this court time and resorces to allow this motion instead of having to contend with a seperate action filed on behalf of Mr.

Dated: January 12, 2006

Respectfully Filed,

*[signature]*

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Certificate of Service

I, Joseph Peter Schmitt, hereby certify that a true copy of the above motion was served upon C. Raye Poole, counsel for the defendants on January 12, 2006

*[signature]*

Joseph Peter Schmitt, pro se