COMMONWEALTH OF MASSACHUSETTS
FOR THE
DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT, PRO SE,
    PLAINTIFF,

V.                                     CIVIL ACTION NO. 04-10717-RWZ

PATRICK MULVEY, ET AL.,
    DEFENDANTS

## MOTION FOR SEPARATE TRIALS

    Now comes the pro se plaintiff in the above-captioned action and moves this Honorable Court for separate trials for the above captioned action and a simular action before this Court entitled Schmitt v. Smith C.A. No. 04-10451-RWZ.

    Plaintiff is a pro se defendant without any schooling in law who is prosecuting his actions against train counsel for the many defendants. It is beneficial to plaintiff to have his cases tried seperate before the Court. Plaintiff cannot cite case law to support his motion, although he is certain that such cases exsist, and must depend upon this Court's judicial experience for such case law support. Plaintiff can only state in layman terms that he can only learn by trial and error. He has two cases before the Court and it benefits him to keep his cases separated. His cases have real and factual issues for which he is entitled to receive damages and other compensations for the wrongs done upon him by the defendants.

    WHEREFORE, plaintiff prays this Honorable Court grant the above motion and keep the actions (04-10717-RWZ and 04-10451-RWZ) separated regardless of the simularities of the actions. Plaintiff would even venture to claim that by uniting the actions for trial

Dated: January 12, 2006

                                  Respectfully Filed,

                                  Joseph Peter Schmitt, pro se
                                  Nemansket Correctional Facility
                                  30 Administration Road
                                  Bridgewater, Massachusetts
                                  02324-3230

## Certificate of Service

I, Joseph P. Schmitt, hereby certify that a true copy of the above motion was served upon C. Raye Poole, counsel for the defendants via institutional mail on January 12, 2006

                                  Joseph Peter Schmitt, pro se