UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
Defendants.

### DEFENDANTS' MOTION TO STAY PLAINTIFF'S PENDING MOTIONS AND ALL FURTHER PROCEEDINGS UNTIL SUCH TIME AS THE COURT HAS RULED ON DEFENDANTS' MOTION FOR RECONSIDERATION AND DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OUTSTANDING MOTIONS AND FOR FURTHER SANCTIONS

Defendants hereby move this Court to stay plaintiff's most recent motions and any further motions which he files with the Court until such time as the Court has ruled on Defendants' Motion for Reconsideration and Defendants' Motion to Strike Plaintiff's Outstanding Motions and for Further Sanctions. As grounds therefor, defendants state as follows.

1. Plaintiff in the above captioned matter continues to make frivolous and unnecessary filings in this case, further wasting this Court's and the Commonwealth's resources, including his two most recent filings: (1) Motion to Add Party, Docket No. 56 (in which plaintiff seeks to add a party, despite his lack of standing), and (2) Motion for Separate Trials, Docket No. 57 (in which plaintiff seeks two trials rather than one, despite that he has already agreed to the two cases being tried together, and citing as a reason so that he may gain trial experience).

2. Defendants are requesting that any of plaintiff's outstanding motions which the Court does not dismiss sua sponte be stayed pending this Court's determination on the Defendants' Motion for Reconsideration and Defendants' Motion to Strike Plaintiff's Outstanding Motions and for

Further Sanctions as the Court's determination may render these motions moot.

3.     Defendants are further requesting that plaintiff be sanctioned for any and all motions and papers which he has filed and/or which he files in the future that the Court determines to be frivolous and/or unnecessary, given that it is clear that in filing said motions and papers, plaintiff is continuing to waste the resources of both this Court and the Commonwealth.

                 Respectfully submitted,

                 NANCY ANKERS WHITE
                 Special Assistant Attorney General

Dated:  January 24, 2006         /s/ C. Raye Poole
                 C. Raye Poole
                 Department of Correction
                 Legal Division
                 70 Franklin Street, Suite 600
                 Boston, MA  02110
                 (617) 727-3300 Ext. 147
                 BBO# 632719

Certificate of Service

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 24th day of January 2006, I served a copy of the above motion by first class mail, postage prepaid, on the plaintiff, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts  02324.

                 /s/ C. Raye Poole
                 C. Raye Poole