UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH SCHMITT,
    Plaintiff,

vs.                          CIVIL ACTION NO: 04-10717-RWZ

PATRICK MULVEY, ET. AL.,
    Defendant(s).

### OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

Now comes the plaintiff, Joseph Schmitt, acting pro se at this
time, who opposes the defendant's motion to strike and moves this
honorable court to DENY the defendant's Motion. As grounds thereto,
the plaintiff states:

1)  The plaintiff is currently confined in a hostile penological
    environment which has adversely affected his emotional well
    being. There is constant loud noise and chaos that tends to
    destablize the plaintiff, and these conditions are detrimental
    to plaintiff's mental stability.

2)  If this Court in fact rules in favor of plaintiff's complaint,
    the Commonwealth would have fed prosecutors the fruits of a
    poisoned tree to utilize in proceedings that carry a "civil"
    label, but have seriously penal effects.  Since this plaintiff
    is forced to act as pro se counsel his pleadings should be con-
    sidered/contrued liberally, and the court should take into con-
    sideration the high degree of stress he currently faces by the
    legal quagmire under MGL. c. 123A § 14(a-d).

3) The defendants allege that plaintiff is attempting to thwart the District Attorney's petition for his civil commitment as a sexually dangerous person. If this court rules that the plaintiff is correct in his assumption that the DOC's actions were unconstitutional/illegal, then the District Attorney must not be allowed to submit the fruits of a poisoned tree to civilly commit him. None of plaintiff's claims are frivolous.

4) The plaintiff is protected by the first and fourth amendments to the federal constitution, which he believes the department of correction had violated by, not only seizing his private outgoing mail, but also by feeding the mail to prosecutors to use in hostile civil proceedings designed to commit him.

5) The plaintiff appologizes to the court if his repetative pleadings, and begs this honorable court to be as liberal with him as judicially reasonable. Plaintiff's apparent instability is the result of the defendant's maliciously motivated actions against him for crimes for which his debt is paid. It is espececially egregious that prosecutors would violate laws to achieve punishing a man for violating the laws.

6) The plaintiff does not desire to become a litigating machine. He simply would like his rights, privileges, and immunities guaranteed him by the constitution, enforced. The plaintiff would not be litigating as he is if the defendants were not violating several laws to achieve the goals of another law.

Wherefore, the plaintiff opposes the defendant's motion to strike, and begs this honorable court to deny their motion. Signed under the pains and penalties of perjury this 18th day of January, 2006.

Respectfully Submitted,

Joseph P. Schmitt, pro se
30 Administration Rd. D2.
Bridgewater, MA. 02324.