United States District Court
For The
District of Massachusetts

Joseph P. Schmitt, pro se,
    Plaintiff,

vs                                              Civil No. 04-10717-RWZ

Patrick Mulvey, et al.,
    Defendants

### PLAINTIFF'S MOTION TO AMEND MOTION NUMBER 49 ON THE DOCKET

    Now comes the pro se plaintiff in the above action and moves this Court to allow him to amend the above noted motion by including the attached letter dated 1-10-06 and addressed to Joseph Murphy, Deputy Superintendent, to said motion with regards to the additional request for an order for the defendants to supply plaintiff with legal materials needed to do his legal work.

    Wherefore, Plaintiff prays this Honorable Court GRANT the above motion and utilize the attached letter when it makes its ruling on motion number 49 on the docket.

Dated: 1-20-2006

                                                    Respectfully Filed,

                                                    Joseph P. Schmitt, pro se
                                                    30 Administration Road
                                                    Bridgewater, Massachusetts
                                                    02324-3230

TO: Joseph Murphy, Deputy Superintendent
FR: Joseph Schmitt, M-81137
DA: 1-10-06

Mr. Murphy:

    Due to the fact that I have 8-9 US District Court actions, 1 criminal appeal and a SDP case in active court I am requesting legal supplies to be usedin my cell. I request the following supplies: Typewriter Ribbons, Correction Ribbons, Pens, Typing Paper. I am indigent and can not afford to purchase ribbons or paper. Also due to the realistic fact that I have very limited access to the library typewriter I simply can not handle all my typing and necessary research. Having the requested supplies to use in the privacy of my cell - I will use my personal typewriter- will permit me to work on all my legal matters 24-7, will permit other inmates to use the library typewriter. I also would like to indicate that it is well known that I have concerns regarding many named residents. I do my best to avoid them and the potential trouble. Being forced to go to the library actually could lead to aggressive act against me by these residents. I would use the supplies if I go to the library or if I do the work in my cell. Also, I suffer from ADD and being in the library is very stressful for me for reasons noted so I have great difficulty conducting my legal work in such an unpredictable environment. Also handwritten motions are an issue for the court because of my sloppy penmanship. I have to type motions, etc.

    I request the following supplies per week - more if needed of course:

1) 2-3 Typing Ribbons
2) 2-3 Correction Ribbons
3) 50-100 pages typing paper
4) 1-2 black pens

    I request a written reponse to this request at your earliest convenience. Please note that this is an urgent matter for me. Thank you.

Respectfully,

Cc: USDC Civil Action (exhibit) (if needed)
    Attorney Chris LoConto
    JPS