UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se,
        PLAINTIFF,

vs                              CIVIL DOCKET NO. 04-10717-RWZ

PATRICK MULVEY, et al.,
        DEFENDANTS.


### PLAINTIFF'S MOTION FOR PRODUCTION

Now comes the pro se plaintiff in the above captioned action
and moves this Honorable Court to order the defendants to produce
the following evidential records relative to this action and USDC
Civil Action 04-10451-RWZ.

Plaintiff requests a true and complete copy of:

1.    Authorization from superintendant(s) or  Department of
Correction Commissioner(s) to open and review and/or photo copy my
incoming and outgoing mail.

2.    Any and all documentation alleging any and all reasons
for the request to open and review and/or photo copy my incoming
and outgoing mail.

3.    Any and all reports made pertaining to the above issues
by any and all  Department of Correction officials. This shall
include such documents as inner office memos and incident reports.

4.    Any and all documents produced which show what mail is
to be opened and reviewed and/or photo copied and why this action
is being taken and for the exact period of time it is to take
place.

5.    Any and all documents that show that the plaintiff was
afforded the opportunity to know his mail was being monitored and
what he could do to appeal the action within the Department of
Correction.

6.    Any and all policy restricted or unrestricted that is or was used as the legal basis for the authorization of the alleged mail monitor of the plaintiff's incoming and outgoing mail. Plaintiff states now that he has a right to this policy which is entitled "IPS Investigations" because it is the bases of the alleged legal authorization of the defendants to violate my rights and the rights of US citizens who my outgoing mail is intended for. Plaintiff's Due Process Rights are directly involved in this policy of the Department of Correction. The Department of Correction can not take a stand professing restricted policy or security issues to deny me a complete and true copy of this policy when it uses said policy to blatantly violate and/or infringe upon my Constitutionally guaranteed Rights.

7.    Plaintiff request the above documents for his entire period of criminal incarceration and for his incarceration as a civil detainee at the Nemansket Correctional Facility. This would be from September 13,1994 to the immediate date.

WHEREFORE, plaintiff prays this Honorable Court issue an ORDER to the defendants to produce the above itemized documents/records and forward them to the plaintiff without delay.

Dated: January 25,2006                    Respectfully Filed,

                                          Joseph P. Schmitt, pro se
                                          Nemansket Correctional Facility
                                          30 Administration Road
                                          Bridgewater, Massachusetts
                                          02324-3230


## CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, pro se plaintiff in the above action, hereby certify that a true copy of the above motion was served upon counsel for the defendants via Department of Correction mail service (because the defendants refuse to process plaintiff's mail free of postage so it can be mailed via US Postal Service) on January 25,2006