UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se,
    PLAINTIFF,

vs                                CIVIL DOCKET NO. 04-10717-RWZ

PATRICK MULVEY, et al,
    DEFENDANTS.

MOTION FOR SANCTIONS AGAINST DEFENDANTS COUNSEL

    Now comes the pro se plaintiff in the above captioned action and moves this court for sanctions against the defendants counsel for perjury and deliberately attempting to misslead this honorable court.
    As grounds plaintiff refers this court to the Defendants Motion To Strike Plaintiff'd Outstanding Motions And For Further Sanctions. (3) a motion to produce on January 11,2006 (docket number 50) requesting a copy of the department's policy regarding Inner perimeter Security investigations, when, if such a document even existed, it would not be turned over to Schmitt as it would pertain to matters of institutional security.
    Counsel blatantly attempts to decieve this court by claiming "if such a document even existed". Contrary to this counsels blatant lies and deceptions plaintiff has attached a response letter from Steven Fairly, Director of Security at the Nemansket Correctional Facility. It is very clear that the document I am requesting does exist, and it is fair to assume that counsel would very easily have this factual information.
    WHEREFORE, plaintiff moves for this court to sanction the defendants counsel for her lies and deception to this court in her official motions.

Dated: January 25,2006

Respectfully Filed,

_____
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certify that a true copy of the above motion was mailed to counsel, C. Raye Poole, via institutional mail on January 25,2006

_____
Joseph P. Schmitt, pro se

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324-3230


Director of Security
Ma. Treatment Center


Dear DOS:

Within the Dept. of Corr. there is a policy entitled "IPS Investigations." I would like to know the exact identification number of this policy 103-DOC-__???__, or if possible I would like a complete copy of this policy.

I request your most immediate response to this request.

Respectfully,

_[signature]_

Cc: JPS
    Attorney Christopher P. LoConto

**Massachusetts Treatment Center**
**30 Administration Road**
**Bridgewater, MA 02324**

January 24, 2006

Joseph Schmitt M81137
D-2 Unit

Dear Mr. Schmitt;

      I am in receipt of your recent correspondence regarding "IPS Investigations" policy. Be advised that this policy is considered restricted, therefor your request for a copy of this policy is denied. However the 103 DOC 522 policy on Internal Affairs Policy is available in the Inmate Law Library.

Sincerely,

Steven Daffey
Director of Security

SF/gsh
H:\Operations\D.O.S\Inmate\Schmitt20060124.doc