UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT, pro se,
        Plaintiff,

vs                               CIVIL DOCKET NO. 04-10717-RWZ

PATRICK MULVEY, et al.,
        Defendants

PLAINTIFF'S MOTION FOR COURT ORDER

  The plaintiff, Joseph Schmitt, hereby moves this honorable court for an order to the Worcestor Superior Court Department to STAY any further action in the Matter of Commonwealth v. Schmitt; Docket number: 02-01529, until this Honorable Court enters a final judgement in this civil rights action. As grounds, the plaintiff states that if this court rules that the plaintiff's porographic stories are protected by the first amendment, and that the defendant had no legal authority to impose his own personal moral agendas on plaintiff by confiscating his outgoing mail and then submitting it to prosecutors to utilize in confinement proceedings, the stories should not be admissable as evidence for the state's civil commitment action. This honorable court has authority to CREATE A REMEDY as authorized in 28 U.S.C.A. Sections 2201 and 1651. The state should be unable to utilize fruits of a poisened tree.

  Wherefore, the plaintiff moves this honorable court to ORDER a stay of the state's civil commitment proceedings until this action is finalized.

Dated: January 30, 2006

Respectfully Filed,

_____
Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## Certificate of Service

I, Joseph P. Schmitt, hereby certify that a true copy of the above motion was hand delivered in person to the following parties, Worcester Superior Court Clerks Office, Worcester Superior Court Assistant District Attorney Peter Pratt, and Attorney Christopher P. Loconto on February 1, 2006

_____
Joseph P. Schmitt, pro se