Joseph P. Schmitt
Nemansket Correctional Center
30 Administration Road
Bridgewater, Massachusetts
02324-3230

C. Raye Poole, Esq.
MA. D.O.C. LEGAL DEPT.
70 Franklin Street
Boston, Massachusetts
02110

February 8,2006

Dear Attorney Poole:

I was reading the February 3,2006 Boston Herald this evening and I came upon a smoking gun case against the Wielly Coyote. I now have the evidence you need to go to the States Attorney General and have Attempted Murder and Possession of Explosives charges against this violent predator from the immagination of the Warner Brothers, Wielly Coyote. As you are such a great attorney and see how charactors of pure fiction can actually be held accountable to real life laws and morals, I am very honored to turn this enclosed evidence over to you so you can pursue this extremely dangerous cartoon charactor with all the power of the Commonwealth's laws and your vast experience. I thank you for your bravery in this matter.

Respectfully Yours,

PS: Please feel free to call me as a material witness to this attempted murder and possession of an Acme Rocket Explosives Charges.


RECEIVED FEB 1 5 2006 DEPARTMENT OF CORRECTION LEGAL DEPARTMENT



