UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
Defendants.

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

For the reasons set forth in this Court's March 1, 2006 Order and Defendants' Motion for Summary Judgment (document no. 29) and Defendants' Motion for Reconsideration (document no. 58), plaintiff's motion for reconsideration should be denied.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: March 23, 2006

/s/ C. Raye Poole
C. Raye Poole
B.B.O. # 632719
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
(617) 727-3300 ext. 147

Certificate of Service

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 23rd day of March 2006, I served a copy of the above motion by first class mail, postage prepaid, on the plaintiff, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324.

/s/ C. Raye Poole
C. Raye Poole