UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
Defendants

AND

JOSEPH SCHMITT,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
Defendants.

## AMENDMENTS TO DEFENDANTS' PRETRIAL MEMORANDUM

Defendants hereby amend their pretrial memorandum as follows:

10.    Names and addresses of witnesses for defense[1]

    (a)    Peter Allen, retired.

    (b)    Ernest Therien, MCI Norfolk.

    (c)    Patrick Mulvey, MCI Cedar Junction.

    (d)    William Faria, no longer employed by the Department.

    (e)    Jeffrey Smith, MCI Cedar Junction.

---

[1] Per Department policy and state confidentiality laws (G.L. c. 66, § 10), defendants will not provide the home addresses of any Department employee or former employee. Disclosure of these addresses poses a significant threat to the safety of the employee or former employee.

11. <u>Proposed defense exhibits</u>[2]

(a) Department Inmate Mail Regulation, 103 CMR 481.

(b) Plaintiff's letter censored on or about February 21, 2002, which contained a story entitled "Weekend in Paradise."

(c) Plaintiff's letter censored on or about March 15, 2002, which contained a story entitled "Rain Dance."

(d) Mail monitor authorization.

(e) Disciplinary Hearing Administrative Record for MCI Cedar Junction Disciplinary Report No. 02-0344.

(f) Disciplinary Hearing Administrative Record for MCI Cedar Junction Disciplinary Report No. 02-0563.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

DATED: March 29, 2006

/s/ C. Raye Poole
C. Raye Poole
B.B.O. # 632719
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
(617) 727-3300 ext. 147

---

[2] Plaintiff was mailed a copy of all of defendants' proposed exhibits, along with plaintiff's proposed exhibit, on March 27, 2006, with the exception of sexually explicit material. As discussed at the final pretrial conference, all sexually explicit material has been removed from the proposed exhibits and will be available for plaintiff to review at court on the day of trial. In addition, due to CORI and privacy concerns, portions of the exhibits pertaining to other individuals have been redacted.

2

Certificate of Service

      I, C. Raye Poole, counsel for the defendants, hereby certify that on this 29th day of March 2006, a copy of the above motion was served in hand on the plaintiff, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324.

                                        /s/ C. Raye Poole
                                        C. Raye Poole