UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
Defendants.

AND

JOSEPH SCHMITT,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
Defendants.

## **DEFENDANTS PROPOSED VOIR DIRE QUESTIONS**

Now come the defendants, and request that the Court inquire all prospective jurors as to the following:

1. Have you, your friends, relatives, or anyone close to you been convicted of a crime?

    If so:

    A. Who was convicted? What is your relationship with that person?

    B. For what crime(s) were you, he, or she convicted?

    C. Do you believe that this fact would affect your ability to be impartial in evaluating the plaintiff's claims?

2. Have you, your friends, relatives, or anyone close to you served a period of incarceration and/or confinement? If so:

    A. Who served the period of incarceration? What is your relationship

            with that person?

B.     In what facilities/institutions/holding cells did you, he, or she serve this period of incarceration and/or confinement?

C.     Do you believe that this fact would affect your ability to be impartial in evaluating plaintiff's claims?

March 31, 2006                                  Respectfully submitted,

                                                            NANCY ANKERS WHITE
                                                            Special Assistant Attorney General

                                                            /s/ Jody T. Adams
                                                            _____
                                                            Jody T. Adams
                                                            BBO# 633795
                                                            C. Raye Poole
                                                            BBO# 632719
                                                            Department of Correction
                                                            70 Franklin Street, Suite 600
                                                           Boston, MA 02110-1300
                                                           (617) 727-3300 ext. 169

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff, pro se, in hand.

Dated:  3/31/2006                            /s/ Jody T. Adams
                                                       _____
                                                       Jody T. Adams, Counsel