AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**   10451

Schmitt vs. Mulkey   CASE NO. 04-10717

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/3/06 | ✓ | ✓ | Code for Child Pornography |
| | 1 | 4/3/06 | ✓ | ✓ | GMR Dept of Corr |
| | 2 | 4/3/06 | ✓ | ✓ | Mail Monitor Request |
| | 3 | 4/3/06 | ✓ | ✓ | Results of Appeal (3/28/02) |
| | 4 | 4/3/06 | ✓ | ✓ | " (4/12/02) |
| | 5 | 4/3/06 | ✓ | ✓ | 02-071 (letters) |
| | 6 | 4/3/06 | ✓ | ✓ | 02-136 (letters) |