UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se.,
            Plaintiff,

-vs-

JEFFREY SMITH, et al.,
AND
PATRICK MULVEY, et al.,
            Defendants

CIVIL ACTION NOS.
04-10451-RWZ
04-10717-RWZ

FILED
IN CLERKS OFFICE
2006 MAY -5 A 11:34
U.S. DISTRICT COURT
DISTRICT OF MASS

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes the pro se plaintiff and move this court for a reconsideration of its denial of motion(s) **(73)** Motion for Attorney Fees, and **(74)** Motion to Recover Expenses.

As grounds for this above entitled motion plaintiff requests that the court review his six page motion dated April 25, 2006 entitled **PLAINTIFF'S OPPOSITION.**

Furthermore, Plaintiff moves that this court provide the Plaintiff with a written memorandum of decision regarding this court's denial of motions **(73)** and **(74)** so plaintiff may file a meaningful appeal as is his guaranteed right by law.

Dated: May 4, 2006.

Respectfully filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusets
02324-3230

### CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above motion was served upon the legal department for the defendants at the MTC on 5/4/2006 via institutional mail.

Joseph P. Schmitt, pro se