May 21, 2006

United States District Court
Office of the Clerk
1 Courthouse Way
Boston, Ma. 02112

FILED
IN CLERKS OFFICE
2006 MAY 23  P 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: Cook et al v. Maloney et al
03-CV-12138-RWZ

Dear Clerk,

Could you please send me out the Court order, docket # 77, and Court order docket # 73.

I am pro se in regards to Clark Color Lab and this portion is not stayed.

Thank you

Wayne D. Crosby W69831
SBCC - Box 8000
Shirley Ma. 01464