Joseph P. Schmitt
30 Administration Road
Bridgewater, Mass. 02324-3230

Jay Johnson, Docket Clerk
United States District Court
1 Courthouse Way, Suite 6110
Boston, Massachusetts 02210

May 20, 2006

RE: USDC 04-10451-RWZ & 04-10717-RWZ

On April 4th and 5th the above cases were heard before a jury trial. The defendants submitted several exhibits. I believe the total is five exhibits. I request a true and clear copy of the defendants exhibits. Please forward said material to me at the above noted address without delay as they are needed for my preparation of my appeals in these actions.

Thank you for your time and prompt action in the above matter.

Respectfully Yours,

FILED
IN CLERKS OFFICE

2006 MAY 26 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS