UNITED STATES DISTRICT COURT
DISTRICT OF BOSTON

JOSEPH P. SCHMITT,                    CIVIL ACTION NO. 04-10451-RWZ
    Plaintiff,                        CIVIL ACTION NO. 04-10717-RWZ

v.

JEFFREY SMITH, et al.,
    Defendants

AND

JOSEPH P. SCHMITT,
    Plaintiff

v.

PATRICK MULVEY, et al.,
    Defendants.



PLAINTIFF'S MOTION TO RECOVER EXPENSES

    Now comes the pro se plaintiff in the above captioned actions and moves this Honorable Court to GRANT him costs for the above actions.

    As grounds therfor, Plaintiff states:

    1.    On 03/02/2004 Plaintiff filed civil action no. 04-10451-RWZ.

    2.    On 04/07/2004 Plaintiff filed civil action no. 04-10717-RWZ.

    3.    Plaintiff has incurred expenses from conducting service upon the defendants of these actions a copy of the complaint along with a summons, service of motions to defendants counsel.

    4.    Plaintiff has incurred expenses from having to purchase typing paper, typewriter ribbons, correction ribbons, envelopes, legal pads, pens needed to draft then type the many motions, affidavits, and other pleadings presented in these actions.

    5.    Plaintiff estimates that he has authored and filed nearly one hundred motions for the above actions.

    6.    Plaintiff is able to provide receipts totaling $45.42 for postage involving the above actions. See attached copies.

    7.    Plaintiff estimates a cost for postage to be $97.22. This total is the result of the attached receipts combined with approximately

seventy pleadings mailed to the court and defendants counsel at a estimated cost of $.37 per pleading to total $51.80. The total cost for postage is estimated at $97.22.

8.   Plaintiff has factored in the fact that as of the new year the Department of Correction has provided free postage for all his legal mailings. Any and all mailing after January 1,2006 have not been included in this estimated postage cost.

9.   Plaintiff estimates a cost of no more than $35.00 for cost incurred for envelopes, pens, typewriter ribbons, correction ribbons, typing paper, and legal pads.

10.  On April 4,2006 a jury entered a verdict for the Plaintiff.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to GRANT cost to the Plaintiff in the amount of $132.22.

Dated April 7,2006

Respectfully filed,

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certify that a true copy of the above document has been served upon counsel for the defendants via first class united states mail on April 7,2006

Joseph P. Schmitt