UNITED STATES DISTRICT COURT

FILED IN CLERKS OFFICE

2007 SEP -4 P 3: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH P. SCHMITT, pro se.,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
    Defendants,

AND

JOSEPH P. SCHMITT, pro se.,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
    Defendants.

C.A. No.: 2004-10717-RWZ

C.A. No.: 2004-10451-RWZ


MOTION FOR COURT TO MAKE RULING ON
PLAINTIFF'S MOTIONS FILED WELL OVER A YEAR PAST

    Now comes the pro se Plaintiff and moves this Court for a ruling on his motions filed well over a year ago in these above noted cases regarding an order for the defendants to return the confiscated property of said plaintiff and to allow said Plaintiff to mail out said property to whom he chooses without any undo interferance from the Department of Correction and/or its employees.

    As grounds Plaintiff simply states that this Court has had this motion before it for well over a year, and as such, such a delay in a ruling is unconstitutional and poses a risk to Plaintiff in his upcoming G.L. 123A sec 9 trial.

    Wherefore, Plaintiff respectfully requests that this Court rule on Plaintiff's motions regarding the return of his personal letters and writings which were involved in the cases above and/or otherwise confiscated by the defendants.


Dated: August 30, 2007

                                            Respectfully filed,

                                            Joseph P. Schmitt, pro se
                                            30 Administration Road
                                            Bridgewater, MA. 02324-3230

CERTIFICATE OF SERVICE

The undersigned pro se plaintiff certifies that a true copy of the above motion was mailed to Jody T. Adams at 70 Franklin Street, Suite 600, Boston MA. 02110-1300 via inter department mail service on or about August 31, 2007

Joseph P. Schmitt, pro se
Plaintiff