UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT, pro se.,
    Plaintiff,

v.                      Case No. 1:04-cv-10717

Patrick Mulvey, et al.,
    Defendants

FILED IN CLERKS OFFICE
2007 OCT 15  P 2:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF APPEAL

    Now comes the pro se plaintiff and gives notice to all concerned parties that he intends to appeal the court's (Rya W. Zobel) ruling regarding the denial of Motion P#72 to the extent that said court denied plaintiff request for an order against the defendants to expunge said plaintiff's official records regarding the disciplinary reports which this action is based up; a listing of any and all agencies, persons etc in which were subject of receiving a copy of any sort of the disciplinary reports or the stories on which this action is based; and that the court order the lower court to expunge its records regarding the two disciplinary reports and the two stories this action is based upon.

    Plaintiff does not appeal or intend to appeal the decision of this court regarding the return of said stories and envelopes.

    Plaintiff request the clerk assemble the record.

Dated: October 12, 2007

Respectfully filed,

_____
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE
    The undersigned pro se plaintiff hereby certifies that a copy of the above motion was served upon counsel of record for the defendants via inter department mail on or about October 14, 2007.

_____
Joseph P. Schmitt, pro se
Plaintiff