APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10717-RWZ

Schmitt v. Mulvey et al  
Assigned to: Judge Rya W. Zobel  
Case in other court: First Circuit, 06-02050  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/07/2004  
Date Terminated: 04/05/2006  
Jury Demand: Defendant  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Peter Schmitt**   represented by **Joseph Peter Schmitt**  
Massachusetts Treatment Center  
30 Administration Road  
Bridgewater, MA 02324  
PRO SE

V.

**Defendant**

**Patrick Mulvey**   represented by **C. Raye Poole**  
Department of Correction  
70 Franklin Street  
Suite 600  
Boston, MA 02110  
617-727-3300  
Fax: 617-727-7403  
Email: CRPoole@doc.state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jody Adams Brenner**  
Department of Correction  
70 Franklin Street  
Suite 600  
Boston, MA 02110  
617-727-3300  
Fax: 617-727-7403  
Email: jabrenner@doc.state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philip W. Silva, IV**  
Department of Correction  
20 Administration Road

Bridgewater, MA 02324
508-279-4542
Fax: 508-279-4541
Email: PWSilva@doc.state.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Grossi**                    represented by   **C. Raye Poole**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jody Adams Brenner**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Philip W. Silva, IV**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Allen**                       represented by   **C. Raye Poole**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jody Adams Brenner**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Philip W. Silva, IV**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael T Maloney**                 represented by   **C. Raye Poole**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jody Adams Brenner**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**William Faria**                     represented by   **C. Raye Poole**
                                                      (See above for address)

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jody Adams Brenner**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Philip W. Silva, IV**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ernest Therien**    represented by    **C. Raye Poole**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jody Adams Brenner**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Philip W. Silva, IV**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts Department of Corrections**    represented by    **C. Raye Poole**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jody Adams Brenner**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Philip W. Silva, IV**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Joseph Peter Schmitt.(Jenness, Susan) (Entered: 04/09/2004) |
| 04/07/2004 | 2 | AFFIDAVIT in Support re 1 MOTION for Leave to Proceed in forma pauperis. (Jenness, Susan) (Entered: 04/09/2004) |

| | | |
|---|---|---|
| 04/07/2004 | 3 | MOTION for Court to Order to Produce evidence by Joseph Peter Schmitt.(Jenness, Susan) (Entered: 04/09/2004) |
| 04/07/2004 | 4 | COMPLAINT, filed by Joseph Peter Schmitt.(Jenness, Susan) Additional attachment(s) added on 4/9/2004 (Jenness, Susan). Additional attachment(s) added on 4/9/2004 (Jenness, Susan). (Entered: 04/09/2004) |
| 04/07/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 04/09/2004) |
| 04/09/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/09/2004) |
| 04/13/2004 | 5 | MOTION for Court to Order Defendants to produce copy of Civil Action No. SUCV-01662 by Joseph Peter Schmitt.(Jenness, Susan) (Entered: 04/16/2004) |
| 04/26/2004 | 6 | Judge Rya W. Zobel : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. IT IS FURTHER ORDERED that the Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. Section 1915(e) and summonses shall NOT issue pending the completion of screening on the merits. (Lanier, Marjorie) (Entered: 04/28/2004) |
| 04/28/2004 | | Copy of No. 6 mailed to plaintiff via us mail (Jenness, Susan) (Entered: 04/28/2004) |
| 05/03/2004 | 7 | Letter/request (non-motion) from Pro Se Intake Clerk to plaintiff regarding status of CA 04-10717-RWZ in response to request by plaintff. (Jenness, Susan) (Entered: 05/03/2004) |
| 05/03/2004 | | Status letter mailed to plaintiff via us mail 5/3/04 (Jenness, Susan) (Entered: 05/03/2004) |
| 10/01/2004 | 8 | Judge Rya W. Zobel : ORDER entered. Having completed the screening on the merits of plaintiff's complaint pursuant to Section 1915(e)(2). The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.(Weissman, Linn) (Entered: 10/01/2004) |
| 10/01/2004 | | Summons Issued as to Peter Allen, William Faria, William Grossi, Michael T Maloney, Massachusetts Department of Corrections, Patrick Mulvey, and Ernest Therien. (Weissman, Linn) (Entered: 10/01/2004) |
| 10/01/2004 | 9 | Judge Rya W. Zobel : ORDER entered denying 5 Motion for Order for production of documents without prejudice. (Weissman, Linn) (Entered: 10/01/2004) |
| 10/18/2004 | 10 | MOTION for Court Order to Produce Evidence by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 10/19/2004) |
| 10/18/2004 | 11 | MOTION for Order for defendant's to produce a true and legible copy of |

| | | |
|---|---|---|
| | | Suffolk Superior Court Civil Action Number SUCV2002-01662 Joseph Schmitt V. Peter Allen, et al by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 10/19/2004) |
| 10/19/2004 | 12 | US Marshal Process Receipt and Return for Complaint. Ma. Dept. of Correction served Delivered on 10/15/04 (Johnson, Jay) (Entered: 10/20/2004) |
| 10/19/2004 | 13 | US Marshal Process Receipt and Return for Civil Rights Complaint. Michael Maloney served Delivered on 10/15/04 (Johnson, Jay) (Entered: 10/20/2004) |
| 11/05/2004 | 14 | MOTION to Compel by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 11/09/2004) |
| 11/09/2004 | 15 | MOTION for Extension of Time to 12/20/04 to File Answer re 4 Complaint by Massachusetts Department of Corrections.(Silva, Philip) (Entered: 11/09/2004) |
| 11/09/2004 | 16 | MOTION for Leave to File *Exemption from LR 7.1* by Massachusetts Department of Corrections.(Silva, Philip) (Entered: 11/09/2004) |
| 11/10/2004 | 17 | US Marshal Process Receipt and Return for Civil Rights Action. William Grossi served Delivered on 11/2/04 (Johnson, Jay) (Entered: 11/10/2004) |
| 11/10/2004 | 18 | US Marshal Process Receipt and Return for Civil Rights Action. Ernest Therian served Delivered on 11/2/04 (Johnson, Jay) (Entered: 11/10/2004) |
| 11/10/2004 | 19 | US Marshal Process Receipt and Return for Civil Rights Action. Peter Allen served Delivered on 11/2/04 (Johnson, Jay) (Entered: 11/10/2004) |
| 11/10/2004 | 20 | US Marshal Process Receipt and Return for Civil Right Action. William Faria served Delivered on 11/2/04 (Johnson, Jay) (Entered: 11/10/2004) |
| 11/10/2004 | 21 | US Marshal Process Receipt and Return for Civil Rights Action. Patrick Mulvey served Delivered on 11/2/04 (Johnson, Jay) (Entered: 11/10/2004) |
| 11/15/2004 | 22 | Opposition re 15 MOTION for Extension of Time to 12/20/04 to File Answer re 4 Complaint filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 11/17/2004) |
| 11/29/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 15 Motion for Extension of Time to Answer Massachusetts Department of Corrections. Answer due 12/20/04 (Urso, Lisa) (Entered: 11/30/2004) |
| 12/13/2004 | 23 | Letter/request (non-motion) from Joseph P. Schmitt regarding request for ruling on motion to compel. (Johnson, Jay) (Entered: 12/14/2004) |
| 12/16/2004 | 24 | ANSWER to Complaint with Jury Demand by Peter Allen, William Faria, William Grossi, Massachusetts Department of Corrections, Patrick Mulvey, Ernest Therien.(Silva, Philip) (Entered: 12/16/2004) |
| 12/28/2004 | 25 | MOTION to Appoint Counsel by Joseph Peter Schmitt.(Johnson, Jay) |

| | | |
|---|---|---|
| | | (Entered: 12/29/2004) |
| 01/24/2005 | ⬤ | Judge Rya W. Zobel : endorsedORDER entered granting 3 Motion to Produce, granting 10 Motion to Produce, without opposition; denying 11 Motion for Order, denying 14 Motion to Compel as moot as this defendant was served and the return filed on 10/19/04 granting 16 Motion for Leave to File, denying 25 Motion to Appoint Counsel (Urso, Lisa) (Entered: 01/25/2005) |
| 02/03/2005 | ⬤26 | NOTICE of Scheduling Conference Scheduling Conference set for 3/9/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/03/2005) |
| 03/28/2005 | ⬤27 | MOTION for Order to for production of evidence regarding disciplinary report number MCI-CJ 2002-0344 by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 03/29/2005) |
| 03/30/2005 | ⬤31 | Judge Rya W. Zobel : Order on various motionsORDER entered granting 27 Motion for Order. See Order for more details (Urso, Lisa) (Entered: 03/31/2005) |
| 03/31/2005 | ⬤28 | MOTION to Dismiss by Patrick Mulvey, William Grossi, Peter Allen, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Silva, Philip) (Entered: 03/31/2005) |
| 03/31/2005 | ⬤29 | MEMORANDUM in Support re 28 MOTION to Dismiss filed by Patrick Mulvey, William Grossi, Peter Allen, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Attachments: # 1 Exhibit Exhibit A - 12/8/00 Mail Regs# 2 Exhibit Exhibit B 4/26/02 Mail Regs# 3 Exhibit Exhibit C - March 4, 2004 letter# 4 Affidavit Affidavit of Robert Murphy# 5 Affidavit Affidavit of John Luongo# 6 Affidavit Certified Admin. Record 02-0344# 7 Affidavit Certified Admin. Record 01-1583)(Silva, Philip) (Entered: 03/31/2005) |
| 03/31/2005 | ⬤30 | MOTION to Compel by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 03/31/2005) |
| 04/05/2005 | ⬤32 | EX-PARTE EMERGENCY MOTION for Authorization of Funds by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 04/06/2005) |
| 04/05/2005 | ⬤33 | EMERGENCY MOTION to Stay by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 04/06/2005) |
| 04/05/2005 | ⬤34 | Letter/request (non-motion) from Joseph Peter Schmitt requesting copies. (Johnson, Jay) (Entered: 04/06/2005) |
| 04/07/2005 | ⬤35 | Opposition re 30 MOTION to Compel *and Cross-Motion to Stay Discovery* filed by Patrick Mulvey, William Grossi, Peter Allen, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Attachments: # 1 Exhibit Ex. A Plaintiff's Discovery)(Silva, Philip) (Entered: 04/07/2005) |
| 04/12/2005 | ⬤36 | REPLY to Response to Motion re 30 MOTION to Compel and Cross Motion to Stay Discovery filed by Joseph Peter Schmitt. (Johnson, Jay) |

| | | (Entered: 04/13/2005) |
|---|---|---|
| 04/13/2005 | 37 | Opposition re 28 MOTION to Dismiss or for summary judgment filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 04/14/2005) |
| 04/21/2005 | | Judge Rya W. Zobel : endorsedORDER entered denying [32] Motion for Disbursement of Funds; see endorsement on docket #52 in CV 04-10451; granting 33 Motion to Stay (Urso, Lisa) (Entered: 04/22/2005) |
| 04/26/2005 | 38 | MOTION to Compel by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 04/27/2005) |
| 04/26/2005 | 39 | Letter/request (non-motion) from Joseph Schmitt regarding appointment of counsel. (Johnson, Jay) (Entered: 04/27/2005) |
| 04/28/2005 | 40 | Letter/request (non-motion) from Joseph Schmitt requesting copies. (Johnson, Jay) (Entered: 04/29/2005) |
| 06/22/2005 | 41 | Emergency MOTION for Extension of Plaintiff's Emergency Motion for Stay of Action (33) by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 06/23/2005) |
| 07/15/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 41 Motion for Extension of Time for stay. The stay is extended to 8/31/05. (Urso, Lisa) (Entered: 07/15/2005) |
| 07/28/2005 | 42 | MOTION to Withdraw Emergency Motion for Extension of Plaintiff's Emergency Motion for Stay of Action by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 08/03/2005) |
| 09/21/2005 | 43 | Letter/request for ruling on motion #29 from Joseph P. Schmitt. (Johnson, Jay) (Entered: 09/22/2005) |
| 12/06/2005 | 44 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered denying 30 Motion to Compel, as moot, denying 38 Motion to Compel as moot, granting 42 Motion to Withdraw, granting in part and denying in part 28 Motion to Dismiss. Defendant's motion to dismiss is allowed as to Counts 6, 7, 8, 9, and 10 and is denied as to the remaining counts 1, 2, 3, 4 and 5. (Urso, Lisa) (Entered: 12/06/2005) |
| 12/06/2005 | | NOTICE of Hearing: a further Scheduling Conference set for 1/10/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. Defendant's counsel to make arrangements for plaintiff to participate by phone. (Urso, Lisa) (Entered: 12/06/2005) |
| 12/22/2005 | 45 | MOTION for Reconsideration re 44 Order on Motion to Compel,,,, Order on Motion to Withdraw,, Order on Motion to Dismiss, by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 12/27/2005) |
| 12/29/2005 | 46 | NOTICE of Appearance by C. Raye Poole on behalf of all defendants (Poole, C.) (Entered: 12/29/2005) |
| 01/03/2006 | 47 | MOTION for Emergency Injunction by Joseph Peter Schmitt. (Attachments: # 1 # 2 # 3)(Johnson, Jay) Modified on 1/4/2006 (Johnson, Jay). (Entered: 01/04/2006) |

| 01/05/2006 | 48 | Opposition re 47 MOTION for Preliminary Injunction filed by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Poole, C.) (Entered: 01/05/2006) |
|---|---|---|
| 01/09/2006 | 49 | MOTION for Court Order by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/10/2006) |
| 01/09/2006 | 54 | MOTION for Emergency Injunction by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/12/2006) |
| 01/10/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Further Scheduling Conference held on 1/10/2006. Jury or Bench Trial set for 4/3/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. Pretrial Conference set for 3/22/2006 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. Supplemental brief by 2/10/06; reply by plaintiff 2/17/06; (Urso, Lisa) (Entered: 01/10/2006) |
| 01/11/2006 | 50 | MOTION to Produce by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/12/2006) |
| 01/11/2006 | 51 | REPLY to Response to Motion re 47 MOTION for Preliminary Injunction filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 01/12/2006) |
| 01/11/2006 | 52 | MOTION for Court Order by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/12/2006) |
| 01/11/2006 | 53 | MOTION for Declaratory Judgment by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/12/2006) |
| 01/17/2006 | 55 | MOTION to Strike *Plaintiff's Outstanding Motions and for Further Sanctions* by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections.(Poole, C.) (Entered: 01/17/2006) |
| 01/19/2006 | 56 | MOTION to Add Party by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/20/2006) |
| 01/19/2006 | 57 | MOTION for seperate trials by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 01/20/2006) |
| 01/24/2006 | 58 | MOTION for Reconsideration by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Attachments: # 1 Exhibit A-B# 2 Exhibit C-D# 3 Exhibit E-F)(Poole, C.) (Entered: 01/24/2006) |
| 01/24/2006 | 59 | MOTION to Stay *Plaintiff's Pending Motions and All Further Proceedings Until Such Time as the Court has Ruled on Defendants' Motion for Reconsideration and Defendants' Motion to Strike Plaintiff's Outstanding Motions and for Further Sanctions* by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections.(Poole, C.) (Entered: 01/24/2006) |

| | | |
|---|---|---|
| 01/24/2006 | 60 | Opposition re 55 MOTION to Strike *Plaintiff's Outstanding Motions and for Further Sanctions* filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 01/25/2006) |
| 01/24/2006 | 61 | MOTION to Amend 49 MOTION for Order by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 01/26/2006) |
| 01/31/2006 | 62 | MOTION to Produce by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/01/2006) |
| 01/31/2006 | 63 | MOTION for Sanctions against defendants counsel by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/01/2006) |
| 02/01/2006 | 64 | MOTION for Court Order by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/02/2006) |
| 02/01/2006 | 65 | MOTION for Court Order of production of mail monitor records from defendants by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/02/2006) |
| 02/01/2006 | 66 | EMERGENCY MOTION to Stay defendants pending motions until the court has ruled on plaintiff's outstanding motions... by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/02/2006) |
| 02/01/2006 | 67 | Opposition re 59 MOTION to Stay *Plaintiff's Pending Motions and All Further Proceedings Until Such Time as the Court has Ruled on Defendants' Motion for Reconsideration and Defendants' Motion to Strike Plaintiff's Outstanding Motions and for Further sanctions* filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 02/02/2006) |
| 02/01/2006 | 68 | Opposition re 58 MOTION for Reconsideration filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 02/02/2006) |
| 02/08/2006 | 69 | MOTION for Court Order regarding mail processing by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 02/10/2006) |
| 02/15/2006 | 70 | MOTION for Order to for Procedural Order by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections. (Attachments: # 1 Exhibit) (Poole, C.) (Entered: 02/15/2006) |
| 03/01/2006 | 71 | Judge Rya W. Zobel : ORDER on pending motions entered denying 45 Motion for Reconsideration, denying 47 Motion for Preliminary Injunction, denying 49 Motion for Order, denying 50 Motion to Produce, denying 52 Motion for Order, denying 53 Motion for Declaratory Judgment, denying 54 Motion for Preliminary Injunction, denying 55 Motion to Strike, denying 56 Motion to Amend, reserving ruling on 57 Motion, denying 58 Motion for Reconsideration, denying 59 Motion to Stay, denying 61 Motion to Amend, denying 62 Motion to Produce, denying 63 Motion for Sanctions, denying 64 Motion for Order, denying 65 Motion for Order, denying 66 Motion to Stay, denying 69 Motion for Order (Urso, Lisa) (Entered: 03/02/2006) |
| 03/03/2006 | 72 | NOTICE of Appearance by Jody T. Adams on behalf of all defendants (Adams, Jody) (Entered: 03/03/2006) |

| 03/09/2006 | 74 | MOTION for Reconsideration/Notice of Appeal by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 03/15/2006) |
|---|---|---|
| 03/14/2006 | 73 | PRETRIAL MEMORANDUM by Patrick Mulvey, Peter Allen, William Faria, Ernest Therien. (Poole, C.) (Entered: 03/14/2006) |
| 03/22/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Final Pretrial Conference held on 3/22/2006. Jury Trial set for 4/3/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) 1-2 days; (Urso, Lisa) (Entered: 03/23/2006) |
| 03/23/2006 | 75 | Opposition re 74 MOTION for Reconsideration filed by Patrick Mulvey, Peter Allen, William Faria, Ernest Therien. (Poole, C.) (Entered: 03/23/2006) |
| 03/29/2006 | 76 | AMENDED DOCUMENT by Patrick Mulvey, Peter Allen, William Faria, Ernest Therien. Amendment to 73 Pretrial Memorandum. (Poole, C.) (Entered: 03/29/2006) |
| 03/31/2006 | 77 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re pretrial/trial Jury Trial set for 4/3/2006 09:00 AM in Courtroom 12 before Judge Rya W. Zobel.(Urso, Lisa) (Entered: 03/31/2006) |
| 03/31/2006 |  | Judge Rya W. Zobel : endorsedORDER entered denying 74 Motion for Reconsideration (Urso, Lisa) (Entered: 03/31/2006) |
| 03/31/2006 | 78 | Proposed Voir Dire by Patrick Mulvey, Peter Allen, William Faria, Ernest Therien. (Adams, Jody) (Entered: 03/31/2006) |
| 03/31/2006 | 79 | Objection by Patrick Mulvey, Peter Allen, William Faria, Ernest Therien *to Plaintiff's Amendment to Witness List*. (Poole, C.) (Entered: 03/31/2006) |
| 04/03/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Jury Trial Day one held on 4/3/2006; 8 jurors selected & sworn; opening by plaintiff then defendant; plaintiff's witness #1 Carter Thomas; direct; cross; redirect; witness #2 Jeffrey Smith; witness #3 Patrick Mulvey; witness #4 Stephen Kennedy; direct; cross; redirect; witness #5 Paul Gordon; witness #6 Peter Allen; plaintiff's rests; defendant's witness #1 Patrick Mulvey; direct; cross; redirect; recross; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 04/03/2006) |
| 04/04/2006 | 80 | Exhibit and witness List. (Urso, Lisa) (Entered: 04/05/2006) |
| 04/04/2006 | 81 | JURY VERDICT in favor of plaintiff against defendants. (Urso, Lisa) (Entered: 04/05/2006) |
| 04/05/2006 | 82 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor of plaintiff against defendants in the amount of $201.00.(Urso, Lisa) (Entered: 04/05/2006) |
| 04/12/2006 | 90 | MOTION for Court Order by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 08/02/2006) |
| 04/12/2006 | 91 | MOTION for Attorney Fees by Joseph Peter Schmitt.(Johnson, Jay) |

| | | |
|---|---|---|
| | | (Entered: 08/02/2006) |
| 04/12/2006 | 92 | MOTION to Recover Expenses by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 08/02/2006) |
| 04/13/2006 | | DOCKET SHEET sent to Joseph P Schmitt. (Sonnenberg, Elizabeth) (Entered: 04/13/2006) |
| 04/21/2006 | 93 | MOTION for Extension of Time to 5/12/06 to respond to motion for court order by Patrick Mulvey, William Grossi, Peter Allen, Michael T Maloney, William Faria, Ernest Therien, Massachusetts Department of Corrections.(Johnson, Jay) (Entered: 08/02/2006) |
| 05/01/2006 | | Judge Rya W. Zobel : Electronic ORDER entered denying 91 Motion for Attorney Fees, denying 92 Motion to recover expenses, granting 93 Motion for Extension of Time to File Response/Reply re 90 Motion for Order Responses due 5/12/06. (Johnson, Jay) (Entered: 08/02/2006) |
| 05/05/2006 | 83 | MOTION for Reconsideration by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 05/05/2006) |
| 05/05/2006 | 84 | NOTICE OF APPEAL by Joseph Peter Schmitt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/25/2006. (Johnson, Jay) (Entered: 05/05/2006) |
| 05/26/2006 | 85 | Letter/request (non-motion) from Joseph Schmitt requesting copies of case files. (Johnson, Jay) (Entered: 05/30/2006) |
| 05/26/2006 | 86 | Letter/request (non-motion) from Joseph Schmitt requesting copies of exhibits. (Johnson, Jay) (Entered: 05/30/2006) |
| 05/30/2006 | | The Court does not PROVIDE the copies requested in pleadings #85 and #86 (Johnson, Jay) (Entered: 05/30/2006) |
| 07/11/2006 | 87 | Certified and Transmitted Record on Appeal to US Court of Appeals re 84 Notice of Appeal. (Attachments: # 1)(Ramos, Jeanette) (Entered: 07/11/2006) |
| 07/20/2006 | 88 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM of Decision entered.(Urso, Lisa) (Entered: 07/20/2006) |
| 07/26/2006 | 89 | Letter/request (non-motion) from Plaintiff requesting copies. (Johnson, Jay) (Entered: 07/28/2006) |
| 10/18/2006 | 94 | REPLY to Response to Motion re 90 MOTION for Order to Court Order filed by Joseph Peter Schmitt. (Johnson, Jay) (Entered: 10/19/2006) |
| 02/21/2007 | 95 | MANDATE of USCA as to 84 Notice of Appeal, filed by Joseph Peter Schmitt. Pursuant to Local Rule 27.0(c), the judgments are AFFIRMED. (Mandate issued in the USCA 2/21/07). (Ramos, Jeanette) (Entered: 02/21/2007) |

| 02/21/2007 | | Appeal Record Returned: 84 Notice of Appeal, (Ramos, Jeanette) (Entered: 02/21/2007) |
|---|---|---|
| 09/04/2007 | 96 | MOTION for ruling on motions by Joseph Peter Schmitt.(Johnson, Jay) (Entered: 09/05/2007) |
| 10/10/2007 | 97 | Judge Rya W. Zobel : ORDER entered granting 96 Motion to make rulings on motions (Urso, Lisa) (Entered: 10/10/2007) |
| 10/16/2007 | 98 | NOTICE OF APPEAL by Joseph Peter Schmitt NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 11/5/2007. (Johnson, Jay) (Entered: 10/16/2007) |