UNITED STATES DISTRICT COURT

CIVIL ACTION NO.:
USDC2004-10717-RWZ

JOSEPH P. SCHMITT, Pro se.,
    Plaintiff,

v.

PATRICK MULVEY, et al.,
    Defendants.

FILED IN CLERKS OFFICE
2007 NOV -2 A 11:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

EMERGENCY MOTION FOR HEARING BEFORE THE COURT.

    Now comes the pro se plaintiff, Joseph P. Schmitt, and moves this Honorable Court to schedule an immediate Hearing date to bring forth issues of Professional Misconduct on behalf of the defendants and their counsel, violations of Plaintiff's Due Process Rights, and for Compensatory and Punitive Damages against the defendants for the loss of Plaintiff's personal property for which a Jury of said defendants peers declared was unconstitutionally confiscated from Plaintiff, and for which this Court ORDERED the defendants to return to Plaintiff in its' October 10, 2007 ruling.

    As grounds therefore, Plaintiff states the following under pains and penalties of perjury.

    Defendant's Counsel, C. Raye Poole has deliberately and intentionally disregarded this Pro se plaintiff's clearly expressed wishes regarding the disposal of the two stories/letters and envelopes involved in this case. See last two motions plaintiff has submitted in this case (attached for the convenience of the court).

    Defendants counsel now alleges that she can not locate the plaintiff's original materials. Plaintiff has a due process right regarding his personal property. Furthermore, with such a long history regarding this material and such a potential harmful affect upon the plaintiff in future 123A sec. 9 cases, it is extremely questionable as to the truism behind defendants allegation that the originals are not to be located, especially when counsel had the materials at trial and knew very well after said trial that plaintiff would undoubtably win possession of his lawful property.

    As stated in the attached motion, defendants counsel did circumvent this Court by having plaintiff interviewed not once but twice by IPS Sergeant Eugene Benevides regarding the materials ORDERED by this Court to be returned to Plaintiff. The results of said interviews was that plaintiff's property has been sent to a third party not involved in this matter in any way at all.

    WHEREFORE, Plaintiff moves this Court to schedule an immediate hearing to resolve the created issues by opposing counsel of the Massachusetts Bar.

Respectfully filed,

_____
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, MA. 02324-3230

CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a true copy of the above motion was served via Inter Department Mail to C. Raye Poole at the Department of Correction's Legal Division at 70 Franklin Street Suite 600 Boston Massachusetts 02110-1300 on or about October 29, 2007.

_____
Joseph P. Schmitt, Pro se