UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,
    v.
JEFFREY SMITH, et al.,
    Defendants,

&

JOSEPH SCHMITT,
    Plaintiff,
    v.
PATRICK MULVEY, et al.,
    Defendants.

### DEFENDANTS' OPPOSITION AND RESPONSE TO PLAINTIFF'S MOTIONS, DOCUMENT NUMBERS 103 and 104 (DOCKETED IN 04-10717), REGARDING THE RETURN OF THE TWO STORIES

Defendants in the above-captioned matters oppose plaintiff's motions, document numbers 103 and 104 (docketed in 04-10717), and respond as follows.

1.    On October 7, 2007 this Court granted Schmitt's motion with regard to his request that the two stories that were the subject of the above-consolidated cases be returned. (Doc. No. 103, docketed in 04-10451.)

2.    Defendants filed a motion for clarification (Doc. No. 104, docketed in 04-10451), indicating that because Schmitt is now civilly committed to the Massachusetts Treatment Center as a sexually dangerous person, he may not retain such sexually explicit materials, and Schmitt acknowledges as much. Consequently, defendants indicated in their motion that they would mail the two stories to Schmitt's friend in New Mexico as he had previously requested on several

occasions.  (See Doc. Nos. 90, 93, 95, docketed in 04-10451.)

3. This Court granted defendants' motion for clarification on October 15, 2007.  (Doc. No. 104, docketed in 04-10451.)

4. Schmitt then filed an emergency response to defendants' motion for clarification (Doc. No. 100, docketed in 04-10717), in which he stated that he did not want the stories sent to his friend in New Mexico.  He further stated that he wanted to "review the material to ensure that it is in fact the exact material unconstitutionally confiscated from him."

5. Based on Schmitt's response, counsel for defendants asked the Superintendent at the Massachusetts Treatment Center ("Superintendent") to have an inquiry made with Schmitt to obtain the name and address where the stories should be sent.

6. On October 24, 2007 IPS Officer Benevides told Schmitt that he would not be allowed to receive or review the two stories at issue.  Schmitt stated to Officer Benevides that he would probably send the material to Attorney John Day and provided Attorney Day's address to Officer Benevides.  (Incident Rpt, attached hereto as Ex. A.)

7. Based upon this, counsel for defendants mailed (copies of) the two stories to Attorney Day.  (Doc. No. 105, docketed in 04-10451.)

8. On November 1, 2007 Attorney Day returned the stories to counsel for defendants, indicating that his client requested that he do so.  (Doc. No. 106, docketed in 04-10451.)

9. To date, Schmitt has not provided counsel for defendants with an alternate name and address where the stories should be sent.

10. Schmitt acknowledges that he is not permitted to retain such materials at the

Massachusetts Treatment Center. (See Doc. Nos. 90, 93, 95, docketed in 04-10451.) Schmitt has also repeatedly stated that he "has never asked to have the materials given to him at [the Treatment Center], but rather, has provided defendants['] counsel with the name and address of the citizen in New Mexico to mail the material to and has even offered to pay the postage for said mailing." (Doc. No. 90, see also Doc Nos. 93, 95, docketed in 04-10451.)

11.    Schmitt will not be permitted to "review" the two stories, and they will not be permitted to enter the Massachusetts Treatment Center, which is what he is now requesting.

12.    As an Officer of the Court, counsel for defendants represents that the copies sent to the person Schmitt designates will be true and accurate copies of the two stories that were the subject of the above-captioned matters.

13.    Accordingly, counsel will forward (copies of) the two stories directly to the person Schmitt designates upon being provided with the name and address of said recipient.

                                            Respectfully submitted,

                                            NANCY ANKERS WHITE
                                            Special Assistant Attorney General

DATED: November 7, 2007                  C. Raye Poole

                                            /s/ C. Raye Poole

                                            B.B.O. # 632719
                                            Department of Correction
                                            Legal Division
                                            70 Franklin Street, Suite 600
                                            Boston, MA 02110
                                            (617) 727-3300 ext. 147

<u>Certificate of Service</u>

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 7th day of November 2007, I served a copy of the above motion by first class mail, postage prepaid on Joseph Schmitt at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324.

<u>/s/ C. Raye Poole</u>
C. Raye Poole