# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MASS. TREATMENT CENTER
### INCIDENT REPORT

# CONFIDENTIAL

**Incident Report #:** 435209   **Incident Time:** 14:42   **Date:** 10/24/2007   **Place Occurred:** B2

**Codes & Subject:** INMATE RELATED   Climate - Inmate

**Reported By:** Benevides Eugene J  IPS   **Department:** IPS   **Reported Date:** 10/24/2007

**Description:** On Wednesday October 24, 2007, Resident Schmitt was advised that he would not be allowed to receive or view any of the contraband documents retained by the Dept of Correction regarding an incident which took place at MCI-CJ. Schmitt stated the he would probably send the material to Attorney John Day at the Winslow - Warren Building, 65 Main Street, Plymouth, MA 02360.

Schmitt also stated that in the event that Attorney Day was not the contact person, it would then be sent to another attorney. No further information was obtained during this discussion.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | M81137 | SCHMITT JOSEPH | B2 |
| Staff | | Benevides Eugene J | |

**Entered By:** Benevides Eugene J  IPS

**Shift Commander:**   **Date:**

**Comments :**


EXHIBIT A