

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Legal Division*
*70 Franklin St., Suite 600*
*Boston, Massachusetts 02110-1300*
*Tel: (617-727-3300 Ext. 124)*
*www.mass.gov/doc*

FILED
IN CLERKS OFFICE
2007 NOV 16   P 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Kevin M. Burke**
Secretary

**James R. Bender**
Acting Commissioner

**Timothy Hall**
Acting Deputy Commissioner

**Nancy Ankers White**
General Counsel

November 15, 2007

Docket Clerk for the Honorable Rya Zobel
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  **Schmitt v. Mulvey, et al.**, C.A. No. 04-10717-RWZ
     **Schmitt v. Smith, et al.**, C.A. No. 04-10451-RWZ

Dear Sir/Madam:

I am writing in response to plaintiff Joseph Schmitt's letter to you (Document No. 107, docketed in 04-10451), in which he is requesting copies of papers, and in which he states: "I am indigent and have no means of paying any fees for the above requested materials." Please be advised that this is an outright lie, as his inmate transaction report indicates that as of today, he has $2,486.46 in his inmate account. A copy of the last page of his inmate transaction report is enclosed.

Very truly yours,

C. Raye Poole
Counsel

cc:   Joseph Schmitt, MTC

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20071115 14:50

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page: 34 |
| --- | --- | --- | --- | --- | --- |
| Name : | SCHMITT, JOSEPH,, | | Statement From | 20020101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20071115 | |
| Block : | B2 | | | | |
| Cell/Bed : | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20071101 13:49 | TI - Transfer from Institution | 9739882 | | STH | ~Associate Receipt Number is 9739877 | $0.00 | $999.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739883 | | MTC | ~Associate Receipt Number is 9739877 | $999.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | ML - Mail | 9739885 | | STH | ~COLLEEN HORNE | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739886 | | STH | ~Associate Receipt Number is 9739885 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739887 | | MTC | ~Associate Receipt Number is 9739885 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | ML - Mail | 9739888 | | STH | ~COLLEEN HORNE | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739889 | | STH | ~Associate Receipt Number is 9739888 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739890 | | MTC | ~Associate Receipt Number is 9739888 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 22:30 | CN - Canteen | 9743749 | | MTC | ~Canteen Date : 20071101 | $0.00 | $69.38 | $0.00 | $0.00 |
| 20071106 08:37 | EX - External Disbursement | 9759535 | 122213 | MTC | ~CODE NAST PUBLICATIONS | $0.00 | $21.97 | $0.00 | $0.00 |
| 20071106 16:57 | IS - Interest | 9767620 | | MTC | | $0.95 | $0.00 | $0.00 | $0.00 |
| 20071112 22:30 | CN - Canteen | 9809324 | | MTC | ~Canteen Date : 20071109 | $0.00 | $63.80 | $0.00 | $0.00 |
| 20071114 11:12 | IC - Transfer from Inmate to Club A/c | 9823002 | | MTC | ~819, 822(5), 823(3)~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $37.13 | $0.00 | $0.00 |
| | | | | | | $28,129.54 | $25,643.08 | $1,905.99 | $1,905.99 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $2,486.46 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $2,486.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |