# United States Court of Appeals
## For the First Circuit

No. 07-2601

JOSEPH P. SCHMITT,

Plaintiff, Appellant,

v.

PATRICK MULVEY, ET AL.,

Defendants, Appellees.

Before

Lynch, <u>Circuit Judge</u>,
Selya, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

ORDER OF COURT

Entered: January 30, 2008

The *in forma pauperis* status of plaintiff-appellant Joseph P. Schmitt is presently under challenge in the United States District Court for the District of Massachusetts. The defense has requested a stay of the proceedings in this court, including the filing of a responsive defense brief, until that challenge is decided in the district court. Schmitt opposes.

In the exercise of our discretion, we order as follows:

  I.  The proceedings in this appeal shall be stayed until the district court resolves the challenge to Schmitt's *in forma pauperis* status, but not longer than forty-five (45) days from the date of this order.

  II.  In the event that the district court denies the challenge to Schmitt's *in forma pauperis* status within forty-five (45) days, or does not resolve the challenge before forty-five (45) days expire, the movants shall

have an additional ten (10) days from the date of denial or expiration to file a responsive brief in this appeal.

   **III.** In the event that the district court revokes or modifies Schmitt's *in forma pauperis* status and Schmitt makes payment in compliance with the district court's determination, the movants shall have an additional ten (10) days from the date of the compliant payment to file a responsive brief in this appeal.

   **IV.** In the event that the district court revokes or modifies Schmitt's *in forma pauperis* status and Schmitt fails to make payment in compliance with the district court's determination, the stay shall remain in place, except as to any proceedings that may be appropriate as to the validity of the revocation of Schmitt's *in forma pauperis* status and the continuation or termination of the appeal.

**So ordered.**

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
         Chief Deputy Clerk.

[certified copies: Honorable Rya W. Zobel, Sarah A. Thornton, Clerk United States District Court for the District of Massachusetts]

[cc: Joseph P. Schmitt, C. Raye Poole, Esq., Jody Adams Brenner, Esq., Philip W. Silva, Esq.]